# EXHIBIT G

## CONSENT AND AGREEMENT

This **CONSENT AND AGREEMENT** (this "Consent and Agreement") dated as of March 9, 2007, is entered into by each of the Member Guarantors (the "Member Guarantors") and Parent Guarantors (the "Parent Guarantors") identified on the signature pages hereto (collectively, the "Guarantors") and by and in favor of JPMorgan Chase Bank, N.A. in its capacity as Administrative Agent (the "Administrative Agent") for the Lenders party to the Credit Agreement referred to below, for the benefit of the Holders of Secured Obligations.

## W I T N E S S E T H:

**WHEREAS,** South Edge LLC, a Nevada limited-liability company (the "Borrower"), the Administrative Agent and the lenders party thereto have entered into a Credit Agreement dated November 1, 2004 (the "Original Credit Agreement");

**WHEREAS,** pursuant to the Original Credit Agreement, each Member Guarantor and its affiliated Parent Guarantor have executed and delivered a Limited Guaranty dated November 1, 2004 (each a "Limited Guaranty"), a Completion Guaranty dated November 1, 2004 (each a "Completion Guaranty") and a Repayment Guaranty dated November 1, 2004 (each a "Repayment Guaranty") and, collectively with the Limited Guaranty and Completion Guaranty by such Member Guarantor and its affiliated Parent Guarantor, the "Guaranties");

**WHEREAS,** pursuant to the Original Credit Agreement, the Borrower, the Member Guarantors and the Parent Guarantors have also executed and delivered a certain Assignment of and Agreement with respect to Acquisition Agreements dated November 1, 2004 (the "Assignment");

**WHEREAS,** the Original Credit Agreement has been amended and restated by an Amended and Restated Credit Agreement of even date herewith (the "Credit Agreement"), which Credit Agreement provides for, among other things, the increase of the maximum principal amount of Facility A to $160,000,000.00 and the extension of the Facility A Maturity Date to October 31, 2008; and

**WHEREAS,** the execution of this Consent and Agreement is a condition precedent to the Lenders' obligations under the Credit Agreement.

NOW, THEREFORE, in consideration of the recitals set forth above and incorporated herein, and for other good and valuable consideration, the receipt and sufficiency whereof are hereby acknowledged, the parties hereto hereby agree as follows:

1.     <u>Capitalized Terms</u>. Capitalized terms not defined herein shall have the meaning ascribed thereto in the Credit Agreement.

2.     <u>Consent</u>. Each of the Guarantors hereby acknowledges and consents to the Credit Agreement and the amendment of the Loan Documents provided for therein and agrees that the Guaranties to which it is a party apply to the Facilities as amended under the Credit Agreement

and that the Assignment applies to the Acquisition Agreement to which such Guarantor is a party, as amended as provided in the Second Amendment to Purchase and Sale Agreement and Joint Escrow Instructions dated as of the date hereof.

3.      Percentage Interests.  Each Member Guarantor and its affiliated Parent Guarantor acknowledge that as of the date hereof the percentage interests in the Borrower owned by such Member Guarantor is the percentage set forth in Schedule 2 to the Credit Agreement.

4.      Amendments to Completion Guaranty.   (a) The definition of "Guaranteed Development Costs" in each Completion Guaranty is hereby amended and restated in its entirety as follows:

(c)      "Guaranteed Development Costs" means all Development Costs (other than Excluded Costs) not paid or performed by Borrower, to the extent such Development Costs at any time exceed an amount equal to (i) the undisbursed amount of the Aggregate Facility A Commitment whether or not such Aggregate Facility A Commitment has been terminated plus (ii) the amount by which the undisbursed amount of the Aggregate Facility D Commitment (whether or not such Aggregate Facility D Commitment has been terminated) exceeds the aggregate LC Exposure of all Facility D Lenders, less the amounts of the Aggregate Facility A Commitment and Aggregate Facility D Commitment budgeted for payment of Excluded Costs.

(b)      Section 2(b) of the Completion Guaranty is hereby amended by deleting the phrase ",after the Facility D Conversion,".

5.      Ratification.  Each Member Guarantor and its affiliated Parent Guarantor hereby ratify the Guaranties to which each is a party and the Assignment, which (as modified hereby) remain in full force and effect.

