# EXHIBIT H

# CERTIFICATION OF
## ACQUISITION AGREEMENT

Each of the undersigned hereby certifies that attached hereto as <u>Exhibit A</u> is a true, correct and complete copy of the Second Amendment to Purchase and Sale Agreement and Joint Escrow Instructions by and between South Edge, LLC, Beazer Homes Holding Corp. and Beazer Homes USA, Inc., and the same has not been revoked, modified, amended or rescinded and is in full force and effect as of the date hereof.

This Certification of Acquisition Agreement may be executed in one or more counterparts (by facsimile or otherwise), each of which shall be deemed an original but all of which together shall constitute one and the same certificate.

Dated: March 9, 2007

HOLDINGS MANAGER, LLC, as General
Manager of South Edge, LLC

By: _____
John A. Ritter
General Manager

BEAZER HOMES HOLDING CORP.

Dated: March ___, 2007

By: _____
Teresa R. Dietz
Secretary

BEAZER HOMES USA, INC.

Dated: March ___, 2007

By: _____
Teresa R. Dietz
Secretary

DMEAST #9733514 v1

# CERTIFICATION OF
# ACQUISITION AGREEMENT

Each of the undersigned hereby certifies that attached hereto as <u>Exhibit A</u> is a true, correct and complete copy of the Second Amendment to Purchase and Sale Agreement and Joint Escrow Instructions by and between South Edge, LLC, Beazer Homes Holding Corp. and Beazer Homes USA, Inc., and the same has not been revoked, modified, amended or rescinded and is in full force and effect as of the date hereof.

This Certification of Acquisition Agreement may be executed in one or more counterparts (by facsimile or otherwise), each of which shall be deemed an original but all of which together shall constitute one and the same certificate.

HOLDINGS MANAGER, LLC, as General Manager of South Edge, LLC

Dated: March ___, 2007

By: _____
John A. Ritter
General Manager

BEAZER HOMES HOLDING CORP.

Dated: March 9, 2007

By: _[signature]_____
Teresa R. Dietz
Secretary

BEAZER HOMES USA, INC.

Dated: March 9, 2007

By: _[signature]_____
Teresa R. Dietz
Assist. Secretary

DMEAST #9733514 v1

## SOUTH EDGE, LLC

## SECOND AMENDMENT TO PURCHASE AND SALE AGREEMENT AND JOINT ESCROW INSTRUCTIONS

REFERENCE IS MADE to that certain Purchase and Sale Agreement and Joint Escrow Instructions by and between South Edge, LLC, a Nevada limited liability company ("Developer"), and Beazer Homes Holdings Corp., a Delaware corporation ("Builder"), dated as of October 29, 2004 (as amended, supplemented or otherwise modified from time to time, the "Acquisition Agreement"). Capitalized terms used herein and not otherwise defined herein are used with the meanings given them in the Acquisition Agreement.

WHEREAS, the Developer and Builder have agreed that certain amendments to the Acquisition Agreement are necessary.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the undersigned hereby agree as follows:

1. <u>New Takedown Schedule</u>. Exhibit C to the Acquisition Agreement, which sets forth the Takedown Schedule for each Takedown and the applicable Phase, is restated in its entirety to read as set forth on Exhibit A attached hereto.

2. <u>Clarification of "MCD Account Builder Credit."</u> In implementation of the express intent and meaning of Section 3.f.i of the Acquisition Agreement (i.e., that all Capital Contributions be allocated proportionally over the Phases being acquired by Builder), if the amount of the Capital Contribution representing the Builder MI Deposit is determined based on the amount required by the MI Financing (and the MI Financing requires an amount that is greater than the AGA Phase Fraction of the projected total unexpended Builder MI Costs), then such amount shall be allocated over the Phases being acquired by Builder in the same proportion as the other Capital Contributions of Builder are allocated (i.e., pro rata utilizing the AGA Phase Fraction) to determine the MCD Account Builder Credit for each Takedown.

3. <u>Effect on Agreement</u>. The Acquisition Agreement shall remain unmodified and in full force and effect except as expressly amended hereby.

4. <u>Entire Agreement</u>. The Acquisition Agreement as amended by this Amendment (including all exhibits, schedules and other documents referred to in the Acquisition Agreement as amended by this Amendment), together with that certain Amended and Restated Operating Agreement of Developer dated as of May 3, 2004, as amended, constitute the entire agreement by and among the parties and supersede all prior discussions, negotiations, agreements and understandings, both written and oral, by and among the parties with respect to the subject matter of the Acquisition Agreement as amended by this Amendment.

5. <u>Counterparts</u>. This Amendment may be executed in any number of counterparts with the same effect as if all of the parties had signed the same document. All counterparts shall be construed together and shall constitute one agreement.

      6.    <u>Co-Signing by Parent Guarantor</u>.  The Builder's corresponding Parent Guarantor is co-signing this Amendment solely for the purpose of acknowledging Builder's rights and obligations hereunder.

[The remainder of this page has intentionally been left blank]

IN WITNESS WHEREOF, the parties have executed this Second Amendment as of the _____ day of March, 2007.

"DEVELOPER"

SOUTH EDGE, LLC,
  a Nevada limited liability company

By: Holdings Manager, LLC,
    its General Manager

By: _____
    John A. Ritter, General Manager

"BUILDER"

BEAZER HOMES HOLDINGS CORP.,
  a Delaware corporation


By: _____
    Name:
    Title:


"BUILDER PARENT CO-SIGNER"

BEAZER HOMES USA, INC.,
  a Delaware corporation


By: _____
    Name:
    Title:

IN WITNESS WHEREOF, the parties have executed this Second Amendment as of the _____ day of March, 2007.

"DEVELOPER"

SOUTH EDGE, LLC,
a Nevada limited liability company

By: Holdings Manager, LLC,
its General Manager

By: _____
John A. Ritter, General Manager

"BUILDER"

BEAZER HOMES HOLDINGS CORP.,
a Delaware corporation

By: *[signature]*
Name: Cory J. Boydston
Title: Senior Vice President

"BUILDER PARENT CO-SIGNER"

BEAZER HOMES USA, INC.,
a Delaware corporation

By: *[signature]*
Name: Cory J. Boydston
Title: Senior Vice President

EXHIBIT A TO
SECOND AMENDMENT

## EXHIBIT "C"

### TAKEDOWN SCHEDULE

| DATE | ACRES |
|---|---|
| July 15, 2008 | 50.40 |
| TOTAL | 50.40 |