McDONAGH DECLARATION

# EXHIBIT I

# REDACTED

# 3/10/08 MEETING MINUTES