# EXHIBIT K

# J.P.Morgan

**John McDonagh**
Managing Director

November 23, 2010

**Via Telecopy to (702) 216-2067**

South Edge, LLC
c/o Focus South Group LLC
3455 Cliff Shadows Parkway, Suite 220
Las Vegas, NV 89189
Attention: John A. Ritter

Re:    Amended and Restated Credit Agreement dated as of March 9, 2007 (the "Credit
Agreement"), among South Edge, LLC, a Nevada limited-liability company
("Borrower"), JPMorgan Chase Bank, N.A. as Administrative Agent ("Agent"),
the Royal Bank of Scotland PLC, as Syndication Agent, J.P. Morgan Securities
Inc., as Sole Book Runner and Sole Lead Arranger, and the Lenders party thereto;
and "Loan Documents" as defined therein, including the Forbearance Agreement

Dear Borrower:

### Certain Definitions and Cross-References

Reference is made to the Credit Agreement and other Loan Documents.  Terms
defined in the Credit Agreement and used, but not otherwise defined, herein have the
meanings ascribed to such terms in the Credit Agreement.  If not defined in the Credit
Agreement, but defined in another Loan Document referenced herein, then such terms
shall have the meanings ascribed to such terms in the referenced Loan Document.
References to "documentation" are used in their broadest and most comprehensive sense
and include every form of information, including written or printed documents, as well as
emails and other electronic or other media.

Reference is also made to the "Final Award" dated July 6, 2010, in the JAMS
Arbitration Proceeding No. 1260001162 (together with any confirming court order, called
the "Arbitration Award") in that arbitration (together with any confirming court process,
called the "Arbitration").  In addition, reference is made to the litigation relating to
Borrower among Guarantors and Agent pending as JPMorgan Chase Bank, N.A. v. KB
Home et al. pending in the U.S. District Court for the District of Nevada in cases CV-
01711-PMP-RJJ, 2:08-CV-01709-PMP-RJJ, 2:08-CV-01713-PMP-RJJ, 2:08-CV-01714-
PMP-RJJ, 2:08-CV-01715-PMP-RJJ, 2:08-CV-01716-PMP-RJJ, 2:08-CV-01717-PMP-
RJJ, 2:09-CV-01154-PMP-RJJ, 2:09-CV-01547-PMP-RJJ, 2:09-CV-01548-PMP-RJJ,
2:09-CV-01549-PMP-RJJ, 2:09-CV-01550-PMP-RJJ, 2:09-CV-01551-PMP-RJJ, 2:09-

South Edge, LLC
November 23, 2010
Page Two

CV-01552-PMP-RJJ, (the "Nevada Litigation"), including the amended complaints, motions and other briefs, declarations and other documents filed therein by or on behalf of Agent and related filings by or for the Agent at any time thereafter (collectively the "Agent's Nevada Litigation") and the amended cross-complaints, motions and other briefs, declarations and other documents and related filings therein (collectively the "Builders' Nevada Litigation") by any Defendant therein besides Focus and Borrower (collectively the "Builders").

General Request for Clarification

The Agent or its counsel is assessing some of the many adverse effects on the Project of various wrongs and non-performances by the Borrower of its obligations with respect to Loan Documents, Project Agreements, and Operating Agreement, including those addressed in the Arbitration Award and the briefings and arguments addressed at the August 6, 2010, hearing in the Nevada Litigation and Judge Pro's related briefings so far. The Credit Party - Builder defendants in the Nevada Litigation are the cause of those wrongs and non-performances, including for the general shut down and abandonment of the Project addressed in the Arbitration Award. Besides the City's warning about the possible loss of the LID financing from that shutdown, the City also appears to be on the verge of exercising surety bond and other remedies for Borrower's subdivision improvement agreement defaults as described in **Exhibit 1**. In order to enable the Agent to evaluate any practical alternatives in protecting the Project and other Collateral, it is important for the Borrower to address the questions in this letter.

Information Demands, Etc.

Agent demands on a continuous basis Borrower's full compliance with its obligations, including to provide the existing and future financial and other documentation that are available to, in the possession or control of, or are capable of being acquired by, Borrower or its agents, attorneys, accountants, consultants or other advisors or custodians, as required by Sections 6.01, 6.02, 6.06 or 6.17 of the Credit Agreement or by other Loan Documents, together with all notices at any time required by Section 6.02 of the Credit Agreement. That request includes without limitation such compliance by Borrower with respect to Section 6.01(f) and otherwise as to the following information and documentation requested by Agent as to matters, conditions or events since March 31, 2008:

- Whether and how the Borrower's managers or other decision-makers have proposed to respond to and comply with the Agent's requests in this letter, together with who voted for or against the required responses.

- All of the information and documentation which Agent has requested from the Guarantors or Credit Parties defendant in the Agent's Nevada Litigation, together with the entire record of the Arbitration, including all documents belonging to

South Edge, LLC
November 23, 2010
Page Three

Borrower that were used or submitted as evidence by any Guarantor or Credit Party who was a party to the Arbitration.

- All financial information, reports and documents required by or here requested pursuant to Section 6.01, including all accountant work papers and a description of each liability of Borrower existing or arising, whether paid or unpaid, including name and contact information of each such creditor and payee, the dates when such liability arose, became due and was paid, the applicable contracts, invoices and receipts, the purpose of Borrower incurring the liability, and source of funding and time of any payments thereon. In particular, as to every liability of Borrower paid by or for the account of Borrower since January 1, 2010, please provide the Agent with all relevant data and documents. As to every unpaid liability of Borrower that exists on the date of this letter, please provide the Agent with all relevant data and documents. In addition, please disclose all relevant documentation and information regarding the pending and past due amounts of any and all property tax, LID liabilities and other amounts owing to any governmental authority or unit, including all documentation thereof and evidence of compliance with Credit Agreement Sections 6.04 and 6.09.

