# EXHIBIT A
# PART 2

## ADP-ST-3C
### Village 3C Street improvements

Construction of a one-lane public collector street, between Village 3B Street and Village 3G Street, with parking and a bike path (median not included). Project contains approximately 2,830 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 5,665 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, 200 AMP service pedestals, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 3C street alignment.

**Maximum acquisition cost of $383,797**

## ADP-ST-3D
### Village 3D Street Improvements

Construction of a one-lane public collector street, between Village 3B Street and Village 3E Street, with parking and a bike path on each side (median not included). Project contains approximately 1,510 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 3,020 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 3D street alignment.

**Maximum acquisition cost of $205,081**

## ADP-ST-3E
### Village 3E Street Improvements

Construction of a two-lane public collector street, beginning at the intersection of Villages 3C Street and ending at the intersection of Village 3F Street, with one bike path each way . Project contains approximately 285 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 570 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 3E street alignment.

**Maximum acquisition cost of $71,884**

*Gomez Consulting Group, Inc.*
*702.566.0440*
*April 4, 2006*                                      *17  of 88*

*City of Henderson*
*Local Improvement District No. T-18 (Inspirada)*
*Final Engineer's Report*

**ADP-ST-3F**
**Village 3F Street Improvements**
Construction of a one-lane public collector street, between Village 3E Street and Village 3G Street, with parking and a bike path on each side (median not included). Project contains approximately 1,590 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 3,180 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 3F street alignment.
**Maximum acquisition cost of $212,830**

**ADP-ST-3G**
**Village 3G Street Improvements**
Construction of a two-lane public collector street, beginning at the intersection of Village 3C Street and 3G Street and ending at the intersection of Village 3F Street and 3G Street, with one bike path each way located. Project contains approximately 570 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 1,130 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, conduits and wire, pull boxes, testing, engineering, surveying, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 3G street alignment.
**Maximum acquisition cost of $137,656**

**ADP-ST-3H**
**Village 3H Street Improvements**
Construction of a one-lane public collector street, between Village 3G Street and Village 4A Street, with parking and a bike path (median not included). Project contains approximately 990 linear feet of street improvements including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 1,990 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 3H street alignment.
**Maximum acquisition cost of $136,993**

*Gomez Consulting Group, Inc.*
*702.566.0440*
*April 4, 2006*                                        *18  of 88*

*City of Henderson*
*Local Improvement District No. T-18 (Inspirada)*
*Final Engineer's Report*

**ADP-ST-3I**
**Village 3I Street Improvements**
Construction of a two-lane public collector street, between Village 3G Street and Village 4A Street, with parking and a bike path (median not included). Project contains approximately 1,000 linear feet of street including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 2,000 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, conduits and wire, pull boxes, testing, engineering, surveying, permits, fees and bonds necessary for a full, complete and operational roadway within the Village 3I street alignment.
**Maximum acquisition cost of $138,063**


**ADP-CP-3**
**Village 3 Community Park F Improvements**
This project consists of a Community Park within a 27.18-acre site which would include driveways, parking lots, restrooms, shelter structure, sports court, play structure, landscaping, signage, lighting, trails and other associated facilities. This Community Park is bounded by Village 3 on the North and Village 4 on the South. This Community Park also connects to the trails along the eastern boundary of the project as well as the trails along the western boundary of Village 3 and Village 4.
**Maximum acquisition cost of $5,133,592**

|  | | | |
|---|---|---|---|
| Total Proj. Cost | - $ 6,400,988 | | |
| Less: | - $ 1,267,396 | (19.8% Future Town Center Development) |
| Max. Acq. Cost | - $ 5,133,592 | (80.2% Allocated in this Assessment) |

## VILLAGE 4

**ADP-RG-4**
**Village 4 Rough Grading**
Construction to include rough grading, blasting, clearing and grubbing, dust control, soil testing, fees and engineering, for the following streets: Village 4A, Village 4B, Village 4C, Village 4D, Village 4E, Village 4F, Village 4G, Village 4H, Village 4I and onsite Democracy. Project will be constructed within said street alignments.
**Maximum acquisition cost of $423,836**


**ADP-WM-4**
**Village 4 Water Mains**
Construction of 633 linear feet of 12" diameter potable water main (PZ 2870), 3,396 linear feet of 16" diameter potable water main (PZ 2870), 1,546 linear feet of 20" diameter potable water main (PZ 2870) and 2,038 linear feet of 24" diameter potable water main (PZ 2870) including grading, soil testing, dust control, disinfection trenching, backfill, valves, fittings, fire hydrants, and other appurtences, together with all other fittings and components necessary for a full, complete and operational water main system within the Villages 3I, 4A, 4B, 4C, 4D, 4F, 4G, 4H and 4I street alignments.
**Maximum acquisition cost of $1,037,457**

**ADP-SM-4A**
**Village 4 Sewer Mains**
Construction of 853 linear feet of 12" diameter sewer main including grading, soil testing, dust control, laterals, manholes, trenching, and backfill together with all other fittings and components necessary for a full, complete and operational sanitary sewer main system within the Villages 3I and 4H street alignments.
**Maximum acquisition cost of $71,172**

**ADP-SM-4B**
**Village 4 Sewer Mains within Easements**
Construction of 7,308 linear feet of 12" diameter sewer main including grading, soil testing, dust control, laterals, manholes, trenching, and backfill together with all other fittings and components necessary for a full, complete and operational sanitary sewer main system within the Village 4 Easements along the eastern and western boundary of Village 4.
**Maximum acquisition cost of $654,820**

**ADP-TS-4**
**Village 4 Traffic Signals**
Construction and installation of 1 School Speed Zone Flasher including wiring, testing and other components necessary for complete and operational traffic signal within the Village 4I street alignment.
**Maximum acquisition cost of $86,914**

**ADP-SD-4**
**Village 4 Storm Drains**
Construction of 4,302 linear feet of 18" diameter RCP storm drain pipeline, including grading, soil testing, dust control, 48" SD manholes, trenching, backfill and drop inlets, together with all other appurtences, fittings and components necessary for a full, complete and operational storm drain pipeline within Villages 3H, 3I, 4A, 4C, 4F, 4G, 4H and 4I street alignments.
**Maximum acquisition cost of $366,877**

**ADP-ST-4A**
**Village 4A Street Improvements**
Construction of a two-lane public collector street, beginning at the intersection of Villages 4B Street and ending at Villages 4C Street, with a bike path on each side. Project contains approximately 620 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 1,230 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 4A street alignment .
**Maximum acquisition cost of $145,208**

*Project Segment Descriptions*

**ADP-ST-4B**
**Village 4B Street Improvements**
Construction of a one-lane public collector street, between Village 4A Street and Village 4D street, with parking and a bike path (median not included). Project contains approximately 1,270 linear feet of street including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 1,270 linear feet of type "L" curb and gutter, 1,270 linear feet of 18" roll curb, interior pavement striping and signage, streetlights, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 4B street alignment.
**Maximum acquisition cost of $168,517**

**ADP-ST-4C**
**Village 4C Street Improvements**
Construction of a one-lane public collector street, between Village 4A Street and Village 4D Street, with parking and a bike path on each side (median not included). Project contains approximately 1,270 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 1,270 linear feet of type "L" curb and gutter, 1,270 linear feet of 18" roll curb, interior pavement striping and signage, streetlights, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 4C street alignment.
**Maximum acquisition cost of $168,517**

**ADP-ST-4D**
**Village 4D Street Improvements**
Construction of a two-lane public collector street, beginning at the intersection of Village 4B Street and ending at the intersection of Village 4C Street, with a bike path on each side. Project contains approximately 490 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 980 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 4D street alignment.
**Maximum acquisition cost of $120,217**

*Gomez Consulting Group, Inc.*
*702.566.0440*
*April 4, 2006*                                        *21  of 88*

*City of Henderson*
*Local Improvement District No. T-18 (Inspirada)*
*Final Engineer's Report*

*Project Segment Descriptions*

## ADP-ST-4E
### Village 4E Street Improvements

Construction of a two-lane public collector street, between Village 4D Street and Democracy Drive, with a bike path on both sides and parking on one side. Project contains approximately 720 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 1,440 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 4E street alignment.

**Maximum acquisition cost of $174,968**

## ADP-ST-4F
### Village 4F Street Improvements

Construction of a two-lane public collector street, beginning at the intersection of Village 4F Street and Village 5B Street and ending at the intersection of Villages 4F and 4G, with one bike path on each side. Project contains approximately 1,140 linear feet of street improvements, including grading, soil testing, dust-control, sub-grade preparation, AC pavement, sidewalks, 2,780 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, 200 AMP service pedestal, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 4F street alignment.

**Maximum acquisition cost of $274,305**

## ADP-ST-4G
### Village 4G Street Improvements

Construction of a two-lane public collector street, between Village 4F Street and Village 4B Street, with a bike path and parking on each side. Project contains approximately 900 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 1,800 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, 200 AMP service pedestals, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 4G street alignment.

**Maximum acquisition cost of $227,181**

*Gomez Consulting Group, Inc.*
*702.566.0440*
*April 4, 2006*                    *22 of 88*

*City of Henderson*
*Local Improvement District No. T-18 (Inspirada)*
*Final Engineer's Report*

*Project Segment Descriptions*

**ADP-ST-4H**
**Village 4H Street Improvements**
Construction of a two-lane public collector street, on east end of Village 4I, with a bike path and parking on each side. Project contains approximately 850 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 1,750 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, 200 AMP service pedestals, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 4H street alignment.
**Maximum acquisition cost of $219,422**

**ADP-ST-4I**
**Village 4I Street Improvements**
Construction of a two-lane public collector street, beginning at the intersection of Village 4C Street and ending at the intersection of Village 4H Street, with a bike path and parking on each side. Project contains approximately 1,360 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 2,720 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, 200 AMP service pedestals, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 4I street alignment.
**Maximum acquisition cost of $342,771**

**ADP-ST-DEM**
**Village 4 Street Improvements – Democracy Street**
Construction of a two-lane public collector street, between City of Henderson Boundary/Southern LID Boundary and Eastern LID Boundary, with a bike path and median included. Project contains approximately 1,945 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 3,890 linear feet of 6" type "L" curb and gutter, 3,890 linear feet of 9" type "A" curb (median island), interior pavement striping and signage, streetlights, 200 AMP service pedestal, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds. The said street will be constructed within the Village 4 Democracy Street alignment.
**Maximum acquisition cost of $843,757**

## VILLAGE 5

**ADP-RG-5**
**Village 5 Rough Grading**
Construction to include rough grading, blasting, clearing and grubbing, dust control, soil testing, fees and engineering, for the following streets: Village 5A, Village 5B, Village 5C, Village 5D, Village 5E, Village 5F, Village 5G, Village 5H and Village 5I. Project will be constructed within said street alignments.
**Maximum acquisition cost of $704,756**

**ADP-WM-5A**
**Village 5 Water Mains**
Construction of 1,317 linear feet of 16" diameter potable water main (PZ 2870), 4,748 linear feet of 24" diameter potable water main (PZ 2870) and 2,361 linear feet of 36" diameter potable water main (PZ 2870) including grading, soil testing, dust control, disinfection trenching, backfill, valves, fittings, fire hydrants, and other appurtences, together with all other fittings and components necessary for a full, complete and operational water main system within the Villages 5A, 5B, 5C, 5D, 5H and 5I street alignments. A portion, 314 linear feet of 36" diameter potable water main (PZ 2870) along Village 5A Street, contributes 84% of its flow capacity to Residential and the remaining 16% of its flow capacity will be contributed to the Future Town Center Development. Another portion, 1,281 linear feet of 36" diameter potable water main (PZ 2870) along Village 5A and 5B Streets, contributes 83% of its flow capacity to Residential and the remaining 17% of its flow capacity will be contributed to the Future Town Center Development. Another portion, 766 linear feet of 36" diameter potable water main (PZ 2870) along Village 5B Street, contributes 82% of its flow capacity to Residential and the remaining 18% of its flow capacity will be contributed to the Future Town Center Development.  A segment, 739 linear feet, of 24" diameter potable water main (PZ 2870) along Village 5B Street, contributes 83% of its flow capacity to Residential and the remaining 17% of its flow capacity will be contributed to the Future Town Center Development. Another segment, 1,223 linear feet, of 24" diameter potable water main (PZ 2870) along Village 5C Street, contributes 81% of its flow capacity to Residential and the remaining 19% of its flow capacity will be contributed to the Future Town Center Development. Another segment, 2,446 linear feet, of 24" diameter potable water main (PZ 2870) along Village 5C and 5J Streets, has no flow contribution to Residential as 100% of its flow capacity will be contributed to the Future Town Center Development. The remainder of the 24" diameter potable water main (PZ 2870) contributes 100% of its flow capacity to Residential and no flow will be contributed to the Future Town Center Development.
**Maximum acquisition cost of $1,375,323**

