LEWIS AND ROCA LLP

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr., NV 006593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Telephone:	702.949.8320
Facsimile:	702.949.8321
E-mail:	RCharles@LRLaw.com

*Attorneys for JPMorgan Chase Bank, N.A. and Wells Fargo Bank, N.A.*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No. 10-32968 |
|---|---|
| SOUTH EDGE, LLC, | Chapter 11 |
| Involuntary Debtor. | **Statement Pursuant to Bankruptcy Rule 2019** |

       Pursuant to Bankruptcy Rule 2019(a), the law firm of Lewis and Roca LLP, a limited liability partnership ("Lewis and Roca"), submits this statement of representation of more than one creditor in this case:

       1.      The name and address of each creditor represented by Lewis and Roca LLP is:

          (a)     JPMorgan Chase Bank, N.A.
                  383 Madison Avenue, 23rd Floor
                  New York, NY 1005-1401

          (b)     Wells Fargo Bank, N.A.
                  One Wachovia Center
                  301 S. College Street
                  Charlotte, NC 28288

       2.      The nature and amount of the claims and the dates of acquisition are:

  (a) JPMorgan Chase Bank, N.A. is owed not less than $13,423,516 under the Facility A Note, Dated November 1, 2004, and the Facility D Note, Dated March 9, 2007, both between the Debtor and JPMorgan (collectively, the "Facility Notes"), which were issued pursuant to the Credit Agreement, dated November 1, 2004, among South Edge, LLC,as borrower, JPMorgan Chase Bank, N.A., as Administrative Agent, and the Lenders from time to time party thereto (as amended, modified and restated on March 9, 2007 and from time to time, the "CreditAgreement").

  (b) Wells Fargo Bank, N.A. is owed not less than $20,540,030 under the (i) Facility A Note and (ii) the Facility C Note, both dated November 1, 2004, and (iii) the Facility D Note, dated March 9, 2007 (collectively, the "Facility Notes"), all of which are between the Debtor and Wachovia (as predecessor to Wells Fargo Bank, N.A.), which were issued pursuant to the Credit Agreement, dated November 1, 2004, among South Edge LLC, as borrower, JPMorgan Chase Bank, N.A., as Administrative Agent, and the Lenders from time to time party thereto (as amended, modified and restated on March 9, 2007 and from time to time, the "Credit Agreement").

3. Lewis and Roca has agreed to represent the creditors listed above at its regular standard hourly rates.

4. Other than ordinary lawyer-client retainer letters and similar correspondence, there is no instrument whereby Lewis and Roca is empowered to act on behalf of creditors.

5. The undersigned attorney, who is a partner of Lewis and Roca, declares under penalty or perjury that the foregoing statement of representation is true and correct.

2292785.1



Dated: December 9, 2010.

**LEWIS AND ROCA LLP**

By <u>/s/ Robert M. Charles, Jr.  (#006593)</u>
Robert M. Charles, Jr. , NV 6593
RCharles@LRLaw.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169-5996
Facsimile: (702) 949-8321
Telephone: (702) 949-8320
Attorneys for JPMorgan Chase Bank, N.A.
*and Wells Fargo Bank, N.A.*

2292785.1