**LEWIS AND ROCA LLP**
Robert M. Charles, Jr., NV 006593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Telephone:      702.949.8320
Facsimile:       702.949.8321
E-mail:             rcharles@LRLaw.com

**MORRISON & FOERSTER LLP**
G. Larry Engel (*pro hac vice* pending)
425 Market Street
San Francisco, California  94105-2482
Telephone:      415.268.7000
Facsimile:       415.268.7522
E-mail:             lengel@mofo.com

*Attorneys for JPMorgan Chase Bank, N.A.*

**MORRISON & FOERSTER LLP**
James E. Hough (*pro hac vice* pending)
Norman S. Rosenbaum (*pro hac vice* pending)
Jordan A. Wishnew (*pro hac vice* pending)
1290 Avenue of the Americas
New York, New York 10104
Telephone:      212.468.8000
Facsimile:       212.468.7900
E-mail:             jhough@mofo.com
E-mail:             nrosenbaum@mofo.com
E-mail:             jwishnew@mofo.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SOUTH EDGE, LLC,<br><br>Involuntary Debtor. | Case No. 10-32968<br>Chapter 11<br><br>**Notice of Hearing**<br><br>Date:      **December 13, 2010**<br>Time:     **9:00 a.m. (PST)** |

Please take notice that that a telephonic status conference pursuant to Section 105(d) of the Bankruptcy Code will be held in this case before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Bankruptcy Courtroom No. 3, Las Vegas, Nevada 89101 on Monday, December 13, 2010, at the hour of 9:00 a.m.  Parties will appear via CourtCall and should register with CourtCall via (888) 882-6878 in order to do so.

276797.1



Dated:  December 10, 2010.

**LEWIS AND ROCA LLP**

By /s/ Robert M. Charles, Jr.  (#006593)
Robert M. Charles, Jr., NV 6593
RCharles@LRLaw.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169-5996
Facsimile: (702) 949-8321
Telephone: (702) 949-8320
           and
**MORRISON & FOERSTER LLP**
G. Larry Engel CA Bar No. 53484 (Pro hac vice pending)
Email: lengel@mofo.com
425 Market Street
San Francisco, CA  94105-2482
Tel.:  (415) 268-7000
Fax:  (415) 442-1010
           and
**MORRISON & FOERSTER LLP**
James E. Hough (pro hac vice pending)
Norman S. Rosenbaum (pro hac vice pending)
Jordan A. Wishnew (pro hac vice pending)
1290 Avenue of the Americas
New York, New York 10104

*Attorneys for JPMorgan Chase Bank, N.A.*

276797.1