Brian E. Holthus, Esq.
Nevada Bar No. 2720
JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Pkwy., #1600
Las Vegas, Nevada 89169
Telephone:   (702) 699-7500
Facsimile:   (702) 699-7555
beh@juww.com

Charles A. Beckham, Jr., Esq.
Texas Bar No. 02016600 *(pro hac vice pending)*
Christopher L. Castillo, Esq.
Texas Bar No. 24065022 *(pro hac vice pending)*
HAYNES AND BOONE, LLP
One Houston Center
1221 McKinney Street, Ste. 2100
Houston, Texas 77010
Telephone:   (713) 547-2000
Facsimile:   (713) 236-5449
charles.beckham@haynesboone.com
christopher.castillo@haynesboone.com

*Attorneys for Crédit Agricole Corporate and Investment Bank*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SOUTH EDGE, LLC, a Nevada limited liability company,<br><br>Involuntary Debtor. | Case No. 10-32968<br>Chapter 11<br><br>**CERTIFICATE REQUIRED BY BANKRUPTCY RULES 1010(b) and 7007.7 and LOCAL RULE 5004** |

The undersigned, counsel of record for Crédit Agricole Corporate and Investment Bank ("Crédit Agricole"), certifies pursuant to Bankruptcy Rule 1010(b) and Rule 7007.1, that any corporation, general or limited partnership, joint venture, LLC, or LLP, other than a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's or entity's equity interests, is as follows:

Crédit Agricole S.A.

Further, the undersigned certifies pursuant to Local Bankruptcy Rule 5004[1] that the following have an interest in the outcome of this involuntary case:

**Petitioning Creditors:**

Crédit Agricole Corporate and Investment Bank, as a lender under the Credit Agreement (defined below)

**Alleged Debtor:**

South Edge, LLC, a Nevada limited liability company

**Members of Alleged Debtor:**

Meritage Homes of NV, an affiliate of Meritage Corporation

Coleman-Toll Limited Partnership, an affiliate of Toll Brothers, Inc.

Beazer Homes Holding Corp., an affiliate of Beazer Homes USA, Inc.

KB Home Nevada, Inc., an affiliate of KB Home

Pardee Homes of Nevada, Inc., an affiliate of Weyerhaeuser Real Estate Company

Focus South Group, LLC

Alameda Investments, LLC, an affiliate of Woodside Group, LLC

Kimball Hill Homes Nevada, Inc., an affiliate of Kimball Hill, Inc.

**Lenders of Alleged Debtor:**

Debtor and certain lenders are parties to an Amended and Restated Credit Agreement, dated March 9, 2007 (the "Credit Agreement"). The lenders with interests in the credit facility are as follows:

ACA Management, LLC

Aladdin Capital Management, LLC

Ares Management, LP

Bank of America, NA

BDCM Fund Advisor, LLC

California Bank & Trust

---

[1] Although Local Rule 5004 by its terms applies only in adversary proceedings, this certificate is filed in the administrative file for the convenience of the Court, in order to evaluate potential disqualification.

| | |
|---|---|
| 1 | Churchill Pacific Asset Management, LLC |
| 2 | Citigroup Alternative Investments, LLC |
| 3 | Comerica Incorporated |
| 4 | Crédit Agricole Corporate and Investment Bank |
| 5 | Credit Suisse Asset Management AGT |
| 6 | Credit Suisse |
| 7 | CSFP Alternative Capital, Inc. |
| 8 | Deerfield Capital Management, LLC |
| 9 | Deutsche Investment Management Americas, Inc as Agent |
| 10 | Eaton Vance Management |
| 11 | Four Corners Capital Management LLC as Agent |
| 12 | Highland Capital Management LP |
| 13 | Hidland Park CDO I Ltd. |
| 14 | JPMorgan Chase Bank, NA |
| 15 | Katonah Debt Advisors, LLC |
| 16 | Morgan Stanley Investment Management Inc. as Agent |
| 17 | Mountain Capital Advisors |
| 18 | Nomura Corporate Research & Asset Management, Inc. |
| 19 | Octagon Credit Investors, LLC |
| 20 | Onex Credit Partners, LLC |
| 21 | Pinebridge Investments, LLC as Agent |
| 22 | PNC Bank, NA |
| 23 | Rabobank International |
| 24 | Riversource Investments, LLC as Agent |
| 25 | Royal Bank of Scotland, PLC |
| 26 | Sankaty Advisors Bain Capital |
| 27 | Security Management Co. |
| 28 | TCW Asset Management as Agent |

JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Parkway, Suite 1600, Las Vegas, NV 89169
Telephone: (702) 699-7500    Fax: (702) 699-7555

1. Van Kampen Asset Management as Agent
2. Wells Fargo Bank, NA
3. West Gate Horizons Advisors, LLC
4. Whitehourse Captial Partners, LP

This disclosure can be supplemented upon request of the Court as to all of the individual Lenders (as that list may change from time to time).

These representations are made to enable judges of the court to evaluate possible recusal.

DATED this 10 day of December, 2010.

> HAYNES AND BOONE, LLP
> One Houston Center
> 1221 McKinney Street, Ste. 2100
> Houston, Texas 77010
>
> and
>
> JOLLEY URGA WIRTH WOODBURY
> & STANDISH
>
> By: _____
> Brian E. Holthus, Esq.
> 3800 Howard Hughes Pkwy., #1600
> Las Vegas, Nevada 89169
> Attorneys for Crédit Agricole Corporate
> and Investment Bank