

**ORDER DENIED**
See court's abbreviated reasoning below.

**Entered on Docket
December 10, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr., NV 006593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Telephone:   702.949.8320
Facsimile:    702.949.8321
E-mail:          rcharles@LRLaw.com

| | |
|---|---|
| **MORRISON & FOERSTER LLP** | **MORRISON & FOERSTER LLP** |
| G. Larry Engel (*pro hac vice* pending) | James E. Hough (*pro hac vice* pending) |
| 425 Market Street | Norman S. Rosenbaum (*pro hac vice* pending) |
| San Francisco, California  94105-2482 | Jordan A. Wishnew (*pro hac vice* pending) |
| Telephone:   415.268.7000 | 1290 Avenue of the Americas |
| Facsimile:    415.268.7522 | New York, New York 10104 |
| E-mail:          lengel@mofo.com | Telephone:   212.468.8000 |
| | Facsimile:    212.468.7900 |
| *Attorneys for JPMorgan Chase Bank, N.A.* | E-mail:         jhough@mofo.com |
| | E-mail:         nrosenbaum@mofo.com |
| | E-mail:         jwishnew@mofo.com |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 10-32968-bam |
| SOUTH EDGE, LLC, | Chapter 11 |
| Involuntary Debtor. | **Order Granting Ex Parte Motion to File Confidential Materials Regarding Involuntary Petition Under Seal** |

The Ex Parte Motion of JPMorgan Chase Bank, N.A. ("JPMorgan"), petitioning creditor, to File Confidential Materials Regarding Involuntary Petition Under Seal came before the Court for consideration.  Good cause appearing, it is hereby:

2295032.1



1  ORDERED that JPMorgan has permission to file the unredacted Debt Trade Documents under seal.

IT IS FURTHER ORDERED that these documents shall remain confidential and be accessible only to the Court, unless a party in interest petitions the Court for access to the documents and provides good cause why access should be granted to that party.

IT IS FURTHER ORDERED that any party obtaining access to these documents shall maintain their confidentiality.

**Submitted by:**
**LEWIS AND ROCA LLP**

By : /s/Robert M. Charles, Jr. (6593)
Robert M. Charles, Jr., NV 6593
RCharles@LRLaw.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169-5996
Facsimile: (702) 949-8321
Telephone: (702) 949-8320
Attorneys for JPMorgan Chase Bank, N.A.
and
**MORRISON & FOERSTER LLP**
G. Larry Engel CA Bar No. 53484 (Pro hac vice)
Email: lengel@mofo.com
425 Market Street
San Francisco, CA  94105-2482
Tel.:  (415) 268-7000
Fax:  (415) 442-1010
and
**MORRISON & FOERSTER LLP**
James E. Hough (pro hac vice pending)
Norman S. Rosenbaum (pro hac vice pending)
Jordan A. Wishnew (pro hac vice pending)
1290 Avenue of the Americas
New York, New York 10104
*Attorneys for JPMorgan Chase Bank, N.A.*

# # #

> JPMorgan Chase Bank, N.A. ("JPMorgan") filed its Ex Parte Motion to File Confidential Materials Regarding Involuntary Petition Under Seal on December 9, 2010, Dkt. No. 5.  No supporting declarations were filed with the motion, notwithstanding JPMorgan's lawyers' contention that the matters sought to be sealed were both "confidential" and "commercial."   Without any evidentiary foundation as to the essential elements of its request under Bankr. R. 9018 and 11 U.S.C. § 107, the court cannot grant the motion.
>
> The deficiency, however, at least as to the provision of evidence, can be easily cured. Accordingly, pursuant to Local Rule 9018, and to allow JPMorgan to file an amended ex parte motion, the court will hold the documents already delivered to chambers, and will not file them on the docket or deliver them back to JPMorgan, until Tuesday, December 14, 2010, at 4:00 p.m.

2

2295032.1