*Electronically Filed*
*December 12, 2010*

BRIAN E. HOLTHUS, ESQ.
Nevada Bar No. 2720
TYLER N. URE, ESQ.
Nevada Bar No. 11730
**JOLLEY URGA WIRTH WOODBURY & STANDISH**
3800 Howard Hughes Pkwy, Suite 1600
Las Vegas, Nevada 89169
Telephone No. (702) 699-7500
Facsimile No. (702) 699-7555
E-Mail:    beh@juww.com

Attorneys for Petitioning Creditor
**CRÉDIT AGRICOLE CORPORATE AND INVESTMENT BANK**

CHARLES A. BECKHAM, JR, ESQ.
CHRISTOPHER L. CASTILLO, ESQ.
**HAYNES AND BOONE, LLP**
One Houston Center
1221 McKinney, Suite 2100
Houston, Texas 77010
Telephone No: (713) 547-2243
Facsimile No. (713) 236-5638
E-Mail:

charles.beckham@haynesboone.com
christopher.castillo@haynesboone.com

Attorneys for Petitioning Creditor
**CRÉDIT AGRICOLE CORPORATE AND INVESTMENT BANK**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SOUTH EDGE, LLC,<br><br>　　　　　Involuntary Debtor. | CASE NO. 10-32968-BAM<br><br>Chapter 11<br><br>Hearing Date: 12/13/2010<br>Hearing Time: 9:00 A.M. |

### RESPONSE OF CRÉDIT AGRICOLE CORPORATE AND INVESTMENT BANK IN SUPPORT OF MOTION TO APPOINT AN INTERIM AND PERMANENT CHAPTER 11 TRUSTEE FOR SOUTH EDGE, LLC DURING (I) THE "GAP" PERIOD AND (II) ON A PERMANENT BASIS

Crédit Agricole Corporate and Investment Bank ("Crédit Agricole") in its capacity as a petitioning creditor and Lender,[1] by and through their undersigned counsel, hereby respectfully submits its Response of Crédit Agricole Corporate and Investment Bank In Support of Motion To Appoint an Interim and Permanent Chapter 11 Trustee for South Edge, LLC During (I) the

---

[1]    All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Appoint Interim and Permanent Chapter 11 Trustee for South Edge, LLC During (i) the "Gap" Period and (ii) On A Permanent Basis (the "Trustee Motion"), as filed by JPMorgan Chase Bank, N.A. on December 9, 2010 (Doc No. 7).

"Gap" Period and (II) On a Permanent Basis (the "Response").  In support of the Response, Crédit Agricole respectfully represents the following:

**RESPONSE**

1.  On December 9, 2010, Crédit Agricole, along with JPMorgan Chase Bank, N.A. ("JPMorgan") and Wells Fargo Bank, N.A. ("Wells Fargo"; collectively, the "Petitioning Creditors") filed an involuntary Chapter 11 petition (the "Petition") against South Edge, LLC ("South Edge" or the "Debtor") under Section 303 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Nevada (the "Court").  Contemporaneously with the filing of the Petition against South Edge, JPMorgan filed its Trustee Motion.  The Trustee Motion requests the appointment of (i) an interim trustee to direct and manage South Edge's affairs while the Petition is pending, and (ii) a permanent Chapter 11 trustee, if and when an order for relief against South Edge is entered.  The Trustee Motion incorporates confidential information protected from disclosure by a protective order entered in previous litigation between JPMorgan and South Edge.[2]  Accordingly, the Trustee Motion has been filed with certain portions redacted, and JPMorgan has requested the unredacted version of the Trustee Motion be sealed.  Crédit Agricole has not seen nor had any opportunity to review the unredacted Trustee Motion.

2.  Crédit Agricole supports the relief requested by JPMorgan in the redacted Trustee Motion.[3]  Crédit Agricole agrees with JPMorgan that South Edge's controlling members have refused to take any action in furtherance of South Edge's proper business purpose and completely disabled South Edge from proceeding forward with the Project, to the detriment of

---

[2] *See* Ex Parte Motion to File Confidential Materials Under Seal, filed by JPMorgan on December 9, 2010 (Doc No. 6).
[3] As mentioned above, Crédit Agricole does not know the contents of the redacted portions of the Trustee Motion and, therefore, can not and does not take a position on any arguments, assertions or statements made by JPMorgan in the redacted portions of the Trustee Motion.

South Edge's assets, creditors, and other parties-in-interest. Crédit Agricole believes that prompt appointment of a qualified trustee is the ***only*** way to salvage the Project and/or maximize the value of South Edge's assets.

### RESERVATION OF RIGHTS

3. Crédit Agricole reserves any and all rights it may have with respect to the Trustee Motion and the relief requested therein, including its subsequent ability to supplement, modify, amend or withdraw this Response.

### CONCLUSION

Crédit Agricole respectfully requests that the Court enter an order granting the relief requested in the Trustee Motion and such other and further relief as the Court deems just and proper.

Dated December 12, 2010

By: /s/ Tyler N. Ure
BRIAN E. HOLTHUS, ESQ.
Nevada Bar No. 2720
TYLER N. URE, ESQ.
Nevada Bar No. 11730
**JOLLEY URGA WIRTH WOODBURY & STANDISH**
3800 Howard Hughes Pkwy, 16th Floor
Las Vegas, Nevada 89169
Telephone No. (702) 699-7500
Facsimile No. (702) 699-7555

and

CHARLES A. BECKHAM, JR., ESQ.
CHRISTOPHER L. CASTILLO, ESQ.
**HAYNES AND BOONE, LLP**
One Houston Center
1221 McKinney, Suite 2100
Houston, Texas 77010
Telephone No: (713) 547-2243
Facsimile No. (713) 236-5638
Attorneys for Petitioning Creditor
**CRÉDIT AGRICOLE CORPORATE AND INVESTMENT BANK**