

**Entered on Docket
December 17, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: ) | Case No.: BK-S-10-32968-BAM |
| ) | |
| SOUTH EDGE, LLC, ) | Chapter 11 |
| ) | |
| Alleged Debtor. ) | **Interim Trustee Motion**: |
| ) | Date: January 19, 2011 |
| ) | |
| ) | **Trial on Involuntary Petition**: |
| ) | Dates: January 24 & 26, 2011; |
| ) | February 2, 3 & 4, 2011 |

### ORDER REGARDING PRESENTATION OF EVIDENCE AND ARGUMENT

The court anticipates that, between now and the time of the various motions and hearings listed above, the parties will produce, review, index, and digest many documents. Their attorneys will contemplate myriad ways to present them to the court. In undertaking this preparation, counsel should keep in mind that the court has a wide array of electronic devices in its courtroom to aid in the presentation of documents and arguments. To oversimplify, if something can be displayed on a laptop or an iPad, it can be displayed through the technology available in the courtroom. *See* http://www.nvb.uscourts.gov/CourtInfo/Courtroom_Technology/Courtroom%20Tech_Home.html.

Add to this availability the court's mild preference for presentation of documents and exhibits electronically, on a CD-ROM or DVD-ROM, rather than having otherwise talented paralegals slavishly prepare a series of three-ring binders that will attract more dust than serious study. Moreover, if the parties could agree on a joint presentation and indexing system, so much the better.

The court has a much stronger preference, however, that attorneys be comfortable in presenting

1 their cases, and an abiding conviction that the medium of communication should be secondary to its
2 substance. As a result, the use of available technology is entirely optional, and no adverse
3 consequences will attach if an attorney chooses any traditional method of presentation (even if his or
4 her adversary employs electronic means). This order is entered simply to remind counsel, early on
5 in the process, of the possibilities available.

7 Copies sent to:
8 CM/ECF ELECTRONIC NOTICING
BNC MAILING MATRIX

# # #