6.      Guarantors Representations and Warranties.   Each Guarantor represents and warrants as of the date hereof that all approvals and consents required for the execution and delivery of this Consent and Agreement have been obtained and this Consent and Agreement constitutes the valid and binding agreement of such Guarantor, enforceable in accordance with its terms.

7.      **Governing Law, Etc. THIS CONSENT AND AGREEMENT SHALL BE GOVERNED BY THE LAW OF THE STATE OF NEW YORK.**

8.      Successors and Assigns.  This Consent and Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors and assigns and each Holder of Secured Obligations.

9.      Section Headings.  The section headings used in this Consent and Agreement are for convenience of reference only and do not constitute a part of this Consent and Agreement for any purpose.

2

10.    <u>Counterparts</u>.  This Consent and Agreement may be executed in any number of counterparts, all of which taken together shall constitute one and the same instrument and any of the parties hereto may execute this Consent and Agreement by signing any such counterpart.

[SIGNATURE PAGES FOLLOW]

**IN WITNESS WHEREOF,** the Member Guarantors, Parent Guarantors and Administrative Agent have executed and delivered this Consent and Agreement under seal as of the day and year first written above.

MEMBER GUARANTORS:

KB HOME NEVADA, INC., a Nevada corporation

By: _____
Name: William R. Hollinger
Title:   Vice President, CFO and Assistant Secretary


FOCUS SOUTH GROUP, LLC, a Nevada
limited-liability company

By: _____
Name: _____
Title: _____


COLEMAN-TOLL LIMITED PARTNERSHIP, a
Nevada limited partnership

By:      Toll NV GP Corp., a Nevada corporation,
         its general partner

By: _____
Name: _____
Title: _____


ALAMEDA INVESTMENTS, LLC, a Delaware
limited liability company

By: _____
Name: _____
Title: _____


KIMBALL HILL HOMES NEVADA, INC., a
Nevada corporation

By: _____
Name: _____
Title: _____


4

**IN WITNESS WHEREOF,** the Member Guarantors, Parent Guarantors and Administrative Agent have executed and delivered this Consent and Agreement under seal as of the day and year first written above.

### MEMBER GUARANTORS:

KB HOME NEVADA, INC., a Nevada corporation

By: _____
Name: _____
Title: _____

FOCUS SOUTH GROUP, LLC, a Nevada limited-liability company

By: _____
Name: John A. Ritter, Manager of
Title: Focus Investment Manager, LLC
       Manager of Focus South Group, LLC

COLEMAN-TOLL LIMITED PARTNERSHIP, a Nevada limited partnership

By:     Toll NV GP Corp., a Nevada corporation,
        its general partner

By: _____
Name: _____
Title: _____

ALAMEDA INVESTMENTS, LLC, a Delaware limited liability company

By: _____
Name: _____
Title: _____

KIMBALL HILL HOMES NEVADA, INC., a Nevada corporation

By: _____
Name: _____
Title: _____

4

**IN WITNESS WHEREOF,** the Member Guarantors, Parent Guarantors and Administrative Agent have executed and delivered this Consent and Agreement under seal as of the day and year first written above.

**MEMBER GUARANTORS:**

KB HOME NEVADA, INC., a Nevada corporation

By: _____
Name: _____
Title: _____


FOCUS SOUTH GROUP, LLC, a Nevada limited-liability company

By: _____
Name: _____
Title: _____


COLEMAN-TOLL LIMITED PARTNERSHIP, a Nevada limited partnership

By:     Toll NV GP Corp., a Nevada corporation, its general partner

By: _~Linda Hart~_____
Name: _LINDA HART_____
Title: _VP FINANCE_____


ALAMEDA INVESTMENTS, LLC, a Delaware limited liability company

By: _____
Name: _____
Title: _____


KIMBALL HILL HOMES NEVADA, INC., a Nevada corporation

By: _____
Name: _____
Title: _____

4

**IN WITNESS WHEREOF,** the Member Guarantors, Parent Guarantors and Administrative Agent have executed and delivered this Consent and Agreement under seal as of the day and year first written above.