- Please provide Agent with a copy of each existing contract or other transaction documents evidencing or relating to the provision of any goods, benefits, or services to or for the benefit of Borrower or the Project or evidencing or relating to any arrangements for the payment of the same or other liabilities of or for the account of Borrower or the Project.

- All reserves of Borrower referenced in Sections 6.04 or 6.18, and a description of the liabilities to which such reserves relate, together with all related documentation.

- Describe what actions and performance have occurred by or for Borrower in compliance with its obligations pursuant to Credit Agreement Section 5.01, including with respect to any Development Agreement or other Project Agreement, the Operating Agreement, or any Acquisition Agreement, as well as with respect to what is required to maintain the Permits and entitlements from the City or other governmental authorities and what has been requested by the City in the communications referenced in the concurrent letter from the Agent to the Borrower and provide the Agent with all relevant documentation. In particular and without limitation, provide the Agent with the reports and notices required by Sections 5.02, 5.04, 5.05, 5.06, 5.07, 5.08, 5.09, 5.10, 5.12, 5.13, 5.14, 5.15, 5.16 and the related implementing notice requirements of Sections 6.01(f) and 6.02. Without limiting the generality of the foregoing, the Agent requires comprehensive information and documentation as to:

  o Whatever exceptions, if any, exist according to the Borrower to the total abandonment of its compliance with Article 5 of the Credit Agreement and the Acquisition Agreements, and the Borrower's explanation of what

South Edge, LLC
November 23, 2010
Page Four

it has failed to do or cause to be done in compliance with Article 5 and the Acquisition Agreements, as well as the Borrower's positions and responses as to the issues and defaults addressed in the Agent's accompanying letter to the Borrower. The Agent wishes to make informed decisions about what, if anything, it should or could do or arrange to be done without duplication for the account of the Borrower.

o   Whatever acts, omissions or events are causing delay or interruption of Borrower's work and activities in compliance with Section 5.04 of the Credit Agreement, including that required notice of each item of work delayed and its cause and duration.

o   Because of Borrower's abandonment of work on the Project, including the maintenance and repair of improvements, equipment and other assets, please describe, and provide comprehensive documentation of, any and all defects and unsafe and hazardous conditions, pursuant to Section 5.06 of the Credit Agreement and other Loan Documents;

o   Because of past non-compliance with Section 5.07 of the Credit Agreement and similar provisions of the other Loan Documents, please identify each existing obligation referenced in Section 5.07, and provide Agent with all relevant documentation.

o   Because of past non-compliance with Section 5.08 of the Credit Agreement and similar provisions of other Loan Documents, please identify each change or amendment or modification or termination contrary to Section 5.08 or any other Loan Document.

o   Because of the Borrower's defaults under the various subdivision improvement agreements with the City described in **Exhibit 1** hereto, resulting in the likely exercise of City remedies against surety bonds and otherwise, please provide us with all of the relevant agreements, bonds, default notices, and related documentation, as well as an explanation of the Borrower's response as to each default.

- The name, description, location, account number, and balance of each of the Borrower's deposit accounts, and all deposits, cash collateral arrangements and other funds in which Borrower has any right or interest, whether legal or equitable, as well as all documentation for, or evidence of, all accounts, general intangibles, payment intangibles, instruments, investments, investment property, chattel paper, letters of credit, surety bonds, insurance, and other rights to payment.

- Copies of all of Borrower's tax returns and filings with governmental authorities.

- Copies of all documents, correspondence and emails between and among Borrower or its professionals and agents and the City of Henderson or its professionals or agents, including those concerning the status of entitlements at

South Edge, LLC
November 23, 2010
Page Five

the Inspirada master planned development, including as provided in Section 5.02 of the Credit Agreement and with respect to the City communications referenced in the accompanying letter from the Agent to the Borrower.

- With reference to Borrower's preserving its rights, licenses, permits, privileges, and franchises in accordance with Article 5 and Sections 6.03 and 6.07 of the Credit Agreement and other Loan Documents, please describe any rights, licenses, permits, privileges, and franchises that have been lost or adversely affected, or that are at risk of being lost or adversely affected, including whatever rights will be lost when the City notifies Borrower of defaults under the various subdivision improvement agreements with the City and seeks to enforce its related surety bonds.

- Please confirm the status of Borrower's rights to be paid with LID proceeds for any work and any deadlines that may apply for any work or any other accomplishments to be performed by or for Borrower for recovery from LID proceeds.

- All insurance certificates that evidence compliance with Sections 6.05 and 6.11 of the Credit Agreement and each of the other Loan Documents.

- Copies of every appraisal in the possession or control of Borrower or its agents or professionals, or otherwise available to Borrower, with respect to any or all of the Project or other collateral, including pursuant to Credit Agreement Section 6.14 and 6.01(f).

<u>Reporting Events of Default, Etc.</u>

In addition, Agent demands on a continuous basis Borrower's full compliance with each of the Loan Documents, each of the Acquisition Agreements and other Project Agreements, including without limitation Credit Agreement Section 6.02, including without limitation notice of the following since March 31, 2008, together with providing Agent with comprehensive documentation with respect thereto:

- Each and every Default that has occurred (6.02(a)), including without limitation every evidence of any Default admitted or explained by any Guarantor in the course of the Arbitration or asserted by any party to the Arbitration.

- Any and all transactions by Borrower with any Member or Affiliate within the scope of Credit Agreement Sections 7.07 or 8.01(v).

- Disclosure of all available information and documentation about the following:

  o The allocation of available Project building permits.

  o Funding commitments and related transactions Borrower has arranged in order to be able to perform the developer's obligations to achieve the road and related improvements referenced for Federal stimulus funding under

ny-938025

South Edge, LLC
November 23, 2010
Page Six

the May 27, 2010 Memorandum of Understanding with the City of Henderson.

 o  Any other actions Borrower has taken to achieve any benefits from any stimulus opportunity.