*Gomez Consulting Group, Inc.*
702.566.0440
*April 4, 2006*                         24  of 88

*City of Henderson*
*Local Improvement District No. T-18 (Inspirada)*
*Final Engineer's Report*

**36" Potable Water Main (PZ 2870)**
**Segment 1 - 84% Flow Contribution to Residential**
   Total Proj. Cost   - $  122,263
   Less:            - $    19,562   (16% Flow Contribution to Future Town
                                    Center)
                --------------------------
   Acquisition Cost  - $  102,701   (84% Flow Contribution to Residential)

**Segment 2 - 83% Flow Contribution to Residential**
   Total Proj. Cost   - $  499,363
   Less:            - $    84,892   (17% Flow Contribution to Future Town
                --------------------------  Center)
   Acquisition Cost  - $  414,471   (83% Flow Contribution to Residential)

**Segment 3 - 82% Flow Contribution to Residential**
   Total Proj. Cost   - $  298,261
   Less:            - $    53,687   (18% Flow Contribution to Future Town
                                      Center)
                --------------------------
   Acquisition Cost  - $  244,574    (82% Flow Contribution to Residential)
                                          24" Potable Water Main (PZ 2870)

**Segment 1 - 83% Flow Contribution to Residential**
   Total Proj. Cost   - $  162,717
   Less:            - $    27,662   (17% Flow Contribution to Future Town
                                      Center)
                --------------------------
   Acquisition Cost  - $  135,055   (83% Flow Contribution to Residential)

**Segment 2 - 81% Flow Contribution to Residential**
   Total Proj. Cost   - $  269,282
   Less:            - $  51,164   (19% Flow Contribution to Future Town
                                      Center)
                --------------------------
   Acquisition Cost  - $  218,118   (81% Flow Contribution to Residential)

**Segment 3 - 0% Flow Contribution to Residential**
   Total Proj. Cost   - $  583,568
   Less:            - $  583,568   (100% Flow Contribution to Future Town
                                      Center)
                --------------------------
   Acquisition Cost      - $   0   (0% Flow Contribution to Residential)

*Gomez Consulting Group, Inc.*                                      *City of Henderson*
*702.566.0440*                      *Local Improvement District No. T-18 (Inspirada)*
*April 4, 2006*                   *25 of 88*                   *Final Engineer's Report*

*Project Segment Descriptions*

**Segment 4 - 100% Flow Contribution to Residential**

| | | |
|---|---|---|
| Total Proj. Cost | - $ 260,404 | |
| Less: | - $ 0 | (0% Flow Contribution to Future Town Center) |
| Acquisition Cost | - $ 260,404 | (100% Flow Contribution to Residential) |

**SUMMARY**

| | **36" Water Main** | |
|---|---|---|
| Segment 1 | - $ 102,701 | (84% Flow Contribution to Residential) |
| Segment 2 | - $ 414,471 | (83% Flow Contribution to Residential) |
| Segment 3 | - $ 244,574 | (82% Flow Contribution to Residential) |
| | **24" Water Main** | |
| Segment 1 | - $ 135,055 | (83% Flow Contribution to Residential) |
| Segment 2 | - $ 218,118 | (81% Flow Contribution to Residential) |
| Segment 3 | - $ 0 | (0% Flow Contribution to Residential) |
| Segment 4 | - $ 260,404 | (100% Flow Contribution to Residential) |
| **TOTAL** | - $ 1,375,323 | (Maximum Acquisition Cost for this Assessment) |

**ADP-WM-5B**
**Village 5 Water Distribution Mains**
Construction of 1,688 linear feet of 36" diameter potable water main (PZ 2760), including grading, soil testing, dust control, disinfection trenching, backfill, vaults, valves, fittings, fire hydrants, and other appurtences, together with all other fittings and components necessary for a full, complete and operational main water distribution pipeline within the Village 5G street alignment through the R-36 Reservoir. This pipe segment is oversized contributing 41% of its flow to offsite demand while the remaining 59% its flow will be dedicated to Inspirada (a.k.a. Inspirada). As a result of such offsite flow contribution, the costs have been reduced and/or deducted from the original acquisition costs based on the corresponding offsite flow percentage of the pipe segment. Out of the net flow contribution to Inspirada, the said 36" water main segment will dedicated 90% of its flow capacity to the residential, which is included in this assessment and the remaining 10% of its flow capacity will be contributed to the Future Town Center Development.
**Maximum acquisition cost of $349,009**

| | | |
|---|---|---|
| Total Proj. Cost | - $ 657,267 | |
| Less: | - $ 269,480 | (41% Offsite Flow Contribution Cost) |
| Net Proj. Cost | - $ 387,788 | (59% Flow Contribution Cost to Inspirada) |
| Net Proj. Cost | - $ 387,788 | |
| Less: | - $ 38,779 | (10% Flow Contribution to Future Town Center) |

*Gomez Consulting Group, Inc.*
*702.566.0440*
*April 4, 2006*

26  of 88

*City of Henderson*
*Local Improvement District No. T-18 (Inspirada)*
*Final Engineer's Report*

**Max. Acq. Cost  - $  349,009  (90% Flow Contribution to Residential)**

## ADP-SM-5A
**Village 5 Sewer Mains**

Construction of 3,830 linear feet of 12" diameter sewer main including grading, soil testing, dust control, laterals, manholes, trenching, and backfill together with all other fittings and components necessary for a full, complete and operational sanitary sewer main system within the Village 5B and 5C street alignments. The segment of the 625 linear feet of 12" diameter sewer has a dedicated 99% of its flow capacity from the residential, which is included in this assessment and the remaining 1% of its flow capacity will be contributed by the Future Town Center Development. The remaining segment of 12" diameter sewer has a dedicated 100% flow capacity from the residential.

**Maximum acquisition cost of $319,045**

**Segment 1 - 99% Flow Contribution from Residential**

| | | |
|---|---|---|
| Total Proj. Cost | - $  52,204 | |
| Less: | - $      522 | (1% Flow Contribution from Future Town Center) |
| Acquisition Cost | - $  51,682 | (99% Flow Contribution from Residential) |

**Segment 2 - 100% Flow Contribution from Residential**

| | | |
|---|---|---|
| Total Proj. Cost | - $  267,363 | |
| Less: | - $          0 | (0% Flow Contribution from Future Town Center) |
| Acquisition Cost | - $  267,363 | (100% Flow Contribution from Residential) |

**SUMMARY**

| | | |
|---|---|---|
| Segment 1 | - $   51,682 | (99% Flow Contribution from Residential) |
| Segment 2 | - $ 267,363 | (100% Flow Contribution from Residential) |
| **TOTAL** | - $ 319,045 | (Maximum Acquisition Cost for this Assessment) |

## ADP-TS-5
**Village 5 Traffic Signals**

Construction and installation of 4 School Speed Zone Flashers including wiring, testing and other components necessary for complete and operational traffic signal within the Village 5A Street, Village 5B Street and Village 5H Street alignments.

**Maximum acquisition cost of $347,658**

## ADP-SD-5
### Village 5 Storm Drains
Construction of 6,324 linear feet of 18" diameter RCP storm drain pipeline, including grading, soil testing, dust control, 48" SD manholes, trenching, backfill and drop inlets, together with all other appurtences, fittings and components necessary for a full, complete and operational storm drain pipeline within Villages 5A, 5B, 5C, 5D, 5E, 5F and 5G street alignments.
**Maximum acquisition cost of $577,742**


## ADP-ST-5A
### Village 5A Street Improvements
Construction of a two-lane public collector street, beginning at the intersection of Democracy Drive and ending at the intersection of Village 5H Street, with a bike path and parking on each side. Project contains approximately 960 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 1,920 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, 200 AMP service pedestals, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 5A street alignment.
**Maximum acquisition cost of $242,293**


## ADP-ST-5B
### Village 5B Street Improvements
Construction of a two-lane public collector street, between Village 5H Street and Village 4F Street, with a bike path and parking on each side. Project contains approximately 2,140 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 4,280 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, 200 AMP service pedestals, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 5B street alignment.
**Maximum acquisition cost of $534,885**

*Gomez Consulting Group, Inc.*
*702.566.0440*
*April 4, 2006*                    *28  of 88*

*City of Henderson*
*Local Improvement District No. T-18 (Inspirada)*
*Final Engineer's Report*

*Project Segment Descriptions*

## ADP-ST-5C
### Village 5C Street Improvements

Construction of a one-lane public collector street, between Village 7E Street and Village 5B Street, with parking and a bike path (median not included). Project contains approximately 2,480 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 2,480 linear feet of type "L" curb and gutter, 2,480 linear feet of 18" roll curb, interior pavement striping and signage, streetlights, 200 AMP service pedestal, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 5C street alignment.
**Maximum acquisition cost of $335,688**


## ADP-ST-5D
### Village 5D Street Improvements

Construction of a two-lane public collector street, between Village 5C Street and Village 7D Street, with one bike path on each side. Project contains approximately 165 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 330 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 5D street alignment.
**Maximum acquisition cost of $42,400**


## ADP-ST-5E
### Village 5E Street Improvements

Construction of a one-lane public collector street, between Village 5D Street and Village 5B Street, with parking and a bike path (median not included). Project contains approximately 1,210 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 1,210 linear feet of type "L" curb and gutter, 1,210 linear feet of 18" roll curb, interior pavement striping and signage, streetlights, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 5E street alignment.
**Maximum acquisition cost of $163,287**

## ADP-ST-5F
### Village 5F Street Improvements
Construction of a two-lane public collector street, between Village 5C Street and Village 5G Street, with parking on each side. Project contains approximately 920 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 1,830 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, 200 AMP service pedestals, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 5F street alignment.
**Maximum acquisition cost of $219,991**


## ADP-ST-5G
### Village 5G Street Improvements
Construction of a two-lane public collector street, between Village 5B Street and Village TCA Street, with parking on each side (median not included). Project contains approximately 1,100 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 2,193 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, 200 AMP service pedestal, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 5G street alignment.
**Maximum acquisition cost of $258,330**


## ADP-ST-5H
### Village 5H Street Improvements
Construction of a two-lane public collector street, between Village 5A Street and Democracy Drive, with one bike path on each side. Project contains approximately 1,880 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 3,760 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, 200 AMP service pedestal, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 5H street alignment.
**Maximum acquisition cost of $443,153**

_Gomez Consulting Group, Inc._
_702.566.0440_
_April 4, 2006_                    30  of 88

_City of Henderson_
_Local Improvement District No. T-18 (Inspirada)_
_Final Engineer's Report_

**ADP-ST-5I**
**Village 5I Street Improvements**
Construction of a two-lane public collector street, between Village 5J Street and Village 5B Street, with a bike path (both sides) and parking on one side. Project contains 1,808 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 3,616 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, 200 AMP service pedestal, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 5I street alignment.
**Maximum acquisition cost of $434,478**

**ADP-ST-5J**
**Village 5J Street Improvements**
Construction of a two-lane public collector street, between Village 5C Street and Village 5I Street, with a bike path (both sides) and parking on one side. Project contains 2,486 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 4,972 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, 200 AMP service pedestal, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 5J street alignment. The total project cost of this improvement is $ 625,061 and 61.1% of the said total project cost will be allocated in this assessment while the remaining 38.9% will be allocated into the assessment cost of Future Town Center Development.
**Maximum acquisition cost of $382,125**

| | | |
|---|---|---|
| **Total Proj. Cost** | **- $ 625,061** | |
| **Less:** | **- $ 242,936** | **(38.9% Future Town Center Development)** |
| **Max. Acq. Cost** | **- $ 382,125** | **(61.1% Allocated in this Assessment)** |

**ADP-CP-5**
**Village 5 Community Park J Improvements**
This project consists of Community Park Improvements within a 35.32-acre site which will include driveways, parking lots, restrooms, shelter structure, sports court, play structure, landscaping, signage, lighting, trails and other associated facilities. This Community Park is bounded by Village 5 on the East and Northeast, Village 7 on the Northwest and City of Henderson Boundary on the South. This Community Park also connects to the trail along the Northwest along the boundary of Village 6 and Village 7.
**Maximum acquisition cost of $6,671,028**

*Project Segment Descriptions*

Total Proj. Cost - $ 8,317,989
Less:             - $ 1,646,961   (19.8% Future Town Center Development)
                  ------------------
Max. Acq. Cost  - $ 6,671,028   (80.2% Allocated in this Assessment)