**MEMBER GUARANTORS:**

KB HOME NEVADA, INC., a Nevada corporation

By: _____
Name: _____
Title: _____

FOCUS SOUTH GROUP, LLC, a Nevada limited-liability company

By: _____
Name: _____
Title: _____

COLEMAN-TOLL LIMITED PARTNERSHIP, a Nevada limited partnership

By:    Toll NV GP Corp., a Nevada corporation, its general partner

By: _____
Name: _____
Title: _____

ALAMEDA INVESTMENTS, LLC, a Delaware limited-liability company
By: _____
Name: Chad Gardner
Title: Authorized Agent

KIMBALL HILL HOMES NEVADA, INC., a Nevada corporation

By: _____
Name: _____
Title: _____

4

**IN WITNESS WHEREOF,** the Member Guarantors, Parent Guarantors and Administrative Agent have executed and delivered this Consent and Agreement under seal as of the day and year first written above.

**MEMBER GUARANTORS:**

KB HOME NEVADA, INC., a Nevada corporation

By: _____
Name: _____
Title: _____

FOCUS SOUTH GROUP, LLC, a Nevada limited-liability company

By: _____
Name: _____
Title: _____

COLEMAN-TOLL LIMITED PARTNERSHIP, a Nevada limited partnership

By:    Toll NV GP Corp., a Nevada corporation,
       its general partner

By: _____
Name: _____
Title: _____

ALAMEDA INVESTMENTS, LLC, a Delaware limited liability company

By: _____
Name: _____
Title: _____

KIMBALL HILL HOMES NEVADA, INC., a Nevada corporation

By: _____
Name: Hal H. Barber
Title: Vice President

4

PARDEE HOMES OF NEVADA, a Nevada
corporation

By: _W A Bryan_____
Name: _____
Title: W. A. Bryan, Sr. Vice President


MERITAGE HOMES OF NEVADA, INC.
(formerly known as MTH Homes Nevada, Inc.), an
Arizona corporation

By: _____
Name: _____
Title: _____


BEAZER HOMES HOLDING CORP., a
Delaware corporation

By: _____
Name: _____
Title: _____


**PARENT GUARANTORS:**

KB HOME, a Delaware corporation

By: _____
Name: _____
Title: _____


_____
JOHN A. RITTER


TOLL BROTHERS, INC., a Delaware
corporation

By: _____
Name: _____
Title: _____


5

PARDEE HOMES OF NEVADA, a Nevada
corporation

By: _____
Name: _____
Title: _____


MERITAGE HOMES OF NEVADA, INC.
(formerly known as MTH Homes Nevada, Inc.), an
Arizona corporation

By: _____
Name: _Roger M. Zaville_____
Title: _Division President_____


BEAZER HOMES HOLDING CORP., a
Delaware corporation

By: _____
Name: _____
Title: _____


**PARENT GUARANTORS:**

KB HOME, a Delaware corporation

By: _____
Name: _____
Title: _____


_____
JOHN A. RITTER


TOLL BROTHERS, INC., a Delaware
corporation

By: _____
Name: _____
Title: _____


5

PARDEE HOMES OF NEVADA, a Nevada
corporation

By: _____
Name: _____
Title: _____


MERITAGE HOMES OF NEVADA, INC.
(formerly known as MTH Homes Nevada, Inc.), an
Arizona corporation

By: _____
Name: _____
Title: _____


BEAZER HOMES HOLDING CORP., a
Delaware corporation

By: ___*Cory J. Boydston*_____
Name: Cory J. Boydston
Title:   Senior Vice President


**PARENT GUARANTORS:**

KB HOME, a Delaware corporation

By: _____
Name: _____
Title: _____


_____
JOHN A. RITTER


TOLL BROTHERS, INC., a Delaware
corporation

By: _____
Name: _____
Title: _____


5

PARDEE HOMES OF NEVADA, a Nevada
corporation

By: _____
Name: _____
Title: _____


MERITAGE HOMES OF NEVADA, INC.
(formerly known as MTH Homes Nevada, Inc.), an
Arizona corporation

By: _____
Name: _____
Title: _____


BEAZER HOMES HOLDING CORP., a
Delaware corporation

By: _____
Name: _____
Title: _____

**PARENT GUARANTORS:**

KB HOME, a Delaware corporation

By: _____
Name: Kelly M. Allred
Title:   Vice President, Treasury


_____
JOHN A. RITTER


TOLL BROTHERS, INC., a Delaware
corporation

By: _____
Name: _____
Title: _____

5

PARDEE HOMES OF NEVADA, a Nevada
corporation

By: _____
Name: _____
Title: _____


MERITAGE HOMES OF NEVADA, INC.
(formerly known as MTH Homes Nevada, Inc.), an
Arizona corporation