- Any and all information or documents evidencing or relating to any of the Defaults or Events of Default that Borrower is required to disclose to the Agent pursuant to Credit Agreement § 6.02 or otherwise, or that has been noticed by the Agent.

- Each and every action, suit or proceeding (including any arbitration or mediation) referenced in § 6.02(b).

- Each and every ERISA Event referenced in § 6.02(c).

- Each and every other event, act, omission, condition or development that results in, or could reasonably be expected to result in, a Material Adverse Effect, including without limitation, because of the Material Adverse Effect created by the results in the Arbitration Award, including the resulting deadlocks in the governance of the Borrower and the following:

 o  Each and every decision made or proposed to the Borrower's Management Committee or any other committee of the Borrower or among its member (or any implementation by the Borrower), as well as notices to any such Committee and the minutes of all Committee meetings, including those attending, how the quorum was purportedly established, and the actions proposed and taken.

 o  As to each such Committee decision or other purported action of the Borrower on which any Credit Party has based any of its allegations in the Builders' Nevada Litigation or the Arbitration, prove the Borrower's authority to act, such as by explaining why any such Builder Member and the Borrower contend that a quorum existed for such action or decision to be approved for Borrower consistent with the Arbitration Award and the Operating Agreement, including how Borrower or such Guarantor contends that its vote or other actions is proper under the Arbitration Award interpretations of the Operating Agreement, including how such vote or action allegedly is not disqualified by the Builders' Events of Default.

In each such case, Agent requires the Financial Officer's statement in the form and substance referenced in the last sentence of Section 6.02.

South Edge, LLC
November 23, 2010
Page Seven

<u>Future Questions Relating to the City Process</u>

The most recent information and questions from the City of Henderson cause the Agent concern about the material risks to the continued availability of the LID funding from the City, the Federal stimulus funding from the City, and the various Permits and entitlements from the City and other governmental authorities, as well as the other problems foreseeable on account of the subdivision improvement agreement defaults and surety bond enforcement referenced in **Exhibit 1**.  Pursuant to Sections 6.01, 6.02, and 6.17 of the Credit Agreement and the other requirements of the Loan Documents, please keep the Agent fully informed as to all communications and events after this letter, as if the Agent had renewed this letter request by resending it each week hereafter.

<u>Miscellaneous Matters</u>

Please consider this as a demand pursuant to Section 6.06 to exercise Agent's right to inspect and copy the entire Arbitration record and the other books and records responsive to the requests for information or documents contained in this letter.

Borrower has obviously failed to perform its obligations in Credit Agreement Section 6.02, as well as similar provisions of other Loan Documents, by reporting to Agent each Default and Event of Default occurring thereunder.  The Arbitration Award reveals how long and severe some of those nondisclosures have been.  Nevertheless, the Agent again demands that the Borrower perform all of its disclosure obligations now and in the future, including by reporting any obstructing or interference of that performance by any Credit Party.

Pursuant to Credit Agreement Sections 7.07 and 8.01(v), the Agent requires all available information and documentation, both now and in the future, of each and every contract, dealing, transfer of money, property or value or other transaction between Borrower and any Credit Party or any of its Affiliates, so that the Agent may test compliance with Credit Agreement Section 7.07 and other applicable provisions of the Loan Documents.

Please provide your responses to the information and documentation requested herein on or before December 7, 2010, to the following: Jeffrey R. Sylvester, Esq., Sylvester & Polednak, Ltd., 7371 Prairie Falcon Road, Suite 120, Las Vegas, Nevada 89128, jeff@sylvesterpolednak.com.

This request is without prejudice to Agent's rights, in accordance with the Credit Agreement, the Loan Documents, or otherwise to make further requests for information and documentation, and Agent expressly reserves all rights with respect thereto.

South Edge, LLC
November 23, 2010
Page Eight


      Please make certain that the requested information and documentation is sufficient in order to enable Agent to exercise fully those Section 5.16 rights to audit and verify the accuracy of any information provided.

      Thank you.

Sincerely,

John McDonagh
Managing Director

cc:

      Kummer Kaempfer Bonner & Renshaw
      Seventh Floor
      3800 Howard Hughes Parkway
      Las Vegas, NA 89109
      Attention:    John C. Jeppsen
      Telecopy No.:  (702) 796-7181

      Ballard Spahr Andrews & Ingersoll LLP
      1735 Market Street
      Philadelphia, PA 19103-7599
      Attention:    Richard Perelman
      Telecopy No.:  (215) 864-9973

      KB Home Nevada, Inc.
      750 Pilot Road, Suite F
      Las Vegas, NV 89119
      Attention:    James Widner
      Telecopy No.:  (702) 614-2645

      KB Home Nevada, Inc.
      750 Pilot Road, Suite F
      Las Vegas, NV 89119
      Attention:    Chris Stephens
      Telecopy No.:  (702) 614-2645

      KB Home
      10990 Wilshire Blvd.
      Los Angeles, CA 90024
      Attention:    Kelly M. Allred
      Telecopy No.:  (310) 231-4140

South Edge, LLC
November 23, 2010
Page Nine

      Beazer Homes USA, Inc.
      1000 Abernathy Road
      Suite 1200
      Atlanta, GA  30328
      Attention:     Cory J. Boydston
                      Senior Vice President
      Telecopy No.:  (404) 847-4903

      Beazer Homes USA, Inc.
      4670 South Fort Apache Road
      Suite 200
      Las Vegas, NV  89147
      Attention:     Division President
      Telecopy No.:  (702) 837-2101

      Beazer Homes Holdings Corp.
      1000 Abernathy Road
      Suite 1200
      Atlanta, GA  30328
      Attention:     Cory J. Boydston
      Senior Vice President
      Telecopy No.:  (404) 847-4903