## VILLAGE 6

### ADP-RG-6
**Village 6 Rough Grading**
Construction to include rough grading, blasting, clearing and grubbing, dust control, soil testing, fees and engineering for the following streets: Village 6A, Village 6B, Village 6C, Village 6D, Village 6E, Village 6F, Village 6H, Village 6J, Village 6L, Village 6M, Village 6N, Village 6O, Village P and Village Q. Project will be constructed within said street alignments.
**Maximum acquisition cost of $789,494**

### ADP-WM-6
**Village 6 Water Mains**
Construction of 1,585 linear feet of 12" diameter potable water main (PZ 2760), 3,259 linear feet of 16" diameter potable water main (PZ 2760), 2,829 linear feet of 24" diameter potable water main (PZ 2760), 1,108 linear feet of 12" diameter potable water main (PZ 2870) and 3,483 linear feet of 24" diameter potable water main (PZ 2870) including grading, soil testing, dust control, disinfection trenching, backfill, valves, fittings, fire hydrants, and other appurtences, together with all other fittings and components necessary for a full, complete and operational water main system within the Villages 6B, 6C, 6D, 6E, 6H, 6L,6M, 6O and 6Q street alignments. The 2,829 linear feet of 24" diameter potable water main (PZ 2760) consist of two segments, which contribute to offsite demand. The first segment, 1,128 linear feet, of 24" diameter potable water main (PZ 2760) along Village 6P Street (a.k.a. TC Main North Street), is dedicated to 100% offsite flow. The second segment, 1,700 linear feet of 24" diameter potable water main (PZ 2760) along Village 6Q (a.k.a. TC Main North Street), contributes 58% to offsite demand therefore 42% of the flow will benefit the Inspirada Community (a.k.a. Inspirada). The third segment is the remaining water mains within Village 6, which have 100% flow contribution to this Village. As a result of such offsite flow contributions from the said pipe segments, the costs have been reduced and/or deducted from the original acquisition costs based on the corresponding offsite flow percentages of respective pipe segments.
**Maximum acquisition cost of $1,467,773**

    Segment 1 - 0% Flow Contribution to Village 6
    Total Proj. Cost  - $ 248,367
    Less:             - $ 248,367   ( 100% Offsite Flow Contribution Cost)
                      ------------------
    Acquisition Cost  - $      0    (0% Flow Contribution Cost to Village 6)

*Project Segment Descriptions*

**Segment 2 - 42% Flow Contribution to Village 6**
| | | |
|---|---|---|
| Total Proj. Cost | - $ 374,534 | |
| Less: | - $ 217,230 | (58% Offsite Flow Contribution Cost) |
| Acquisition Cost | - $ 157,304 | (42% Flow Contribution Cost to Village 6) |

**Segment 3 - 100% Flow Contribution to Village 6**
| | | |
|---|---|---|
| Total Proj. Cost | - $1,310,469 | |
| Less: | - $ 0 | (0% Offsite Flow Contribution Cost) |
| Acquisition Cost | - $1,310,469 | (100% Flow Contribution Cost to Village 6) |

**SUMMARY**
| | | |
|---|---|---|
| Segment 1 | - $ 0 | (0% Flow Contribution to Village 6) |
| Segment 2 | - $ 157,304 | (42% Flow Contribution to Village 6) |
| Segment 3 | - $1,310,469 | (100% Flow Contribution to Village 6) |
| TOTAL | - $1,467,773 | (Maximum Acquisition Cost) |

**ADP-SM-6A**
**Village 6 Sewer Mains**
Construction of 3,622 linear feet of 12" diameter sewer main, 2,605 linear feet of 15" diameter sewer main and 1,785 linear feet of 21" diameter sewer main including grading, soil testing, dust control, laterals, manholes, trenching, and backfill together with all other fittings and components necessary for a full, complete and operational sanitary sewer main system within the Village 6A, 6B, 6C, 6D, 6H, 6J, 6L and 6P street alignments.
**Maximum acquisition cost of $616,811**

**ADP-SM-6B**
**Village 6 Sewer Mains within Easements**
Construction of 2,112 linear feet of 12" diameter sewer main including grading, soil testing, dust control, laterals, manholes, trenching, and backfill together with all other fittings and components necessary for a full, complete and operational sanitary sewer main within the Village 6 Easements along the Village 6/Village 7 boundary and Village 6/Village 5 boundary.
**Maximum acquisition cost of $176,221**

**ADP-SD-6**
**Village 6 Storm Drains**
Construction of 7,526 linear feet of 18" diameter RCP storm drain pipeline, including grading, soil testing, dust control, 48" SD manholes, trenching, backfill and drop inlets, together with all other appurtences, fittings and components necessary for a full, complete and operational storm drain pipeline within Villages 6A, 6C, 6D, 6E, 6F,6H, 6L and 6Q street alignments.
**Maximum acquisition cost of $647,971**

**ADP-TS-6**
**Village 6 Traffic Signals**
Construction and installation of 4 School Speed Zone Flashers including wiring, testing and other components necessary for complete and operational traffic signal along Village 6F, 6H, 6L, and 6M street alignments.
**Maximum acquisition cost of $347,658**

**ADP-ST-6A**
**Village 6A Street Improvements**
Construction of a one-lane public collector street, between Village 6E Street and Village TC Main Street North, with parking and a bike path (median not included). Project contains approximately 1,920 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 1,920 linear feet of type "L" curb and gutter, 1,920 linear feet of 18" roll curb, interior pavement striping and signage, streetlights, 200 AMP service pedestal, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 6A street alignment .
**Maximum acquisition cost of $264,481**

**ADP-ST-6B**
**Village 6B Street Improvements**
Construction of a one-lane public collector street, between Village 6C Street and Village TC Main Street North, with parking and a bike path on each side. Project contains approximately 720 linear feet of street improvements including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 720 linear feet of type "L" curb and gutter, 720 linear feet of 18" roll curb, interior pavement striping and signage, streetlights, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 6B street alignment .
**Maximum acquisition cost of $98,370**

*Project Segment Descriptions*

## ADP-ST-6C
### Village 6C Street Improvements
Construction of a two-lane public collector street, between Village 6A Street and Village 6D Street, with one bike path each side. Project contains approximately 330 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 665 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 6C street alignment.
**Maximum acquisition cost of $79,096**

## ADP-ST-6D
### Village 6D Street Improvements
Construction of a one-lane public collector street, between Village 6C Street and Democracy Drive, with parking and a bike path. Project contains approximately 2,030 linear feet of street improvements including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 2,030 linear feet of type "L" curb and gutter, 2,030 linear feet of 18" roll curb, interior pavement striping and signage, streetlights, 200 AMP service pedestal, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 6D street alignment.
**Maximum acquisition cost of $274,968**

## ADP-ST-6E
### Village 6E Street Improvements
Construction of a two-lane public collector street, between Village 6A Street and Village 6D Street, with one bike path each way. Project contains approximately 350 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 700 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 6E street alignment.
**Maximum acquisition cost of $81,206**

## ADP-ST-6F
### Village 6F Street Improvements
Construction of a two-lane public collector street, beginning at the intersection of Village 6D Street and ending at the intersection of Village 6H Street, with a bike path and parking on each side. Project contains 1,590 linear feet of street including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 3,185 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, 200 AMP service pedestals, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 6F street alignment.
**Maximum acquisition cost of $455,845**

## ADP-ST-6H
### Village 6H Street Improvements
Construction of a two-lane public collector street, between Village TC Main Street North, and Village 6F Street, with parking on each side. Project contains approximately 1,200 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 2,400 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, 200 AMP service pedestal, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 6H street alignment.
**Maximum acquisition cost of $285,060**

## ADP-ST-6J
### Village 6J Street Improvements
Construction of a two-lane public collector street between Village 6G Street and Village 6L Street with parking and a bike path on each side (median not included). Project contains approximately 900 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 900 linear feet of type "L" curb and gutter, 900 linear feet of 18" roll curb, gutter, interior pavement striping and signage, streetlights, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 6J street alignment.
**Maximum acquisition cost of $141,050**

*Gomez Consulting Group, Inc.*
*702.566.0440*
*April 4, 2006*

*City of Henderson*
*Local Improvement District No. T-18 (Inspirada)*
*Final Engineer's Report*

36  of 88

_**Project Segment Descriptions**_

## ADP-ST-6L
### Village 6L Street Improvements
Construction of a two-lane public collector street, beginning at the intersection of Village 6J Street and ending at the intersection of Village 7D Street, with a bike path and parking on each side. Project contains 2,090 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 4,185 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, 200 AMP service pedestals, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 6L street alignment.
**Maximum acquisition cost of $521,671**

## ADP-ST-6M
### Village 6M Street Improvements
Construction of a two-lane public collector street, beginning at the intersection of 6L Street and ending at the intersection of Democracy Drive, with a bike path on each side. Project contains approximately 1,390 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 2,785 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, 200 AMP service pedestal, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 6M street alignment.
**Maximum acquisition cost of $329,621**

## ADP-ST-6N
### Village 6N Street Improvements
Construction of a one-lane public collector street, between Village 6E Street and Village 6D Street , with parking and a bike path on each side (median not included). Project contains approximately 840 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 840 linear feet of type "L" curb and gutter, 840 linear feet of 18" roll curb, interior pavement striping and signage, streetlights, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 6N street alignment.
**Maximum acquisition cost of $115,757**

_**Gomez Consulting Group, Inc.**_
_702.566.0440_
_April 4, 2006_                    37  of 88

_**City of Henderson**_
_Local Improvement District No. T-18 (Inspirada)_
_**Final Engineer's Report**_

**ADP-ST-6O**
**Village 6O Street Improvements**
Construction of a two-lane public collector street, beginning at the intersection of Village 6G Street and ending at the intersection of Village 6L Street, with parking on each side. Project contains approximately 1,460 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 2,925 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, 200 AMP service pedestals, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 6O street alignment.
**Maximum acquisition cost of $341,049**

## VILLAGE 7

**ADP-RG-7**
**Village 7 Rough Grading**
Construction to include rough grading, blasting, clearing and grubbing, dust control, soil testing, fees, and engineering for the following streets: Village 7C, Village 7D, Village 7E, Village 7F and Village 7G. Project will be constructed within said street alignments.
**Maximum acquisition cost of $316,197**

**ADP-WM-7**
**Village 7 Water Mains**
Construction of 2,385 linear feet of 24" diameter potable water main (PZ 2760), 1,806 linear feet of 12" diameter potable water main (PZ 2870) and 633 linear feet of 24" diameter potable water main (PZ 2870) including grading, soil testing, dust control, disinfection trenching, backfill, valves, fittings, fire hydrants and other appurtences, together with all other fittings and components necessary for a full, complete and operational water main system within the Villages 7D, 7E and 7G street alignments. The 2,385 linear feet of 24" diameter potable water main (PZ 2760) consist of two segments, which have dedicated offsite contribution flow rates. The first segment, 1,318 linear feet, of 24" diameter potable water main (PZ 2760) along Village 7F Street (a.k.a. TC Main North Street), contributes 54% of its flow capacity to offsite demand and 46% of this segment's flow capacity will be contributed to the Inspirada Community. Another segment, 1,067 linear feet, of 24" diameter potable water main (PZ 2760) along Village 7G (a.k.a. TC Main South Street), contributes 46% of its flow capacity to off-site demand while 54% of its flow capacity will be contributed to the Inspirada Community. The third segment consists of the remaining water main segments, which have 100% flow contribution capacity to Village 7. As a result of such off-site flow contributions of certain pipe segments, the costs have been reduced and/or deducted from the original acquisition costs based on the corresponding off-site flow percentages of respective pipe segments.
**Maximum acquisition cost of $670,587**

    **Segment 1 - 46% Flow Contribution to Village 7**

*Gomez Consulting Group, Inc.*                                             *City of Henderson*
*702.566.0440*                             *Local Improvement District No. T-18 (Inspirada)*
*April 4, 2006*                        *38 of 88*                   *Final Engineer's Report*

*Project Segment Descriptions*

| | | | |
|---|---|---|---|
| Total Proj. Cost | - $ | 290,200 | |
| Less: | - $ | 156,708 | (54% Offsite Flow Contribution Cost) |
| | | ------------- | |
| Acquisition Cost | - $ | 133,492 | (46% Flow Contribution Cost to Village 7) |

**Segment 2 - 54% Flow Contribution to Village 7**

| | | | |
|---|---|---|---|
| Total Proj. Cost | - $ | 234,933 | |
| Less: | - $ | 180,069 | (46% Offsite Flow Contribution Cost) |
| | | ------------- | |
| Acquisition Cost | - $ | 126,864 | (54% Flow Contribution Cost to Village 7) |