By: _____
Name: _____
Title: _____


BEAZER HOMES HOLDING CORP., a
Delaware corporation

By: _____
Name: _____
Title: _____


**PARENT GUARANTORS:**

KB HOME, a Delaware corporation

By: _____
Name: _____
Title: _____

JOHN A. RITTER


TOLL BROTHERS, INC., a Delaware
corporation

By: _____
Name: _____
Title: _____


5

PARDEE HOMES OF NEVADA, a Nevada
corporation

By: _____
Name: _____
Title: _____


MERITAGE HOMES OF NEVADA, INC.
(formerly known as MTH Homes Nevada, Inc.), an
Arizona corporation

By: _____
Name: _____
Title: _____


BEAZER HOMES HOLDING CORP., a
Delaware corporation

By: _____
Name: _____
Title: _____


**PARENT GUARANTORS:**

KB HOME, a Delaware corporation

By: _____
Name: _____
Title: _____


_____
JOHN A. RITTER


TOLL BROTHERS, INC., a Delaware
corporation

By: *Linda Hart*
Name: LINDA HART
Title: VP FINANCE


5

**WOODSIDE GROUP, INC., a Nevada corporation**

By: _____
Name: Chad Gardner
Title:   Treasurer


**KIMBALL HILL, INC., an Illinois corporation**

By: _____
Name: _____
Title: _____


**WEYERHAEUSER REAL ESTATE COMPANY, a Washington corporation**

By: _____
Name: _____
Title: _____


**MERITAGE HOMES CORPORATION, a Maryland corporation**

By: _____
Name: _____
Title: _____


**BEAZER HOMES USA, INC., a Delaware corporation**

By: _____
Name: _____
Title: _____

6

**WOODSIDE GROUP, INC.**, a Nevada corporation

By: _____
Name: _____
Title: _____

**KIMBALL HILL, INC.**, an Illinois corporation

By: _____
Name: Hal H. Barber
Title: Senior Vice President

**WEYERHAEUSER REAL ESTATE COMPANY**, a Washington corporation

By: _____
Name: _____
Title: _____

**MERITAGE HOMES CORPORATION**, a Maryland corporation

By: _____
Name: _____
Title: _____

**BEAZER HOMES USA, INC.**, a Delaware corporation

By: _____
Name: _____
Title: _____

6

WOODSIDE GROUP, INC., a Nevada
corporation

By: _____
Name: _____
Title: _____


KIMBALL HILL, INC., an Illinois
corporation

By: _____
Name: _____
Title: _____


WEYERHAEUSER REAL ESTATE COMPANY,
a Washington corporation

By: _____
Name: _____
Title: _____
JEFFREY W. NITTA
Vice President/Treasurer


MERITAGE HOMES CORPORATION,
a Maryland corporation

By: _____
Name: _____
Title: _____


BEAZER HOMES USA, INC., a Delaware
corporation

By: _____
Name: _____
Title: _____

6

WOODSIDE GROUP, INC., a Nevada
corporation

By: _____
Name: _____
Title: _____


KIMBALL HILL, INC., an Illinois
corporation

By: _____
Name: _____
Title: _____


WEYERHAEUSER REAL ESTATE COMPANY,
a Washington corporation

By: _____
Name: _____
Title: _____


MERITAGE HOMES CORPORATION,
a Maryland corporation

By: _____
Name: _Robert M. Sellite_____
Title: _Division President_____


BEAZER HOMES USA, INC., a Delaware
corporation

By: _____
Name: _____
Title: _____

WOODSIDE GROUP, INC., a Nevada
corporation

By: _____
Name: _____
Title: _____


KIMBALL HILL, INC., an Illinois
corporation

By: _____
Name: _____
Title: _____


WEYERHAEUSER REAL ESTATE COMPANY,
a Washington corporation

By: _____
Name: _____
Title: _____


MERITAGE HOMES CORPORATION,
a Maryland corporation

By: _____
Name: _____
Title: _____


BEAZER HOMES USA, INC., a Delaware
corporation

By: _____
Name:  Cory J. Boydston
Title:   Senior Vice President

6

**ADMINISTRATIVE AGENT:**

JPMORGAN CHASE BANK, N.A.,
as Administrative Agent

By: _____
Name: ____Kent Kaiser_____
Title: ____Executive Director_____

7