      Beazer Homes Holdings Corp.
      4670 South Fort Apache Road
      Suite 200
      Las Vegas, NV  89147
      Attention:     Division President
      Telecopy No.:  (702) 837-2101

      Rice Silbey Reuther & Sullivan, LLP
      3960 Howard Hughes Parkway
      Suite 700
      Las Vegas, NV  89109
      Attention:     Stephen M. Sullivan, Esq.
      Telecopy No.:  (702) 732-7110

      Holland & Knight, LLP
      131 S. Dearborn Street
      30th Floor
      Chicago, IL  60603
      Attention:     John R. Nyweide, Esq.
      Telecopy No.:  (312) 715-5740

South Edge, LLC
November 23, 2010
Page Ten

MTH-Homes Nevada, Inc.
555 West Badura Avenue, Suite 120
Las Vegas, NV 89118
Attention:      Robert M. Beville
Telecopy No.:   (702) 896-9191

Meritage Homes Corporation
8501 East Princess Drive, Suite 290
Scottsdale, AZ 85255
Attention:      Larry Seay
Telecopy No.:   (480) 998-9178

Pardee Homes of Nevada
10880 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90024
Attention:      Mr. Tony Dolim
Telecopy No.:   (253) 928-2474

Sandler and Rosen, LLP
1801 Avenue of the Stars, Suite 510
Los Angeles, CA 90067
Attention:      Steven E. Levy
Telecopy No.:   (310) 277-5954

Weyerhaeuser Real Estate Co.
33663 Weyerhaeuser Way South
Federal Way, WA 98003
Attention:      Treasurer
Telecopy No.:   (253) 924-3870

Focus South Group LLC
3455 Cliff Shadows Parkway, Suite 220
Las Vegas, NV 89129
Attention:      John A. Ritter
Telecopy No.:   (702) 216-2067

Focus Property Group
3455 Cliff Shadows Parkway, Suite 220
Las Vegas, NV 89129
Attention:      John A. Ritter
Telecopy No.:   (702) 216-2067

South Edge, LLC
November 23, 2010
Page Eleven

Coleman-Toll Limited Partnership
1140 Town Center Drive, Suite 350
Las Vegas, NV 89144
Attention:      Gary Mayo
                Vice President
Telecopy No.:   (702) 243-9610

Toll Brothers, Inc.
3103 Philmont Avenue
Huntingdon Valley, PA 19006
Attention:      Joel H. Rassman
                Chief Financial Officer
                Executive Vice President and Treasurer
Telecopy No.:   (215) 938-8010

Toll Brothers, Inc.
3103 Philmont Avenue
Huntingdon Valley, PA 19006
Attention:      Frederick Cooper
                Sr. Vice President, Finance
Telecopy No.:   (215) 938-8010

Toll Brothers, Inc.
3103 Philmont Avenue
Huntingdon Valley, PA 19006
Attention:      Kenneth J. Gary, Sr. Vice President
and General Counsel
Telecopy No.:   (215) 938-8255

Alameda Investments, LLC
39 East Eagleridge Drive, Suite 102
North Salt Lake, UT 84054
Attention:      Leonard K. Arave
Telecopy No.:   (801) 299-0550

Alameda Investments, LLC
39 East Eagleridge Drive, Suite 102
North Salt Lake, UT 84054
Attention:      Wayne Farnsworth
Telecopy No.:   (801) 813-8003

South Edge, LLC
November 23, 2010
Page Twelve

# EXHIBIT 1

## COMPLETION OF BOND REPORT

| PROJECT NAME | KIVA # | BOND (Y/N) | BOND %/$ REMAINING | PROJECT % COMPLETED | PUNCHLIST ITEMS | DELIQUENT LETTER Y/N & DATE | F-MEMO Y/N & DATE | FINAL RELEASE DATE |
|---|---|---|---|---|---|---|---|---|
| | | | | | 4.   Install 1 hydrant shear pad | | | |
| Roma Hills | 1997000013 | Surety | 100% $1,554,866.50 | 95% | | | | |
| Sage Mountain Commercial Center Off-sites | 2002705086 | Surety | 100% $2,573,950.67 | 0% | Job not started | Y | | |
| Salvation Army Warehouse | 2004870160 | No | 0 | 99% | 1.   Install 1 RPPA | | | |
| San Gregorio Estates | 2007870057 | Surety | 100% $260,331.00 | 0% | | Y | | |
| Schurtleff Medical Center – 38 Water St. | 2008870030 | Surety | 100% $5,423.87 | 0% | | Y | | |
| Seven Hills Parcel R Unit 1 | 2007870053 | No | 0 | 100% | | | | |
| Shea Commercial Warm Springs | 2005870095 | Surety | 100% $38,057.00 | 99% | 1.   Remove steps from sewer manholes 2.   Clean all manholes 3.   Clean all valve cans 4.   Seal cross gutters 5.   Raise/Collar 1 manhole | | | |
| Sienna Pavilion II | 2003705176 | Cash | 100% $18,284.00 | 95% | 1.   Grout 2 sewer manholes 2.   Raise/collar 1 blow-off | | | |
| Skyline Estates | 2006870086 | Surety | 100% $2,286,030.00 | 100% | | | | |
| Smith Williams Senior Apts. | 2008870047 | Surety | 100% $158,993.38 | 0% | | Y | | |
| Snap Towing | 2008870029 | No | 0 | 100% | | | | |
| SNWA Contract 320-A | 2004870054 | No | 0 | 100% | | | | |
| Sonic Renovation | 2008870020 | Cash | 100% $5,163.00 | 99% | 1. Raise/Collar 1 manhole | | | |
| Sorano Commercial Village | 2006870192 | Surety | 100% $2,125,213.00 | 90% | No Punchlist | | | |
| South Edge 12 & 24 2870 Zone Main | 2007870077 | No | 0 | 100% | | | | |
| South Edge 36" pipeline | 2006870041 | Surety | 100% $646,744.00 | 90% | | | | |
| South Edge East 5 Channel Phase 2 | 2006870098 | No | 0 | 100% | | | | |
| South Edge East 5 Trail | 2006870178 | Surety | 20% $42,220.00 | 100% | | | | |
| South Edge East 5(Ph.1) Flood Control Imp. | 2005870233 | No | 0 | 100% | | | | |
| South Edge East Side Flood Control Improvements | 2005870152 | Surety | 100% $3,158,242.00 | 90% | No punchlist | | | |
| South Edge Executive Airport – Volunteer | 2006870017 | Surety | 20% | 99% | 1.   Grout all manholes | | | |