**Segment 3 - 100% Flow Contribution to Village 7**

| | | | |
|---|---|---|---|
| Total Proj. Cost | - $ | 716,855 | |
| Less: | - $ | 0 | (0% Offsite Flow Contribution Cost) |
| | | ------------- | |
| Acquisition Cost | - $ | 716,855 | (100% Flow Contribution Cost to Village 7) |

**SUMMARY**

| | | | |
|---|---|---|---|
| Segment 1 | - $ | 133,492 | (46% Flow Contribution to Village 7) |
| Segment 2 | - $ | 126,864 | (54% Flow Contribution to Village 7) |
| Segment 3 | - $ | 716,855 | (100% Flow Contribution to Village 7) |
| | | ------------- | |
| TOTAL | - $ | 977,211 | (Max. Acquisition Cost) |

**ADP-SM-7A**
**Village 7 Sewer Mains**

Construction of 1,347 linear feet of 12" diameter Sewer main including grading, soil testing, dust control, laterals, manholes, trenching, and backfill together with all other fittings and components necessary for a full, complete and operational sanitary sewer main system within the Village 7C, 7E and 7G Street alignments. The said segment of the 1,347 linear feet of 12" diameter sewer has a dedicated 99% of its flow capacity from the residential, which is included in this assessment and the Future Town Center Development will contribute the remaining 1% of its flow capacity.
**Maximum acquisition cost of $111,267**

| | | | |
|---|---|---|---|
| Total Proj. Cost | - $ | 112,391 | |
| Less: | - $ | 1,124 | (1% Flow Contribution from Future Town Center) |
| | | ------------- | |
| Max. Acq. Cost | - $ | 111,267 | (99% Flow Contribution from Residential) |

*Gomez Consulting Group, Inc.*
*702.566.0440*
*April 4, 2006*

*City of Henderson*
*Local Improvement District No. T-18 (Inspirada)*
*Final Engineer's Report*

39  of 88

*Project Segment Descriptions*

## ADP-SM-7B
### Village 7 Sewer Mains within Easements

Construction of 1,834 linear feet of 12" sewer main, 1,390 linear feet of 21" diameter sewer main and 2,145 linear feet of 27" diameter sewer main including grading, soil testing, dust control, laterals, manholes, trenching, and backfill together with all other fittings and components necessary for a full, complete and operational sanitary sewer main system within the Village 7 Easement along the Village 6/Village 7 boundary, northern easement of Village 7 and along the western boundary of Village 7. The segment of the 1,390 linear feet of 21" diameter sewer has a dedicated 99.8% of its flow capacity from the residential, which is included in this assessment and the remaining 0.2% of its flow capacity will be contributed by the Future Town Center Development. Another segment of 622 linear feet of 27" diameter sewer has a dedicated 99.9% of its flow capacity from the residential and the remaining 0.1% will be contributed by the Future Town Center Development. The remaining segment has a dedicated 100% flow capacity from the residential.

**Maximum acquisition cost of $774,167**

**Segment 1 – 99.8% Flow Contribution from Residential**

| | | |
|---|---|---|
| Total Proj. Cost | - $ 25,250 | |
| Less: | - $    505 | (0.2% Flow Contribution from Future Town Center) |
| Acquisition Cost | - $ 24,745 | (99.8% Flow Contribution from Residential) |

**Segment 2 – 99.9% Flow Contribution from Residential**

| | | |
|---|---|---|
| Total Proj. Cost | - $117,000 | |
| Less: | - $    117 | (0.1% Flow Contribution from Future Town Center) |
| Acquisition Cost | - $116,883 | (99.9% Flow Contribution from Residential) |

**Segment 3 – 100% Flow Contribution from Residential**

| | | |
|---|---|---|
| Total Proj. Cost | - $632,539 | |
| Less: | - $      0 | (0% Flow Contribution from Future Town Center) |
| Acquisition Cost | - $632,539 | (100% Flow Contribution from Residential) |

**SUMMARY**

| | | |
|---|---|---|
| Segment 1 | - $  24,745 | (99.8% Flow Contribution from Residential) |
| Segment 2 | - $ 116,883 | (99.9% Flow Contribution from Residential) |
| Segment 3 | - $ 632,539 | (100% Flow Contribution from Residential) |
| TOTAL | - $ 774,167 | (Maximum Acquisition Cost for this Assessment) |

*Project Segment Descriptions*

**ADP-SD-7**
**Village 7 Storm Drains**
Construction of 2,035 linear feet of 18" diameter RCP storm drain pipeline, including grading, soil testing, dust control, 48" SD manholes, trenching, backfill and drop inlets, together with all other appurtences, fittings and components necessary for a full, complete and operational storm drain pipeline within Villages 7C, 7E and 7G Street alignments.
**Max acquisition Cost of $398,226**

**ADP-ST-7C**
**Village 7C Street Improvements**
Construction of a one-lane public collector street, between Village 7D Street and Village 7E Street, with parking and a bike path (median not included). Project contains approximately 1,220 linear feet of street improvements including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 1,220 linear feet of type "L" curb, 1,220 linear feet of 18" roll curb, gutter, interior pavement striping and signage, streetlights, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 7C street alignment .
**Maximum acquisition cost of $164,064**

**ADP-ST-7D**
**Village 7D Street Improvements**
Construction of a one-lane public collector street, between Village TC Main North and Village 5D, with parking and a bike path (median not included). Project contains approximately 2,485 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 2,485 linear feet of type "L" curb and gutter, 2,485 linear feet of 18" roll curb, interior pavement striping and signage, streetlights, 200 AMP service pedestal, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 7D street alignment.
**Maximum acquisition cost of $336,048**

*Project Segment Descriptions*

## ADP-ST-7E
### Village 7E Street Improvements
Construction of a two-lane public collector street, between Village 7D Street and Village 5D Street, with a bike path on each side. Project contains approximately 370 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 735 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 7E street alignment.
**Maximum acquisition cost of $90,107**


## ADP-ST-7H
### Village 7H Street Improvements
Construction of a two-lane public collector street, between Village 5J Street and the Future Village TC Main South Street, with a bike path (both sides) and parking on one side. Project contains 1,480 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 2,960 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, 200 AMP service pedestal, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 7H street alignment. The total project cost of this improvement is $ 349,136 and 50% of the said total project cost will be allocated in this assessment while the remaining 50% will be allocated into the assessment cost of Future Town Center Development.
**Maximum acquisition cost of $174,568**

| | | | |
|---|---|---|---|
| **Total Proj. Cost** | - | $ 349,136 | |
| **Less:** | - | $ 174,568 | **(50% Future Town Center Development)** |
| **Max. Acq. Cost** | - | $ 174,568 | **(50% Allocated in this Assessment)** |

## ADP-ST-7I
**Village 7I Street Improvements**

Construction of a two-lane public collector street, between Village 7J Street and the Future Village TC Main North Street, with a bike path (both sides) and parking on one side. Project contains 790 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 1,585 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, 200 AMP service pedestal, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 7H street alignment. The total project cost of this improvement is $ 190,346 and 50% of the said total project cost will be allocated in this assessment while the remaining 50% will be allocated into the assessment cost of Future Town Center Development.
**Maximum acquisition cost of $95,173**

| Total Proj. Cost | - $ 190,346 | |
|---|---|---|
| Less: | - $ 95,173 | (50% Future Town Center Development) |
| Max. Acq. Cost | - $ 95,173 | (50% Allocated in this Assessment) |

## ADP-ST-7J
**Village 7J Street Improvements**

Construction of a two-lane public collector street, between Village 7I Street and the boundary of Village 7 and Future Town Center, with parking on each side. Project contains 530 linear feet of street improvements, including grading, soil testing, dust control, sub-grade preparation, AC pavement, sidewalks, 1,050 linear feet of type "L" curb and gutter, interior pavement striping and signage, streetlights, conduits and wire, pull boxes, testing, engineering, surveying, permits, dust control, soil testing, fees and bonds necessary for a full, complete and operational roadway within the Village 7H street alignment. The total project cost of this improvement is $ 190,346 and 50% of the said total project cost will be allocated in this assessment while the remaining 50% will be allocated into the assessment cost of Future Town Center Development.
**Maximum acquisition cost of $61,986**

| Total Proj. Cost | - $ 123,972 | |
|---|---|---|
| Less: | - $ 61,986 | (50% Future Town Center Development) |
| Max. Acq. Cost | - $ 61,986 | (50% Allocated in this Assessment) |

**FUTURE TOWN CENTER DEVELOPMENT**

**ADP–WM-TCA**
**Village TC Water Mains**
Construction of 192 linear feet of 12" diameter potable water main (PZ 2760), 5,026 linear feet of 20" diameter potable water main (PZ 2760), 640 linear feet of 24" diameter potable water main (PZ 2760), 2,115 linear feet of 12" diameter potable water main (PZ 2870), 5,561 linear feet of 16" diameter potable water main (PZ 2870) and 6,097 linear feet of 24" diameter potable water main (PZ 2870) including grading, soil testing, dust control, disinfection trenching, backfill, valves, fittings, fire hydrants and other appurtenances, together with all other fittings and components necessary for a full, complete and operational water main system within the Villages TCA, TCC, TCE, TCF, TCH, TCI, TCJ, TCK AND TCMN street alignments.  There was an over-sizing on the said water main system to cater for future offsite demand.  In addition, there is also a dedicated flow contribution to the Future Town Center Development and the remainder of the said water main system's capacity will be dedicated to the Residential that was considered in this assessment.  The following paragraphs depict the cost separation by flow contribution between the offsite demand and the Inspirada Community demand which will be followed by the cost separation by flow contribution between the Residential and Future Town Center:

A portion (Segment 1), 640 linear feet, of 24" diameter potable water main (PZ2760) along TC Main South Street (between Villages TCG and TCK Streets) contributes 46% of its flow capacity to offsite demand and 54% of its flow capacity will be contributed to Inspirada Community.  Another portion (Segment 2), a 1,665 linear feet, of 20" diameter potable water main along TC Main North and TCH Streets contributes 51% of its flow capacity to offsite demands and the remaining 49% of its flow capacity will be contributed to the Inspirada Community.  Another portion (Segment 3), a 2,240 linear feet, of 20" diameter potable water main (PZ2760) along TCC Street contributes 86% of its flow capacity to offsite demand while the remaining 14% of its flow capacity will be contributed to the Inspirada Community.  Another portion (Segment 4), a 975 linear feet, of 20" diameter potable water main along TCC Street will contribute 98% of its flow capacity to offsite demand while only 2% of its flow capacity will be contributed to the community.  The remainder of the potable water main system such as 192 linear feet of 12" diameter potable water main (PZ 2760), 3,361 linear feet, of 20" diameter potable water main (PZ 2760), 2,115 linear feet, of 12" diameter potable water main (PZ 2870), 5,561 linear feet, of 16" diameter potable water main (PZ 2870) and 6,097 linear feet of 24" diameter potable water main (PZ2870) (Segment 5) will contribute 100% of its flow capacity to the Inspirada Community and no contribution to offsite demand.  As a result of such offsite flow contributions on certain pipe segments, the costs have been reduced and/or deducted from the original acquisition costs based on the corresponding offsite flow percentages of respective pipe segments. The cost that was derived in the following calculations indicates a Net Project Cost of $2,411,869.