- 22 -

## COMPLETION OF BOND REPORT

| PROJECT NAME | KIVA # | BOND (Y/N) | BOND %/$ REMAINING | PROJECT % COMPLETED | PUNCHLIST ITEMS | DELIQUENT LETTER Y/N & DATE | F-MEMO Y/N & DATE | FINAL RELEASE DATE |
|---|---|---|---|---|---|---|---|---|
| Sewer | | | $400,722.00 | | 2.   Raven line 6 manholes<br>3.   Clean all manholes<br>4.   R/R AC patch<br>5.   R/R curb<br>6.   Slurry seal street | | | |
| South Edge Pod 1-2 Unit 1 | 2005870208 | Surety | 100%<br>$987,842.00 | ACTIVE | | Y | | |
| South Edge Pod 1-2 Unit 2 (New) | 2006870187 | Surety | 100%<br>$629,162.00 | ACTIVE | | Y | | |
| South Edge Pod 1-2 Unit 4 | 2006870064 | Surety | 100%<br>$278,706.00 | ACTIVE | | Y | | |
| South Edge Pod 1-3 Unit 1 | 2006870044 | Surety | 100%<br>$1,594,108.00 | ACTIVE | | Y | | |
| South Edge Pod 1-4 Unit 1 Phase 1 | 2007870035 | Surety | 100%<br>$712,119.00 | 99% | ACTIVE | | | |
| South Edge Pod 1-4 Unit 2 | 2007870042 | Surety | 1,013,392.02 | | ACTIVE | | | |
| South Edge Pod 1-4 Unit 3 | 2007870048 | Surety | 100%<br>$672,475.00 | ACTIVE | | Y | | |
| South Edge Pod 2-3 | 2006870153 | Surety | 100%<br>$2,585,958.00 | 80% | No Punchlist | Y | | |
| South Edge Pump Station R-36 | 2006870085 | Surety | 20%<br>$329,024.00 | 100% | | | | |
| South Edge Reservoir R-36 | 2005870207 | Surety | 20%<br>$558,092.00 | 99% | 1.   Complete block wall<br>2.   Install security pickets<br>3.   Install gate<br>4.   Construct overflow opening and headwall<br>5.   Construct temporary access road<br>6.   Install flapper valves<br>7.   Clean vaults and site<br>8.   Raise/Collar 1 blow-off<br>9.   Provide 2 harnesses, saf-t-lock, 2 keys<br>10.  Submit remaining reports<br>11.  R/R AC patch<br>12.  Repair air vacs<br>13.  Install address<br>14.  Submit Monument tie-map | | | |
| South Edge Reservoir R-37 | 2006870067 | Surety | 100%<br>$2,119,480.00 | 80% | | Y | | |

- 23 -

# COMPLETION OF BOND REPORT

| PROJECT NAME | KIVA # | BOND (Y/N) | BOND %/$ REMAINING | PROJECT % COMPLETED | PUNCHLIST ITEMS | DELIQUENT LETTER Y/N & DATE | F-MEMO Y/N & DATE | FINAL RELEASE DATE |
|---|---|---|---|---|---|---|---|---|
| South Edge Sewer Extension Pods 2-2 & 2-3 | 2006870095 | Surety | 100% $114,091.00 | 80% | No Punchlist | Y | | |
| South Edge Sewer Plan and Profile | 2006870066 | No | 0 | 100% | | | | |
| South Edge Temporary Construction Pond | 2006870188 | No | 0 | 100% | | | | |
| South Edge Temporary Water Bypass | 2006870180 | No | 0 | 100% | | | | |
| South Edge Village 1 2760 Zone | 2006870025 | No | 0 | 100% | | | | |
| South Edge Village 1 Information Center | 2006870139 | No | 0 | 100% | | | | |
| South Edge Village 1 Infrastructure | 2005870187 | No | 0 | ACTIVE | | | | |
| South Edge Village 1 Infrastructure Phase 2 | 2006870150 | No | 0 | 100% | | | | |
| South Edge Village 1 KB Pod 1-2 Unit 2 | 2005870236 | No | 0 | 100% | | | | |
| South Edge Village 1 Pod 1 Phase 1 | 2006870024 | Surety | 20% $297,256.00 | ACTIVE | | Y | | |
| South Edge Village 1 Pod 1 Recreation Center | 2006870072 | No | 0 | 100% | | | | |
| South Edge Village 1 Pod 1-2 Unit 3 | 2005870237 | Surety | 100% $288,790.00 | 99% | 1.  Install 1 hydrant<br>2.  Remove steps from Sewer manholes<br>3.  Clean sewer inverts<br>4.  Number all hydrants<br>5.  Seal valley gutters<br>6.  Level 2 street repairs<br>7.  R/R 9 sections of sidewalk<br>8.  R/R 9 box collars<br>9.  R/R 12 sections of curb/gutter<br>10. 1 AC patch needed<br>11. Submit monument tie-map<br>12. Paint curbs red<br>13. Install blue reflectors<br>14. Pay for 4 irrigation meters | | | |
| South Edge Village 1 Pod 1-4 Unit 1 Phase 2 | 2007870027 | Surety | 100% $650,090.00 | ACTIVE | | Y | | |
| South Edge village 1 Pod 1-4 Unit 4A | 2008870061 | Surety | 100% $936,538.00 | ACTIVE | | Y | | |
| South Edge Village 1 Pod 1-4 Unit 4B | 2009870022 | Surety | 100% $674,274.00 | ACTIVE | | Y | | |
| South Edge Village 2 Infrastructure | 2006870061 | No | 0 | 80% | No Punchlist | | | |
| South Edge Village 2 Pod 2-2 Unit 1 | 2006870169 | Surety | 100% $242,026.00 | 80% | No Punchlist | Y | | |
| South Edge Village 2 Pod 2-2 Unit 2 | 2006870170 | Surety | 100% $109,565.00 | 80% | No Punchlist | Y | | |