*Project Segment Descriptions*

COST DISTRIBUTION BETWEEN INSPIRADA AND OFFSITE DEMAND

**Segment 1 (640 LF - 24") - 54% Flow Contribution to Inspirada**
| Total Proj. Cost | - $ 140,918 | |
|---|---|---|
| Less: | - $  64,822 | (46% Offsite Flow Contribution Cost) |
| Net Proj. cost | - $  76,096 | (54% Flow Contribution Cost to Inspirada) |

**Segment 2 (1,665 LF - 20") - 49% Flow Contribution to Inspirada**
| Total Proj. Cost | - $ 279,778 | |
|---|---|---|
| Less: | - $ 142,686 | (51% Offsite Flow Contribution  Cost) |
| Net Proj. cost | - $ 137,092 | (49% Flow Contribution Cost to Town Center) |

**Segment 3 (2,240 LF — 20") - 14%   Flow Contribution to Inspirada**
| Total Proj. Cost | - $ 376,398 | |
|---|---|---|
| Less: | - $ 323,702 | (86% Offsite Flow Contribution Cost) |
| Net Proj. Cost | - $  52,696 | (14% Flow Contribution Cost to Inspirada) |

**Segment 4 (975 LF — 20") - 2% Flow Contribution to Inspirada**
| Total Proj. Cost | - $ 188,708 | |
|---|---|---|
| Less: | - $ 184,934 | (98% Offsite Flow Contribution Cost) |
| Net Proj. Cost | - $   3,773 | (2% Flow contribution Cost to Inspirada) |

**Segment 5 - 100% Flow Contribution to Inspirada**
| Total Proj. Cost | - $2,142,212 | |
|---|---|---|
| Less: | - $           0 | (0% Offsite Flow Contribution  Cost) |
| Net Proj. cost | - $2,142,212 | (100% Flow Contribution Cost to Inspirada) |

**SUMMARY**
| Segment 1 - | $    76,096 | (54% Flow Contribution to Inspirda) |
|---|---|---|
| Segment 2 - | $  137,092 | (49% Flow Contribution to Inspirda) |
| Segment 3 - | $    52,696 | (14% Flow Contribution to Inspirda) |
| Segment 4 - | $     3,773 | (2% Flow Contribution to Inspirda) |
| Segment 5 - | $2,142,212 | (100% Flow Contribution to Inspirda) |
| **TOTAL** - | **$2,411,869** | (Net Project Cost) |

*Gomez Consulting Group, Inc.*
702.566.0440
*April 4, 2006*                                45  of 88

*City of Henderson*
*Local Improvement District No. T-18 (Inspirada)*
*Final Engineer's Report*

*Project Segment Descriptions*

In addition, the aforesaid water main system has a dedicated flow contribution to both Residential and Future Town Center. A Segment (Segment A), a 640 linear feet of 24" diameter potable water main (PZ 2760) along the Future Town Center Village TCMN Street has no flow contribution to the Future Town Center Development as 100% of its flow capacity will be contributed to the Residential. Another segment (segment B), a 1,665 linear feet of 20" diameter potable water main (PZ 2760) along the Future Town Center Village TC Main North and TCH Streets contributes 66% of its flow capacity to Residential and the remaining 34% of its flow capacity will be contributed to the Future Town Center Development. Another segment (Segment C), a 2,240 linear feet of 20" diameter potable water main (PZ 2760) along the Future Town Center Village TCC Street contributes 100% of its flow capacity to Future Town Center Development and no flow capacity will be contributed to the Residential. Another segment (Segment D), a 975 linear feet of 20" diameter potable water main (PZ 2760) along the Future Town Center TCC Street will contribute 100% of its flow capacity to Future Town Center Development and no flow capacity will be contributed to the Residential. Another segment (Segment E), a 192 linear feet of 12" diameter potable water main (PZ 2760) along the Future Town Center TCF Street will contribute 100% of its flow capacity to the Residential and no flow capacity will be contributed to the Future Town Center Development. The remainder of the potable water main system such as 3,361 linear feet, of 20" diameter potable water main (PZ 2760), 2,115 linear feet, of 12" diameter potable water main (PZ 2870), 5,561 linear feet, of 16" diameter potable water main (PZ 2870) and 6,097 linear feet, of 24" diameter potable water main (PZ 2870) (Segment F) will contribute 100% of its flow capacity to the Future Town Center Development and no flow will be contributed to the Residential. The balance between the net project cost of $2,411,869 and the cost of flow contribution to the Future Town Center would be the maximum acquisition cost for this particular project.
**Maximum Acquisition Cost of $179,480**

**Cost Distribution by Flow Percentage:**

**Segment A (640 LF - 24") - 100% Flow Contribution to Residential**
| | | |
|---|---|---|
| **Total Proj. Cost** | - | **$ 76,096** |
| **Less:** | - | **$         0  (0% Flow Contribution to Future Town Center)** |
| | | ——————— |
| **Acquisition Cost** | - | **$ 76,096  (100% Flow Contribution to Residential)** |

**Segment B (1,665 LF - 20") - 66% Flow Contribution to Residential**
| | | |
|---|---|---|
| **Total Proj. Cost** | - | **$ 137,092** |
| **Less:** | - | **$  46,611  (34% Flow Contribution to Future Town Center)** |
| | | ——————— |
| **Acquisition Cost** | - | **$  90,481  (66% Flow Contribution to Residential)** |

*Project Segment Descriptions*

**Segment C (2,240 LF - 20") - 0% Flow Contribution to Residential**
Total Proj. Cost     - $  52,696
Less:                - $  52,696 (100% Flow Contribution to Future
                                  Town Center)
_____
Acquisition Cost     - $        0 (0% Flow Contribution To
                                  Residential)

**Segment D (975 LF - 20") - 0% Flow Contribution to Residential**
Total Proj. Cost     - $  3,773
Less:                - $  3,773 (100% Flow Contribution to Future
                                 Town Center)
_____
Acquisition cost     - $       0 (0% Flow Contribution To Residential)

**Segment E (192 LF - 12") - 100% Flow Contribution to Residential**
Total Proj. Cost     - $  12,903
Less:                - $        0 (0% Flow Contribution to Future
                                   Town Center)
_____
Acquisition cost     - $  12,903 (100% Flow Contribution To Residential)

**Segment F - 0% Flow Contribution to Residential**
Total Proj. Cost     - $2,129,307
Less:                - $2,129,307 (100% Flow Contribution to Future
                                   Town Center)
_____
Acquisition cost     - $        0 (0% Flow Contribution To Residential)

**SUMMARY**

Segment A  - $   76,096  (100% Flow Contribution to Residential)
Segment B  - $   90,481  (66% Flow Contribution to Residential)
Segment C  - $        0  (0% Flow Contribution to Residential))
Segment D  - $        0  (0% Flow Contribution to Residential)
Segment E  - $   12,903  (100% Flow Contribution to Residential)
Segment F  - $        0  (0% Flow Contribution to Residential)
_____
TOTAL      - $  179,480  (Maximum Acquisition Cost for this
                          Assessment)

**ADP-WM-TCB**
**Village TC Water Distribution Mains**
Construction of 325 linear feet of 20" diameter potable water main (PZ 2760), 2,743 linear feet of 24" diameter potable water main (PZ 2760), 1,405 linear feet of 36" diameter potable water main (PZ 2760) including grading, soil testing, dust control, disinfection trenching, backfill, valves, fittings, fire hydrants and other appurtences, together with all other fittings and components necessary for a full, complete and operational water main distribution system within the Future Villages TCG, TCI and TCMS street alignments.   There was an over-sizing on the said water main system to cater for future offsite demand.  In addition, there is also a dedicated flow contribution to the Future Town Center Development and the remainder of the said water main system's capacity will be dedicated to the Residential that was considered in this assessment.  The following paragraphs depict the cost separation by flow contribution between the offsite demand and the Inspirada Community demand which will be followed by the cost separation by flow contribution between the Residential and Future Town Center:

The pipe segments of both 24" diameter and 36" diameter potable water mains have corresponding offsite contribution flows.  A portion (Segment 1), a 1,405 linear feet of 36" diameter potable water main (PZ 2760) contributes 41% of its flow capacity to offsite demand and the remaining 59% of its flow capacity will be contributed to the Inspirada Community.  Another portion (Segment 2), a 2,742 linear feet of 24" diameter potable water main (PZ 2760) along TC Main South Street, contributes 32% of its flow capacity to offsite demand while the remaining 68% of its flow capacity will be contributed to the demand of the Inspirata Community.  Another portion (Segment 3), a 325 linear feet of 20" diameter potable water main (PZ 2760) along Future TCI street, will contribute 100% of its flow to the Inspirada Community.  As a result of such offsite flow contributions on the said pipe segments, the costs have been reduced and/or deducted from the original acquisition costs based on the corresponding offsite flow percentages of respective pipe segments.  The cost that was derived in the following calculations indicate a Net Project Cost of $805,063.

<u>COST DISTRIBUTION BETWEEN INSPIRADA AND OFFSITE DEMAND</u>

**Segment 1  (1,405 LF – 36") - 59% Flow Contribution to Inspirada**
**Total Proj. Cost   - $ 547,073**
**Less:              - $ 224,300   (41% Offsite Flow Contribution Cost)**
-----------------------------
**Acquisition Cost  - $ 322,773   (59% Flow Contribution Cost to Inspirada)**

**Segment 2  (2,742 LF – 24") - 68% Flow Contribution to Inspirada**
**Total Proj. Cost   - $ 646,251**
**Less:              - $ 206,800   (32% Offsite Flow Contribution Cost)**
-----------------------------
**Acquisition Cost  - $ 439,451   (68% Flow Contribution Cost to Inspirada)**

*Project Segment Descriptions*

**Segment 3 (325 LF - 20") - 100% Flow Contribution to Inspirada**
| | | |
|---|---|---|
| **Total Proj. Cost** | - $ 42,839 | |
| **Less:** | - $ 0 | (0% Offsite Flow Contribution Cost) |
| **Acquisition Cost** | - $ 42,839 | (100% Flow Contribution Cost to Inspirada) |

**SUMMARY**
| | | |
|---|---|---|
| **Segment 1** | - $ 322,773 | (59% Flow Contribution to Inspirada) |
| **Segment 2** | - $ 439,451 | (68% Flow Contribution to Inspirada) |
| **Segment 3** | - $ 42,839 | (100% Flow Contribution to Inspirada) |
| **TOTAL** | - $ 805,063 | (Net Project Cost) |

In addition, the aforesaid water main system has a dedicated flow contribution to both Residential and Future Town Center. A segment (Segment A) a 1,405 linear feet, of 36" diameter potable water main (PZ 2760) along Future Village TCG Street contributes 90% of its flow capacity to Residential and the remaining 10% of its flow capacity will be contributed to the Future Town Center Development. Another segment (Segment B), the 2,742 linear feet of 24" diameter potable water main (PZ 2760) along the Future Town Center TCMS Street has no flow contribution to the Future Town Center Development as 100% of its flow capacity will be contributed to the Residential. Another segment (Segment C), the 325 linear feet of 20" diameter potable water main (PZ 2760) along the Future Town Center TCI street has no flow contribution to the Future Town Center Development as 100% of its flow capacity will be contributed to the Residential. The balance between the net project cost of $805,063 and the cost of flow contribution to the Future Town Center would be the maximum acquisition cost for this particular project.

**Maximum Acquisition Cost of $772,786**

<u>**Cost Distribution by Flow Percentage:**</u>

**Segment A (1,405 LF – 36") - 90% Flow Contribution to Residential**
| | | |
|---|---|---|
| **Total Proj. Cost** | - $ 322,773 | |
| **Less:** | - $ 32,277 | (10% Flow Contribution to Future Town Center) |
| **Acquisition Cost** | - $ 290,496 | (90% Flow Contribution to Residential) |

**Segment B (2,742 LF -24") - 100% Flow Contribution to Residential**
| | | |
|---|---|---|
| **Total Proj. Cost** | - $ 439,451 | |
| **Less:** | - $ 0 | (0% Flow Contribution to Future Town Center) |
| **Acquisition Cost** | - $ 439,451 | (100% Flow Contribution to Residential) |

*Gomez Consulting Group, Inc.*
*702.566.0440*
*April 4, 2006*                    *49 of 88*

*City of Henderson*
*Local Improvement District No. T-18 (Inspirada)*
*Final Engineer's Report*

**Segment C (325 LF – 20") - 100% Flow Contribution to Residential**

| | | |
|---|---|---|
| Total Proj. Cost | - $ 42,839 | |
| Less: | - $     0 | (0% Flow Contribution to Future Town Center) |
| Acquisition Cost | - $ 42,839 | (100 % Flow Contribution to Residential) |

**SUMMARY**

| | | |
|---|---|---|
| Segment A - | $ 290,496 | (90% Flow Contribution to Residential) |
| Segment B - | $ 439,451 | (100% Flow Contribution to Residential) |
| Segment C - | $  42,839 | (100% Flow Contribution to Residential) |
| TOTAL     - | $ 772,786 | (Maximum Acquisition Cost for this Assessment) |

**ADP-SM-TCA**
**Village TC Sewer Mains**
Construction of 10,414 linear feet of 12" diameter sewer main including grading, soil testing, dust control, laterals, manholes, trenching, and backfill together with all other fittings and components necessary for a full, complete and operational sanitary sewer main system within the Village TCA, TCB, TCH, TCI, TCJ and TCK street alignments. A segment of the 5,054 linear feet of 12" diameter sewer has no dedicated flow capacity from the residential and 100% of its dedicated flow capacity will be contributed by the Future Town Center Development. Another segment of 965 linear feet of 12" diameter sewer has a dedicated 99% of its flow capacity from the residential and the remaining 1% will be contributed by the Future Town Center Development. Another segment of 192 linear feet of 12" diameter sewer has a dedicated 23% of its flow capacity from the residential and the remaining 77% will be contributed by the Future Town Center Development. Another segment of 1,566 linear feet of 12" diameter sewer has dedicated 28% of its flow capacity from the residential and the remaining 72% will be contributed by the Future Town Center Development. The remaining segment has a dedicated 100% flow capacity from the residential.
**Maximum acquisition cost of $563,334**