## COMPLETION OF BOND REPORT

| PROJECT NAME | KIVA # | BOND (Y/N) | BOND %/$ REMAINING | PROJECT % COMPLETED | PUNCHLIST ITEMS | DELIQUENT LETTER Y/N & DATE | F-MEMO Y/N & DATE | FINAL RELEASE DATE |
|---|---|---|---|---|---|---|---|---|
| South Edge Village 3 Infrastructure | 2007870015 | | | | Not Started | | | |
| South Edge Volunteer Roadway | 2006870149 | Surety | 20% $56,267.00 | 100% | | | | |
| South Point Plaza | 2003705073 | No | 0 | 100% | | | | |
| South Valley Ranch Lot 3 Unit 2 | 2004870117 | Surety | 100% $48,774.00 | 99% | 1. Install 1 valve<br>2. Grout 1 manhole rings<br>3. Remove steps from 1 manhole<br>4. Clean out 2 valve cans<br>5. Bolt all utility vault lids<br>6. Complete trail and beautification | | | |
| Southfork Parcel 2 Crabtree Revision 2 | 2004870112 | Surety | 100% $89,504.00 | 99% | 1. Install 4 sidewalk ramps<br>2. Plumb 1 sign<br>3. R/R 3 sections of curb/gutter<br>4. Install sidewalk | | | |
| Southfork Parcel 2 Pecos Rd. Crabtree | 2001705092 | Surety | 100% $89,503.98 | 0% | | Y | | |
| Southfork Parcel 2 Pecos Road | 1998000132 | Surety | 100% $111,276.00 | 99% | 1. R/R 6 collars<br>2. R/R 10 sections of curb<br>3. R/R 1 DI lid<br>4. Install sidewalk<br>5. Raise/Collar blow-off<br>6. Repair 2 hydrants | | | |
| Southfork Pointe Phase 3 | 2003705134 | Surety | 100% $46,684.00 | 99% | 1. Lock DCDA covers<br>2. Raise/Collar 1 valve<br>3. Paint and number 2 hydrants<br>4. Install RPPA cover<br>5. Install blue reflectors<br>6. Sewer main sagging & tap not cut properly<br>7. 1 valve can crooked | | | |
| Southpoint Plaza Onsites | 2003705188 | No | 0 | 100% | | | | |
| Southwest Water Reclamation Facility | 2007870105 | No | 0 | ACTIVE | | | | |
| Southwest Water Reclamation Facility | 2006870020 | No | 0 | 99% | No Punchlist | | | |
| SpeeDee Mart #111 Car Wash Addition | 2008870083 | No | 0 | 100% | | | | |
| Spyglass Terrace | 2003705161 | No | 0 | 99% | 1. Install 1 cleanout<br>2. R/R cap for cleanout | | Yes | |
| St. Rose & 7 Hills Commercial | 2005870004 | Surety | 20% $117,824.00 | 99% | 1. Complete St. Rose Beautification<br>2. Provide video of sewer main | | | |
| St. Rose & Coronado Medical | 2008870055 | Ailb | 100% | 90% | | | | |