*Project Segment Descriptions*

**Segment 1 – 0% Flow Contribution from Residential**

| | | |
|---|---|---|
| Total Proj. Cost | - $ 421,694 | |
| Less: | - $ 421,694 | (100% Flow Contribution from Future Town Center) |
| Acquisition Cost | - $ 0 | (0% Flow Contribution from Residential) |

**Segment 2 – 99% Flow Contribution from Residential**

| | | |
|---|---|---|
| Total Proj. Cost | - $ 80,600 | |
| Less: | - $ 806 | (1% Flow Contribution from Future Town Center) |
| Acquisition Cost | - $ 79,794 | (99% Flow Contribution from Residential) |

**Segment 3 – 23% Flow Contribution from Residential**

| | | |
|---|---|---|
| Total Proj. Cost | - $ 16,018 | |
| Less: | - $ 12,334 | (77% Flow Contribution from Future Town Center) |
| Acquisition Cost | - $ 3,684 | (23% Flow Contribution from Residential) |

**Segment 4 – 28% Flow Contribution from Residential**

| | | |
|---|---|---|
| Total Proj. Cost | - $ 130,664 | |
| Less: | - $ 94,078 | (72% Flow Contribution from Future Town Center) |
| Acquisition Cost | - $ 36,586 | (28% Flow Contribution from Residential) |

**Segment 5 – 100% Flow Contribution from Residential**

| | | |
|---|---|---|
| Total Proj. Cost | - $ 443,270 | |
| Less: | - $ 0 | (0% Flow Contribution from Future Town Center) |
| Acquisition Cost | - $ 443,270 | (100% Flow Contribution from Residential) |

**SUMMARY**

| | | |
|---|---|---|
| Segment 1 - | $ 0 | (0% Flow Contribution from Residential) |
| Segment 2 - | $ 79,794 | (99% Flow Contribution from Residential) |
| Segment 3 - | $ 3,684 | (23% Flow Contribution from Residential) |
| Segment 4 - | $ 36,586 | (28% Flow Contribution from Residential) |
| Segment 5 - | $ 443,270 | (100% Flow Contribution from Residential) |
| TOTAL - | $ 563,334 | (Maximum Acquisition Cost for this Assessment) |

*Gomez Consulting Group, Inc.*
702.566.0440
*April 4, 2006*                                    51 of 88

*City of Henderson*
*Local Improvement District No. T-18 (Inspirada)*
*Final Engineer's Report*

## ADP-SM-TCB
### Village TC Sewer Mains within Easements

Construction of 2,566 linear feet of 27" diameter sewer main including grading, soil testing, dust control, laterals, manholes, trenching, and backfill together with all other fittings and components necessary for a full, complete and operational sanitary sewer main within the Village TC Easement along the western boundary of Village TC. A segment of the 1,207 linear feet of 27" diameter sewer has dedicated 99.9% of its flow capacity from the residential, which is included in this assessment and the remaining 0.1% of its flow capacity will be contributed by the Future Town Center Development. The remaining segment of 1,359 linear feet of 27" diameter sewer has dedicated 90% of its flow capacity from the residential and the remaining 10% will be contributed by the Future Town Center Development.
**Maximum acquisition cost of $455,988**

**Segment 1 – 99.9% Flow Contribution from Residential**

| | | | |
|---|---|---:|---|
| **Total Proj. Cost** | - $ | 227,000 | |
| **Less:** | - $ | 227 | (0.1% Flow Contribution from Future Town Center) |
| | | ———— | |
| **Acquisition Cost** | - $ | 226,773 | (99.9% Flow Contribution from Residential) |

**Segment 2 – 90% Flow Contribution from Residential**

| | | | |
|---|---|---:|---|
| **Total Proj. Cost** | - $ | 254,728 | |
| **Less:** | - $ | 25,513 | (10% Flow Contribution from Future Town Center) |
| | | ———— | |
| **Acquisition Cost** | - $ | 229,215 | (90% Flow Contribution from Residential) |

### SUMMARY

| | | | |
|---|---|---:|---|
| **Segment 1** | - | $ 226,773 | (99.9% Flow Contribution from Residential) |
| **Segment 2** | - | $ 229,215 | (90% Flow Contribution from Residential) |
| | | ———— | |
| **TOTAL** | - | $ 455,988 | (Maximum Acquisition Cost for this Assessment) |

*Gomez Consulting Group, Inc.*                                                     *City of Henderson*
*702.566.0440*                                 *Local Improvement District No. T-18 (Inspirada)*
*April 4, 2006*                              *52 of 88*                       *Final Engineer's Report*

*Project Segment Descriptions*

# Drainage Descriptions

## ADP-D-E1A

Storm drain improvements, beginning at City of Henderson Boundary and continuing to design point "CSE01," including 328 linear feet of 54" diameter pipe, grading, soil testing, dust control, excavation and backfill, storm drain manholes, concrete collars, storm drain laterals, transition structures, junction structures, inlets, headwalls and railings, testing, engineering and surveying, permits, fees and bonds. The total project cost of this improvement is $ 71,930 and 80.2% of the said total project cost will be allocated in this assessment while the remaining 19.8% will be allocated into the assessment cost of Future Town Center Development.

**Maximum acquisition cost of $57,688**

| | | |
|---|---|---|
| **Total Proj. Cost** | - **$ 71,930** | |
| **Less:** | - **$ 14,242** | **(19.8% Future Town Center Development)** |
| **Max. Acq. Cost** | - **$ 57,688** | **(80.2% Allocated in this Assessment)** |

## ADP-D-E1B

Storm drain improvements, beginning at City of Henderson Boundary and continuing to design point "CONFLU1," including 415 linear feet of 50' x 8' Rectangular Channel, 1,310 linear feet of 50' x 6.5' Rectangular Channel, 220 linear feet of 45' x 7' RCB culvert, 1,377 linear feet of 45' x 7' Rectangular Channel, 571 linear feet of 45' x 8' Rectangular Channel and 414 linear feet of 70' x 10' concrete Rectangular Channel, grading, soil testing, dust control, excavation and backfill, two access ramps, storm drain manholes, concrete collars, storm drain laterals, transition structures, junction structures, inlets, headwalls and railings, testing, engineering and surveying, permits, fees and bonds. The total project cost of this improvement is $ 7,113,223 and 80.2% of the said total project cost will be allocated in this assessment while the remaining 19.8% will be allocated into the assessment cost of Future Town Center Development.

**Maximum acquisition cost of $5,704,805**

| | | |
|---|---|---|
| **Total Proj. Cost** | - **$ 7,113,223** | |
| **Less:** | - **$ 1,408,418** | **(19.8% Future Town Center Development)** |
| **Max. Acq. Cost** | - **$ 5,704,805** | **(80.2% Allocated in this Assessment)** |

*Project Segment Descriptions*

## ADP-D-E1C
Storm drain improvements, beginning at design point "CONFLU1" and continuing to design point "CONFLU2," including 1,335 linear feet of 45' x 8' Rectangular Channel, 2,189 linear feet of 45' x 7.5' Rectangular Channel, 285 linear feet of 45' x 7' RCB culvert, 1,713 linear feet of 45' x 9' Rectangular Channel, 344 linear feet of 60' x 9' Rectangular Channel, grading, soil testing, dust control, excavation and backfill, an access ramp, storm drain manholes, concrete collars, storm drain laterals, transition structures, junction structures, inlets, headwalls and railings, riprap and concrete outlets, testing, engineering and surveying, permits, fees and bonds. The total project cost of this improvement is $ 7,584,989 and 80.2% of the said total project cost will be allocated in this assessment while the remaining 19.8% will be allocated into the assessment cost of Future Town Center Development.
**Maximum acquisition cost of $6,083,161**

| | | |
|---|---|---|
| **Total Proj. Cost** | **- $ 7,584,989** | |
| **Less:** | **- $ 1,501,828** | **(19.8% Future Town Center Development)** |
| **Max. Acq. Cost** | **- $ 6,083,161** | **(80.2% Allocated in this Assessment)** |

## ADP-D-E1D
Storm drain improvements, beginning at design point "CONFLU2" and continuing to design point "COEC2," including 759 linear feet of 40' x 10' Rectangular Channel, 1,927 linear feet of 40' x 9' Rectangular Channel, 200 linear feet of 40' x 9' RCB culvert, 293 linear feet of 40' x 7.5' RCB culvert, grading, soil testing, dust control, excavation and backfill, access ramp, storm drain manholes, concrete collars, storm drain laterals, transition structures, junction structures, inlets, headwalls and railings, dissipator and concrete outlet, testing, engineering and surveying, permits, fees and bonds. The total project cost of this improvement is $ 4,348,313 and 80.2% of the said total project cost will be allocated in this assessment while the remaining 19.8% will be allocated into the assessment cost of Future Town Center Development.
**Maximum acquisition cost of $3,487,347**

| | | |
|---|---|---|
| **Total Proj. Cost** | **- $ 4,348,313** | |
| **Less:** | **- $ 860,966** | **(19.8% Future Town Center Development)** |
| **Max. Acq. Cost** | **- $ 3,487,347** | **(80.2% Allocated in this Assessment)** |

## ADP-D-E1E

Storm drain improvements, RCP stubs for projects E1B, E1C, and E1D, including 39 linear feet of 24" RCP, 612 linear feet of 36" RCP, 360 linear feet of 42" RCP, 120 linear feet of 48" RCP, 30 linear feet of 54" RCP, 36 linear feet of 60" RCP, grading, soil testing, dust control, excavation and backfill, storm drain manholes, concrete collars, inlets, headwalls and railings, riprap and concrete outlets, testing, engineering and surveying, permits, fees and bonds. The total project cost of this improvement is $ 169,729 and 80.2% of the said total project cost will be allocated in this assessment while the remaining 19.8% will be allocated into the assessment cost of Future Town Center Development.

**Maximum acquisition cost of $136,123**

| | | |
|---|---|---|
| Total Proj. Cost | - $ 169,729 | |
| Less: | - $   33,606 | **(19.8% Future Town Center Development)** |
| Max. Acq. Cost | - $ 136,123 | **(80.2% Allocated in this Assessment)** |

## ADP-D-E2

Storm drain improvements, beginning at design point "SEB13" and continuing to design point "CSEB12," including 1,130 linear feet of 48" RCP, grading, soil testing, dust control, excavation and backfill, storm drain manholes, concrete collars, inlets, headwalls and railings, riprap and concrete outlets, testing, engineering and surveying, permits, fees and bonds. The total project cost of this improvement is $ 209,083 and 80.2% of the said total project cost will be allocated in this assessment while the remaining 19.8% will be allocated into the assessment cost of Future Town Center Development.

**Maximum acquisition cost of $167,685**

| | | |
|---|---|---|
| Total Proj. Cost | - $ 209,083 | |
| Less: | - $   41,398 | **(19.8% Future Town Center Development)** |
| Max. Acq. Cost | - $ 167,685 | **(80.2% Allocated in this Assessment)** |

*Gomez Consulting Group, Inc.*
*702.566.0440*
*April 4, 2006*                                    *55*  of 88

*City of Henderson*
*Local Improvement District No. T-18 (Inspirada)*
*Final Engineer's Report*

## ADP-D-E2A

Storm drain improvements, beginning at design point "SEB19" and continuing to design point "CSEB17," including 950 linear feet of 48" RCP, grading, soil testing, dust control, excavation and backfill, storm drain manholes, concrete collars, inlets, headwalls and railings, riprap and concrete outlets, testing, engineering and surveying, permits, fees and bonds The total project cost of this improvement is $ 175,831 and 80.2% of the said total project cost will be allocated in this assessment while the remaining 19.8% will be allocated into the assessment cost of Future Town Center Development..

**Maximum acquisition cost of $141,016**

|  |  |  |  |
|---|---|---|---|
| **Total Proj. Cost** | - | $ 175,831 | |
| **Less:** | - | $  34,815 | **(19.8% Future Town Center Development)** |
| **Max. Acq. Cost** | - | $ 141,016 | **(80.2% Allocated in this Assessment)** |

## ADP-D-E2B

Storm drain improvements, beginning at design point "CSE-B3A" and continuing to design point "CSEB12," including 1150 linear feet of 60" RCP, grading, soil testing, dust control, excavation and backfill, storm drain manholes, concrete collars, inlets, headwalls and railings, riprap and concrete outlets, testing, engineering and surveying, permits, fees and bonds. The total project cost of this improvement is $ 259,184 and 80.2% of the said total project cost will be allocated in this assessment while the remaining 19.8% will be allocated into the assessment cost of Future Town Center Development.