South Edge Pod Status

| PROJECT | DESCRIPTION | PCVL # | CONSTRUCTION STATUS (as of 4/21/08) | DECISION | CIVIL APPROVAL DATE | BOND AMOUNT | BOND REDUCTION? (amount) | Part of Water or Sewer Part of LID T-18? | CFMA # | FINAL MAP APPROVAL DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| South Edge Village 1 Information Center | | 2006870139 | | APPROVED | 10/13/06 | No Bond | | NAP | | |
| South Edge Park A | Parks Retail Bldg Multi-Use Bldg | 2006870116 | | APPROVED | 01/25/07 | No Bond | | NAP | CPMA 2007600008 | signed map to applicant on 2/12/08, but COH has not received |
| South Edge Pod 1-1 Rec Ctr | | 2006870072 | | APPROVED | 05/18/07 | No Bond | | NAP | 2006570031 | 9/29/2006 |
| South Edge Pod 1-1 Phase 1 (Toll Bros.) | | 2006870024 | | APPROVED | 07/28/06 | $1,486,279.16 | $297,256.00 | YES | | |
| South Edge Pod 1-1 Phase 2 | | | | | | | | NAP | | |
| South Edge Pod 1-2 Unit 1 | | 2005870208 | | APPROVED | 04/28/06 | $987,841.88 | | Yes | 2005570113 | 12/21/2006 |
| South Edge Pod 1-2 Unit 2 | | 2005870236 | | APPROVED | 07/28/06 | No Bond | | NAP | | CANCELED (R |
| South Edge Pod 1-2 Unit 2 (new) | | 2006870187 | | APPROVED | 05/11/07 | $629,161.57 | | NAP | 2007570018 | 6/27/2007 |
| South Edge Pod 1-2 Unit 3 | | 2005870237 | | APPROVED | 07/07/06 | $288,789.66 | | NAP | 2006570015 | 2/1/2007 |
| South Edge Pod 1-2 Unit 4 | | 2006870064 | | APPROVED | 12/07/06 | $278,705.49 | | NAP | 2006570049 | 1/1/2007 |
| South Edge Pod 1-3 Unit 1 | | 2006870044 | | APPROVED | 11/03/06 | $1,594,107.87 | | NAP | 2006570047 | 11/28/2006 |
| South Edge Pod 1-3 Unit 2 | CANCELED | 2006870053 | CANCELED | CANCELED | CANCELED | | | NAP | 2006570048 | REDESIGNED |
| South Edge Pod 1-3 Unit 2 (new) | | 2008870032 | plan review 1 resub 4/10/08 | | | | | NAP | 2006570048 | |
| South Edge Pod 1-4 Unit 1 | CANCELED | 2006870065 | CANCELED | CANCELED | CANCELED | | | NAP | 2006570050 | CANCELED |
| South Edge Pod 1-4 Unit 1 Ph 1 | | 2007870035 | | APPROVED | 06/27/07 | $712,119.39 | | NAP | 2007570027 | 12/12/2007 |
| South Edge Pod 1-4 Unit 1 Ph 2 | | 2007870027 | | APPROVED | 04/16/08 | $650,090.29 | | NAP | 2007570026 | |
| South Edge Pod 1-4 Unit 2 | | 2007870042 | | APPROVED | 08/03/07 | $1,013,392.02 | | NAP | 2007570039 | 8/29/2007 |
| South Edge Pod 1-4 Unit 3 | | 2007870048 | Ok to mylar 11/6/07 | | | $672,475.18 | | NAP | 2007570040 | |
| South Edge Pod 2-2 Unit 1 | | 2006870169 | | APPROVED | 06/19/07 | $242,025.66 | | NAP | 2007570011 | 8/22/2007 |
| South Edge Pod 2-2 Unit 2 | | 2006870170 | | APPROVED | 06/15/07 | $109,565.29 | | NAP | 2007570012 | 8/30/2007 |
| South Edge Pod 2-2 Unit 3 | | 2006870171 | 3rd mylar 8/23/07 | | | $1,131,634.80 | | NAP | 2007570013 | |
| South Edge Pod 2-2 Unit 4 | | 2006870172 | waiting for unit 3 (plans ready for approval) | | | $188,548.00 | | NAP | 2007570014 | |
| South Edge Pod 2-2 Unit 5 | | 2007870091 | plan review 1 resub 7/9/07 | | | | | NAP | 2007570049 | |
| South Edge Pod 2-2 Unit 6 | | 2007870092 | plan review 1 resub 7/6/07 | | | | | NAP | 2007570050 | |
| South Edge Pod 2-3 | | 2006870153 | | APPROVED | 06/01/07 | $2,585,958.17 | | NAP | 2007570008 | 7/19/2007 |

South Edge Pod Status

| PROJECT | DESCRIPTION | PCVL # | CONSTRUCTION STATUS (as of 4/21/08) | DECISION | CIVIL APPROVAL DATE | BOND AMOUNT | BOND REDUCTION? (amount) | Part of Water or Sewer Part of LID T-18? | CFMA # | FINAL MAP APPROVAL DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| South Edge Pod 2-2 & 2-3 Sewer Ext. | SS from Pod 2-3 through Pod 2-2 | 2006870095 | | APPROVED | 04/27/07 | $114,091.18 | | YES | N/A | |
| South Edge Pod 3-2 Sewer to Service 3-3 | SS from Pod 3-3 through Pod 3-2 | 2007870153 | plan review 1 resub 12/31/07 | | | | | Yes? (Different config.) | N/A | |
| South Edge Village 1 Infrastructure | Via Firenze & outlets from Volunteer to Del Terra Ave. | 2005870187 | | APPROVED | 04/14/06 | No Bond | | YES | N/A | |
| South Edge Village 1 Infrastructure Ph 2 | 12" WL in Via Seranova to just beyond the channel | 2006870150 | | APPROVED | 05/10/07 | No Bond | | NAP? | N/A | |
| South Edge Village 2 Infrastructure | Via Firenze & water/sewer spine infra. from Del Terra to Bicentennial | 2006870061 | | APPROVED | 03/23/07 | No Bond | | YES | N/A | |
| South Edge Village 3 Infrastructure | Via Firenze & water/sewer spine infra. from Bicentennial Pkwy South to Savella Ave. | 2007870015 | | APPROVED | 08/27/07 | No Bond | | YES | N/A | |
| South Edge Reservoir R-36 | 2760 PZ Reservoir | 2005870207 | in use; water quality an issue; punch list being compiled; site wall & gates need to be finished for security reasons | APPROVED | 11/03/05 | $2,790,458.00 | $558,092.00 | NAP | N/A | |
| South Edge Reservoir R-37 | 2870 PZ Reservoir | 2006870067 | 80% complete; needs testing & disinfection; Will leave dry until demand meets usage needs? Site wall & gates need to be finished for security reasons | APPROVED | 06/03/06 | $2,119,480.00 | | NAP | N/A | |