**Maximum acquisition cost of $207,866**

|  |  |  |  |
|---|---|---|---|
| **Total Proj. Cost** | - | $ 259,184 | |
| **Less:** | - | $  51,318 | **(19.8% Future Town Center Development)** |
| **Max. Acq. Cost** | - | $ 207,866 | **(80.2% Allocated in this Assessment)** |

## ADP-D-E3

Storm drain improvements, beginning at design point "13AD" and continuing to design point "CONFLU1," including 473 linear feet of 25' x 10' Rectangular Channel, 145 linear feet of 35' x 11' Rectangular Channel, 3,410 linear feet of 25' x 9' RCB culvert, 314 linear feet of 30" RCP stubs, 36 linear feet of 36" RCP stubs, grading, soil testing, dust control, excavation and backfill, storm drain manholes, concrete collars, storm drain laterals, transition structures, junction structures, inlets, headwalls and railings, riprap and concrete outlets, testing, engineering and surveying, permits, fees and bonds. The total project cost of this improvement is $ 4,943,267 and 80.2% of the said total project cost will be allocated in this assessment while the remaining 19.8% will be allocated into the assessment cost of Future Town Center Development.

**Maximum acquisition cost of $4,943,267**

| | | | |
|---|---|---|---|
| **Total Proj. Cost** | - $ | 4,943,267 | |
| **Less:** | - $ | 978,767 | **(19.8% Future Town Center Development)** |
| | | ----------------- | |
| **Max. Acq. Cost** | - $ | 3,964,500 | **(80.2% Allocated in this Assessment)** |

## ADP-D-E3A

Storm drain improvements, beginning at design point "CSE05-2" and continuing to design point "CSEA3," including 145 linear feet of 60" RCP, 173 linear feet of 42" RCP, 912 linear feet of 8' x 5' RCB culvert, 361 linear feet of 8' x 6' RCB culvert, 325 linear feet of 8' x 6' of Rectangular Channel, 48 linear feet of 30" RCP stubs, 24 linear feet of 36" RCP stubs, grading, soil testing, dust control, excavation, storm drain manholes, concrete collars, storm drain laterals, transition structures, junction structures, inlets, headwalls and railings, riprap and concrete outlets, testing, engineering and surveying, permits, fees and bonds. The total project cost of this improvement is $ 761,026 and 80.2% of the said total project cost will be allocated in this assessment while the remaining 19.8% will be allocated into the assessment cost of Future Town Center Development.

**Maximum acquisition cost of $610,343**

| | | | |
|---|---|---|---|
| **Total Proj. Cost** | - $ | 761,026 | |
| **Less:** | - $ | 150,683 | **(19.8% Future Town Center Development)** |
| | | ----------------- | |
| **Max. Acq. Cost** | - $ | 610,343 | **(80.2% Allocated in this Assessment)** |

*Gomez Consulting Group, Inc.*
*702.566.0440*
*April 4, 2006*
*57 of 88*
*City of Henderson*
*Local Improvement District No. T-18 (Inspirada)*
*Final Engineer's Report*

## ADP-D-E4

Storm drain improvements, beginning at design point "11W" and continuing to design point "CONFLU2," including 76 linear feet of 15' x 7.5' Rectangular Channel, 263 linear feet of 15' x 5.5' Rectangular Channel, 163 linear feet of 27' x 9.5' Rectangular Channel, 3,507 linear feet of 15' x 8' RCB culvert, 96 linear feet of 30" RCP stubs, 302 linear feet of 36" RCP stubs, grading, soil testing, dust control, excavation and backfill, storm drain manholes, concrete collars, storm drain laterals, transition structures, junction structures, inlets, headwalls and railings, riprap and concrete outlets, testing, engineering and surveying, permits, fees and bonds. The total project cost of this improvement is $2,846,333 and 80.2% of the said total project cost will be allocated in this assessment while the remaining 19.8% will be allocated into the assessment cost of Future Town Center Development.

**Maximum acquisition cost of $2,282,759**

| | | | |
|---|---|---|---|
| Total Proj. Cost | - $ | 2,846,333 | |
| Less: | - $ | 563,574 | (19.8% Future Town Center Development) |
| Max. Acq. Cost | - $ | 2,282,759 | (80.2% Allocated in this Assessment) |

## ADP-D-E4A

Storm drain improvements, beginning at design point "12C" and continuing to design point "C11X," including 582 linear feet of 5' x 6' Rectangular Channel, 1,801 linear feet of 7' x 6' Rectangular Channel, 297 linear feet of 10' x 5.5' Rectangular Channel, 150 linear feet of 10' x 6' RCB culvert, 2,507 linear feet of 12' x 6' Rectangular Channel, 243 linear feet of 18" RCP stubs, 212 linear feet of 24" RCP stubs, 48 linear feet of 30" RCP stubs, 514 linear feet of 36" RCP stubs, 48 linear feet of 42" RCP stubs, grading, soil testing, dust control, excavation and backfill, storm drain manholes, concrete collars, storm drain laterals, transition structures, junction structures, inlets, headwalls and railings, riprap and concrete outlets, testing, engineering and surveying, permits, fees and bonds. The total project cost of this improvement is $ 2,754,532 and 80.2% of the said total project cost will be allocated in this assessment while the remaining 19.8% will be allocated into the assessment cost of Future Town Center Development.

**Maximum acquisition cost of $2,209,135**

| | | | |
|---|---|---|---|
| Total Proj. Cost | - $ | 2,754,532 | |
| Less: | - $ | 545,397 | (19.8% Future Town Center Development) |
| Max. Acq. Cost | - $ | 2,209,135 | (80.2% Allocated in this Assessment) |

*Gomez Consulting Group, Inc.*
702.566.0440
*April 4, 2006*                    *58  of 88*

*City of Henderson*
*Local Improvement District No. T-18 (Inspirada)*
*Final Engineer's Report*

*Project Segment Descriptions*

**ADP-D-E5**
Storm drain improvements, beginning at design point "10A" and continuing outlet into Pittman East Detention Basin, including 863 linear feet of 5.5' x 5' Rectangular Channel, 909 linear feet of 9.5' x 5' Rectangular Channel, 1,063 linear feet of 9.5' x 6' RCB culvert, 1,420 linear feet 9.5' x 6' Rectangular Channel, 31 linear feet of 24" RCP stubs, 228 linear feet of 36" RCP stubs, 36 linear feet of 42" RCP stubs, grading, soil testing, dust control, excavation and backfill, storm drain manholes, concrete collars, storm drain laterals, transition structures, junction structures, inlets, headwalls and railings, riprap and concrete outlets, testing, engineering and surveying, permits, fees and bonds. The total project cost of this improvement is $ 1,953,745 and 80.2% of the said total project cost will be allocated in this assessment while the remaining 19.8% will be allocated into the assessment cost of Future Town Center Development.
**Maximum acquisition cost of $1,566,903**

| | | | |
|---|---|---|---|
| Total Proj. Cost | - $ | 1,953,745 | |
| Less: | - $ | 386,842 | (19.8% Future Town Center Development) |
| Max. Acq. Cost | - $ | 1,566,903 | (80.2% Allocated in this Assessment) |

**ADP-D-E6**
Storm drain improvements, beginning at design point "SEC6" and continuing to design point "CSEC7," including 1,637 linear feet of 5' B.W. reinforced concrete lined trapezoidal channel, 100 linear feet of 5' x 4' RCB culvert, grading, soil testing, dust control, excavation and backfill, storm drain manholes, concrete collars, storm drain laterals, transition structures, junction structures, inlets, headwalls and railings, riprap and concrete outlets, testing, engineering and surveying, permits, fees and bonds. The total project cost of this improvement is $ 724,198 and 80.2% of the said total project cost will be allocated in this assessment while the remaining 19.8% will be allocated into the assessment cost of Future Town Center Development.
**Maximum acquisition cost of $580,807**

| | | | |
|---|---|---|---|
| Total Proj. Cost | - $ | 724,198 | |
| Less: | - $ | 143,391 | (19.8% Future Town Center Development) |
| Max. Acq. Cost | - $ | 580,807 | (80.2% Allocated in this Assessment) |

*Project Segment Descriptions*

## ADP-D-W1

Storm drain improvements, beginning at City of Henderson Boundary and continuing to design point "CSWE3," including 1,150 linear feet of 6' x 4.5' Rectangular Channel, 1,550 linear feet of 13' x 6.5' Rectangular Channel, grading, soil testing, dust control, excavation and backfill, storm drain manholes, concrete collars, storm drain laterals, transition structures, junction structures, inlets, headwalls and railings, riprap, dissipator and concrete outlet, testing, engineering and surveying, permits, fees and bonds. The total project cost of this improvement is $ 1,612,475 and 80.2% of the said total project cost will be allocated in this assessment while the remaining 19.8% will be allocated into the assessment cost of Future Town Center Development.

**Maximum acquisition cost of $1,293,205**

| | | | |
|---|---|---|---|
| **Total Proj. Cost -** | **$** | **1,612,475** | |
| **Less:** | **- $** | **319,270** | **(19.8% Future Town Center Development)** |
| **Max. Acq. Cost -** | **$** | **1,293,205** | **(80.2% Allocated in this Assessment)** |

## ADP-D-W2

Storm drain improvements, beginning at City of Henderson Boundary and continuing beyond design point "CSWD9" to outlet structure, including 312 linear feet of 40' x 11' Rectangular Channel, 613 linear feet of 25' x 11' Rectangular Channel, 181 linear feet of 38' x 11' Rectangular Channel, 1,744 linear feet of 38' x 8.5' Rectangular Channel, 400 linear feet of 38' x 8' RCB culvert, 12 linear feet of 24" RCP stubs, grading, soil testing, dust control, excavation and backfill, storm drain manholes, concrete collars, storm drain laterals, transition structures, junction structures, inlets, headwalls and railings, riprap, dissipater and concrete outlets, testing, engineering and surveying, permits, fees and bonds. The total project cost of this improvement is $ 6,835,345 and 80.2% of the said total project cost will be allocated in this assessment while the remaining 19.8% will be allocated into the assessment cost of Future Town Center Development.

**Maximum acquisition cost of $5,481,947**

| | | | |
|---|---|---|---|
| **Total Proj. Cost -** | **$** | **6,835,345** | |
| **Less:** | **- $** | **1,353,398** | **(19.8% Future Town Center Development)** |
| **Max. Acq. Cost -** | **$** | **5,481,947** | **(80.2% Allocated in this Assessment)** |

## ADP-D-W2A

Storm drain improvements, beginning at City of Henderson Boundary and continuing to design point "CSWD1-2," including 148 linear feet of 10' x 5.5' Rectangular Channel, 972 linear feet of 6' x 7.5' Rectangular Channel, grading, soil testing, dust control, excavation and backfill, storm drain manholes, concrete collars, storm drain laterals, transition structures, junction structures, inlets, headwalls and railings, riprap and concrete outlets, testing, engineering and surveying, permits, fees and bonds. The total project cost of this improvement is $ 682,649 and 80.2% of the said total project cost will be allocated in this assessment while the remaining 19.8% will be allocated into the assessment cost of Future Town Center Development.

**Maximum acquisition cost of $547,484**

| | | | |
|---|---|---|---|
| **Total Proj. Cost** | - $ 682,649 | | |
| **Less:** | - $ 135,165 | **(19.8% Future Town Center Development)** | |
| **Max. Acq. Cost** | - $ 547,484 | **(80.2% Allocated in this Assessment)** | |

## ADP-D-W2B

Storm drain improvements, beginning at City of Henderson Boundary and continuing to design point "CSWD1-2," including 794 linear feet of 5' x 4' Rectangular Channel, 180 linear feet of 60" RCP culvert, grading, soil testing, dust control, excavation and backfill, storm drain manholes, concrete collars, storm drain laterals, transition structures, junction structures, inlets, headwalls and railings, riprap and concrete outlets, testing, engineering and surveying, permits, fees and bonds. The total project cost of this improvement is $293,223 and 80.2% of the said total project cost will be allocated in this assessment while the remaining 19.8% will be allocated into the assessment cost of Future Town Center Development.