South Edge Pod Status

| PROJECT | DESCRIPTION | PCVL # | CONSTRUCTION STATUS (as of 4/21/08) | DECISION | CIVIL APPROVAL DATE | BOND AMOUNT | BOND REDUCTION? (amount) | Part of Water or Sewer Part of LID T-18? | CFMA # | FINAL MAP APPROVAL DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| South Edge Pump Station R-36 | Pump station at Via Monet & Montage | 2006870085 | pump building & pump skid installed; site paving complete; Needs power, | APPROVED | 12/15/06 | $1,645,120.40 | $329,024.00 | NAP | N/A | |
| South Edge 12" & 16" 2870 East Dist. Main | Democracy, east of Montage | 2007870014 | plan review 1 resub 2/14/07 | | | No Bond | | NAP? | N/A | |
| South Edge Village 1 2760 Zone | 36" WL in Via Monet, 30" WL in Via Inspirada, 24" WL in Via Da Vinci, 20" in Via Firenze | 2006870025 | | APPROVED | 08/22/06 | No Bond | | YES | N/A | |
| South Edge 12" & 24" 2870 Zone East Main | 20" in Montage, 12" in Via Contessa, 12" Via Firenze/ Vespucci/Via Firenze | 2007870077 | | APPROVED | 09/06/07 | No Bond | | YES | N/A | |
| South Edge 24" 2870 Zone West Trans Pipe | Democracy, west of Montage | 2006870138 | Ok to mylar 11/2/06 | | | No Bond | | NAP? | N/A | |
| South Edge 36" Pipeline (2870 Zone) | Montage, R-36 to R-37 | 2006870041 | 75% complete; pipe installed & tied in but no testing or disinfection has been completed; valve vaults & appurtenances need to be finished for security reasons; line will be left dry until the R-37 reservoir needs to be placed online | APPROVED | 09/05/06 | $646,744.29 | | YES | N/A | |
| South Edge 42" Pipeline | 2760 PZ WL, Via Monet to Via Inspirada to Exec. Airport to Volunteer | 2005870137 | line is in use; water quality an issue; punch list 97% complete | APPROVED | 01/26/06 | $3,795,800.83 | Finaled on 9/8/2008 Bond Released. | NAP? | N/A | |
| South Edge Exec Airport-Volunteer Sewer | Volunteer to Exec. Airport to St. Rose | 2006870017 | 100% complete and in use | APPROVED | 09/14/06 | $2,003,611.50 | $400,722.30 | NAP? | N/A | |
| South Edge Sewer Plan & Profile | 21" SS parallel to channel, Volunteer to just south of Bicentennial | 2006870066 | | APPROVED | 03/02/07 | No Bond | | YES | N/A | |

South Edge Pod Status

| PROJECT | DESCRIPTION | PCVL # | CONSTRUCTION STATUS (as of 4/21/08) | DECISION | CIVIL APPROVAL DATE | BOND AMOUNT | BOND REDUCTION? (amount) | Part of Water or Sewer Part of LID T-18? | CFMA # | FINAL MAP APPROVAL DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| South Edge St. Rose Sewer Phase 1 | 42" SS in St Rose from Exec. Airport to Jeffreys, 48" SS in St Rose from Jeffreys to 1290' east of Eastern | 2005870166 | | APPROVED | 12/04/07 | Finaled on 12/4/2007 Bond Amount Released. $3,094,483.95 | | NAP | N/A | |
| South Edge St. Rose Sewer Phase 2 | 48" SS in St. Rose from about 1290' east of Eastern to Eastern | 2005870161 | | APPROVED | 02/07/07 | Finaled on 2/7/2007 Bond Amount Released. $400,950.44 | | NAP | N/A | |
| South Edge St. Rose Sewer Phase 2A | 48" SS in St. Rose from Eastern to Cactus Wren Park (Pittman Pecos West Channel) | 2005870099 | | APPROVED | 12/14/06 | Finaled on 11/9/2006 Bond Amount Released. $1,432,461.80 | | NAP | N/A | |
| South Edge St. Rose Sewer Phase 2B | 48" SS in St. Rose from Pittman Pecos West Channel to the east | 2005870160 | | APPROVED | 02/07/07 | Finaled on 2/7/2007 Bond Amount Released. $1,883,938.54 | | NAP | N/A | |
| South Edge Access Rd (Sloan Rd.) | | 2005870138 | Ok to mylar 8/25/06 | | | No Bond | | | N/A | |
| South Edge Access Rd (Sloan Rd.) OLD | CANCELED | 2005870041 | CANCELED | CANCELED | CANCELED | | | | N/A | |
| South Edge East 5 (Ph 1 ) Flood Cont Imps | | 2005870233 | | APPROVED | 03/27/06 | No Bond | | | N/A | |
| South Edge East 5 Channel Ph 2 | | 2006870098 | | APPROVED | 04/11/07 | No Bond | | | N/A | |
| South Edge East 5 Trail | | 2006870178 | | APPROVED | 04/10/07 | $211,103.51 | $42,220.00 | | N/A | |
| South Edge East Side Flood Control Imps (Headworks & Drainage Channels) | | 2005870152 | substantial completion on headworks & Channels East 1 (except portion north of Volunteer) East 3, East 4, & East 5 | APPROVED | 04/20/06 | $3,158,242.20 | | | N/A | |
| South Edge Montage Access Road | | 2007870033 | | APPROVED | 07/13/07 | No Bond | | | N/A | |
| South Edge Master Planned Senate Road | | 2006870084 | plan review 2 resub by Parks 11/3/06 (complete by other depts) | | | No Bond | | | N/A | |

South Edge Pod Status

| PROJECT | DESCRIPTION | PCVL # | CONSTRUCTION STATUS (as of 4/21/08) | DECISION | CIVIL APPROVAL DATE | BOND AMOUNT | BOND REDUCTION? (amount) | Part of Water or Sewer Part of LID T-18? | CFMA # | FINAL MAP APPROVAL DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| South Edge Volunteer Roadway | | 2006870149 | | APPROVED | 02/21/07 | $281,332.48 | $56,267.00 | | N/A | |
| South Edge West 1 Facilities | | 2006870081 | Ok to mylar 5/30/07 | | | No Bond | | | N/A | |
| South Edge West 3 Facilities | | 2006870082 | plan review 2 resub 8/1/06 | | | No Bond | | | N/A | |
| South Edge West 4 Facilities | | 2006870083 | plan review 2 resub 8/1/06 | | | No Bond | | | N/A | |