**Maximum acquisition cost of $235,165**

| | | | |
|---|---|---|---|
| **Total Proj. Cost** | - $ 293,223 | | |
| **Less:** | - $ 58,058 | **(19.8% Future Town Center Development)** | |
| **Max. Acq. Cost** | - $ 235,165 | **(80.2% Allocated in this Assessment)** | |

## ADP-D-W3

Storm drain improvements, beginning at City of Henderson Boundary and continuing to design point "CSWA18," including 800 linear feet of 6' x 5' RCB culvert, 350 linear feet of 7' x 5' RCB culvert, 2,480 linear feet of 8' x 6' RCB culvert, 350 linear feet of 9' x 6.5' RCB culvert, 1,730 linear feet of 10' x 7' RCB culvert, 1,150 linear feet of 10' x 7' Rectangular Channel, 150 linear feet of 12' x 7' RCB culvert, 750 linear feet of 12' x 7' Rectangular Channel, 550 linear feet of 15' x 7' Rectangular Channel, grading, soil testing, dust control, excavation and backfill, storm drain manholes, concrete collars, storm drain laterals, transition structures, junction structures, inlets, headwalls and railings, riprap, dissipater and concrete outlets, testing, engineering and surveying, permits, fees and bonds. The total project cost of this improvement is $ 7,052,821 and 80.2% of the said total project cost will be allocated in this assessment while the remaining 19.8% will be allocated into the assessment cost of Future Town Center Development.

**Maximum acquisition cost of $5,656,362**

Total Proj. Cost - $ 7,052,821
Less:            - $ 1,396,459  (19.8% Future Town Center Development)
-----------------------------
Max. Acq. Cost - $ 5,656,362  (80.2% Allocated in this Assessment)

## ADP-D-W3A

Storm drain improvements, beginning at City of Henderson Limits and continuing to design point "CSWA4," including 1,700 linear feet of 5' x 4' RCB culvert, 400 linear feet of 5' x 5' RCB culvert, grading, soil testing, dust control, excavation and backfill, storm drain manholes, concrete collars, storm drain laterals, transition structures, junction structures, inlets, headwalls and railings, riprap, dissipator and concrete outlets, testing, engineering and surveying, permits, fees and bonds. The total project cost of this improvement is $ 1,417,747 and 80.2% of the said total project cost will be allocated in this assessment while the remaining 19.8% will be allocated into the assessment cost of Future Town Center Development.

**Maximum acquisition cost of $1,137,033**

Total Proj. Cost - $ 1,417,747
Less:            - $  280,714  (19.8% Future Town Center Development)
-----------------------------
Max. Acq. Cost - $ 1,137,033  (80.2% Allocated in this Assessment)

*Project Segment Descriptions*

## ADP-D-W3B

Storm drain improvements, beginning at design point "SWA12" and continuing to design point "CSWA17-2," including 80 linear feet of 4' x 4' RCB culvert, 950 linear feet of 4' x 4' Rectangular Channel, 1,200 linear feet of 5' x 4.5' Rectangular Channel, 80 linear feet of 6' x 5' RCB culvert, 2,000 linear feet of 6' x 5' Rectangular Channel, 150 linear feet of 6' x 6' RCB culvert, 700 linear feet of 6' x 6' Rectangular Channel, 150 linear feet of 8' x 6' Rectangular Channel, grading, soil testing, dust control, grading, soil testing, dust control, excavation and backfill, storm drain manholes, concrete collars, storm drain laterals, transition structures, junction structures, inlets, headwalls and railings, riprap and concrete outlets, testing, engineering and surveying, permits, fees and bonds. The total project cost of this improvement is $ 2,269,153 and 80.2% of the said total project cost will be allocated in this assessment while the remaining 19.8% will be allocated into the assessment cost of Future Town Center Development.
**Maximum acquisition cost of $1,819,861**

| | | |
|---|---|---|
| **Total Proj. Cost** - | **$ 2,269,153** | |
| **Less:** - | **$ 449,292** | **(19.8% Future Town Center Development)** |
| **Max. Acq. Cost** - | **$ 1,819,861** | **(80.2% Allocated in this Assessment)** |

## ADP-D-W3C

Storm drain improvements, beginning at City of Henderson Boundary and continuing to design point "CSWA1-2," including 750 linear feet of 5' x 4.5' RCB culvert, grading, soil testing, dust control, excavation and backfill, storm drain manholes, concrete collars, storm drain laterals, transition structures, junction structures, inlets, headwalls and railings, riprap and concrete outlets, testing, engineering and surveying, permits, fees and bonds. The total project cost of this improvement is $ 522,293 and 80.2% of the said total project cost will be allocated in this assessment while the remaining 19.8% will be allocated into the assessment cost of Future Town Center Development.
**Maximum acquisition cost of $418,879**

| | | |
|---|---|---|
| **Total Proj. Cost** - | **$ 522,293** | |
| **Less:** - | **$ 103,414** | **(19.8% Future Town Center Development)** |
| **Max. Acq. Cost** - | **$ 418,879** | **(80.2% Allocated in this Assessment)** |

## ADP-D-W4

Storm drain improvements, beginning at design point "SWB1" and continuing to Southeast Pittman Detention Basin, including 1,000 linear feet of 7' x 5.5' Rectangular Channel, 1,250 linear feet of 7' x 6' Rectangular Channel, 1,050 linear feet of 54" RCP culvert, 550 linear feet of 60" RCP culvert, 600 linear feet of 66" RCP culvert, 1,050 linear feet of 72" RCP culvert, grading, soil testing, dust control, excavation and backfill, storm drain manholes, concrete collars, storm drain laterals, transition structures, junction structures, inlets, headwalls and railings, riprap, dissipater and concrete outlets, testing, engineering and surveying, permits, fees and bonds. The total project cost of this improvement is $ 2,110,699 and 80.2% of the said total project cost will be allocated in this assessment while the remaining 19.8% will be allocated into the assessment cost of Future Town Center Development.

**Maximum acquisition cost of $1,692,781**

|              |               |                                          |
|--------------|---------------|------------------------------------------|
| Total Proj. Cost | - $ 2,110,699 |                                      |
| Less: | - $ 417,918 | (19.8% Future Town Center Development) |
| Max. Acq. Cost | - $ 1,692,781 | (80.2% Allocated in this Assessment) |

## ADP-D-W5

Storm drain improvements, beginning at design point "SWC4" and continuing to design point "CSWC6-2," including 1,300 linear feet of 5' x 4' Rectangular Channel, 80 linear feet of 5' x 5' RCB culvert, 150 linear feet of 5' x 5' Rectangular Channel, 1,150 linear feet of 8' x 5.5' Rectangular Channel, 150 linear feet of 8' x 5.5' RCB culvert, grading, soil testing, dust control, excavation and backfill, storm drain manholes, concrete collars, storm drain laterals, transition structures, junction structures, inlets, headwalls and railings, riprap, dissipater and concrete outlets, testing, engineering and surveying, permits, fees and bonds. The total project cost of this improvement is $ 1,473,400 and 80.2% of the said total project cost will be allocated in this assessment while the remaining 19.8% will be allocated into the assessment cost of Future Town Center Development.

**Maximum acquisition cost of $1,181,667**

|              |               |                                          |
|--------------|---------------|------------------------------------------|
| Total Proj. Cost | - $ 1,473,400 |                                      |
| Less: | - $ 291,733 | (19.8% Future Town Center Development) |
| Max. Acq. Cost | - $ 1,181,667 | (80.2% Allocated in this Assessment) |

**ADP-D-W5A**

Storm drain improvements, beginning at design point "CSWC1" and continuing to design point "CSWC5-2," including 1,000 linear feet of 48" RCP culvert, 850 linear feet of 54" RCP culvert, 650 linear feet of 66" RCP culvert, grading, soil testing, dust control, excavation and backfill, storm drain manholes, concrete collars, storm drain laterals, transition structures, junction structures, inlets, headwalls and railings, riprap and concrete outlets, testing, engineering and surveying, permits, fees and bonds. The total project cost of this improvement is $ 560,597 and 80.2% of the said total project cost will be allocated in this assessment while the remaining 19.8% will be allocated into the assessment cost of Future Town Center Development.

**Maximum acquisition cost of $449,599**

| | | |
|---|---|---|
| Total Proj. Cost | - $ 560,597 | |
| Less: | - $ 110,998 | (19.8% Future Town Center Development) |
| Max. Acq. Cost | - $ 449,599 | (80.2% Allocated in this Assessment) |

## *END OF PROJECT SEGMENT DESCRIPTIONS*

## EXHIBIT B

## FORM OF PAYMENT REQUEST

The undersigned, _____, a Contractor Representative, on behalf of South Edge, LLC (the "Contractor"), hereby requests payment of the Purchase Price of the Segment or Segments described in Attachment A attached hereto.  Capitalized undefined terms shall have the meanings ascribed thereto in the Acquisition Agreement, dated as of April 1, 2006 (the "Acquisition Agreement"), by and between the City of Henderson, Nevada (the "City"), and the Contractor. In connection with this Payment Request, the undersigned hereby represents and warrants to the City as follows:

1.     He (she) is a Contractor Representative, qualified to execute this request for payment on behalf of the Contractor and knowledgeable as to the matters forth herein.

2.     Each of the Segments described in Attachment A has been completed in accordance with the Plans therefor.

3.     The true and correct Actual Cost of each Segment for which payment is requested is set forth in Attachment A.

4.     Attached hereto are invoices, receipts, worksheets and other evidence of costs which are in sufficient detail to allow the City and the Project Engineer to verify the Actual Cost of each Segment for which payment is requested.

5.     The Contractor has submitted or submits herewith to the Project Engineer as-built drawings or similar plans and specifications for the Segments for which payment is requested, and such drawings or plans and specifications, as applicable, are true, correct and complete.

6.     There has not been filed with or served upon the Contractor notice of any lien, right to lien or attachment upon, or claim affecting the right to receive the payment requested herein which has not been released or will not be released simultaneously with the payment of such obligation, other than materialmen's or mechanics' liens accruing by operation of law. Copies of lien releases for all work for which payment is requested hereunder are attached hereto.

7.     The Contractor is in compliance with the terms and provisions of the Acquisition Agreement.

I hereby declare under penalty of perjury that the above representations and warranties are true and correct.

Date: _____

_____
Contractor Representative

## ACCEPTANCE BY THE CITY AND PROJECT ENGINEER

The Actual Cost of each Segment described in Attachment A has been reviewed, verified and approved by the Project Engineer and the Director of Public Works of the City. Payment of the Purchase Price of each such Segment is hereby approved and each such Segment is hereby accepted by the City.


Date: _____          **CITY OF HENDERSON, NEVADA**


By: _____
                                        Director of Public Works


Date: _____          **PROJECT ENGINEER**


By: _____

**ATTACHMENT A**

| <u>Segment</u> | <u>Acquisition Cost</u> | <u>Actual Cost</u> | <u>Purchase Price *</u> |
|---|---|---|---|
| | | | |

Total Purchase Price to be Paid: _____

---

*Lesser of Acquisition Cost or Actual Cost

## EXHIBIT C

## FORM OF CREDIT AMOUNT REQUEST

The undersigned, _____, a Contractor Representative, on behalf of South Edge, LLC (the "Contractor"), hereby requests payment of the Credit Amount specified below. Capitalized undefined terms shall have the meanings ascribed thereto in the Acquisition Agreement, dated as of April 1, 2006 (the "Acquisition Agreement"), by and between the City of Henderson, Nevada (the "City"), and the Contractor. In connection with this Payment Request, the undersigned hereby represents and warrants to the City as follows:

1.     He (she) is a Contractor Representative, qualified to execute this request for payment on behalf of the Contractor and knowledgeable as to the matters forth herein.

2.     The amount requested to be paid is $_____.

3.     The amount requested to be paid does not exceed the amount of the Credit Amount as of the date of delivery of this Credit Amount Request.

4.     A calculation demonstrating the amount of the Credit Amount as of the date of delivery of this Credit Amount Request is set forth in Attachment A.

5.     The Contractor has not submitted another Credit Amount Request during the current calendar quarter.

6.     The Contractor is in compliance with the terms and provisions of the Acquisition Agreement.

I hereby declare under penalty of perjury that the above representations and warranties are true and correct.

Date: _____         _____
                                           Contractor Representative

## APPROVAL BY THE DIRECTOR OF PUBLIC WORKS

The Director of Public Works of the City has reviewed and verified the calculation demonstrating the amount of the Credit Amount set forth in Attachment A and has verified that the amount requested to be paid does not exceed the amount of the Credit Amount as of the date hereof. Payment of the amount requested to be paid is hereby approved. The amount of such payment shall be allocated to Segment No. _____.

Date: _____

**CITY OF HENDERSON, NEVADA**

By: _____
       Director of Public Works

**ATTACHMENT A**

[Calculation demonstrating the amount of the Credit Amount]