I. SCOTT BOGATZ (NSBN 3367)  
CHARLES M. VLASIC III (NSBN 11308)  
BOGATZ & ASSOCIATES, P.C.  
3455 Cliff Shadows Parkway, Suite 110  
Las Vegas, Nevada 89129  
Telephone: (702) 776-7000  
Facsimile: (702) 776-7900  

**E-FILED ON DECEMBER 22, 2010**

ROBERTO J. KAMPFNER (*pro hac vice* pending)  
JOSHUA M. KEESAN (*pro hac vice* pending)  
WHITE & CASE LLP  
633 West Fifth Street, Suite 1900  
Los Angeles, CA 90071  
Telephone:  213-620-7700  
Facsimile:  213-452-2329  

Attorneys for  
FOCUS SOUTH GROUP, LLC and  
HOLDINGS MANAGER, LLC  

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| In re:<br><br>SOUTH EDGE, LLC,<br><br>Involuntary Debtor. | Case No. 10-32968<br><br>Chapter 11<br><br>**EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO SET HEARING ON: MOTION (I) TO PREVENT KLEE, TUCHIN, BOGDANOFF & STERN LLP FROM REPRESENTING SOUTH EDGE, LLC AND (II) TO APPOINT A RESPONSIBLE OFFICER TO HIRE COUNSEL AND DETERMINE WHETHER THE PETITION SHOULD BE CONTROVERTED**<br><br>**Hearing Date**<br><br>Date:  [OST REQUESTED]<br>Time:  [OST REQUESTED] |

### MEMORANDUM OF POINTS AND AUTHORITIES

Focus South Group, LLC ("Focus"), and Holdings Manager, LLC ("Holdings Manager"), through their counsel of record, hereby respectfully submit this Ex Parte Application to set a

- 1 -

LOSANGELES 890763 (2K)

hearing on shortened time on their Motion (i) to Prevent Klee, Tuchin, Bogdanoff & Stern LLP from Representing South Edge, LLC and (ii) to Appoint a Responsible Officer to Hire Counsel and Determine Whether the Petition Should Be Controverted (the "Focus Motion").

In support of this Application, Focus and Holdings Manager state as follows:

1. Pursuant to this Court's December 16, 2010 Scheduling Order, this Court will conduct an evidentiary hearing on Wednesday, January 19, 2011 on the Petitioners' Motion to Appoint an Interim and Permanent Chapter 11 Trustee for South Edge, LLC. This Court will also conduct an evidentiary hearing, to begin on Monday, January 24, 2011, on the underlying involuntary petition. Declaration of Roberto K. Kampfner ("Kampfner Decl."), ¶ 3.

2. As set forth with more particularity in the Focus Motion, Focus contends that KB Home Nevada, Inc. ("KB"), Coleman-Toll Limited Partnership, LLC ("Toll"), Pardee Homes of Nevada ("Pardee"), Beazer Homes Holding Corp. ("Beazer"), and MTH Homes Nevada, Inc. ("Meritage") (collectively, and excluding Focus, the "Builders") did not have the corporate authority to purportedly hire Klee, Tuchin, Bogdanoff & Stern LLP ("KTB&S") to represent South Edge in connection with these proceedings.

3. Among other things, KTB&S's services will cost more than $100,000 and, therefore, the Builders do not have the supermajority (75% of the percentage interests in South Edge) required by the South Edge operating agreement to hire KTB&S. Focus also contends that the Builders cannot vote to retain counsel for South Edge in connection with the involuntary petition because these proceedings were caused by the Builders' defaults under the South Edge operating agreement, and the Builders cannot vote on matters related to their defaults. In any event, the Builders (to the extent they have authority to hire counsel, which they do not) are hopelessly conflicted and cannot adequately represent South Edge's interests in these proceedings. Accordingly, an independent and neutral responsible officer should be appointed to hire counsel for South Edge and determine whether or not controvert the petition. *Id.* at ¶ 6.

4. Given the deadlines set forth in the Scheduling Order and South Edge's need for representation, it is critical that the issues raised by the Focus Motion be resolved as quickly as

- 2 -

LOSANGELES 890763 (2K)

possible.  Accordingly, Focus requests that this Court set a hearing on the Focus Motion on the first date reasonably available.  *Id.* at ¶ 7.

5. On Monday, December 20, 2010, and Tuesday, December 21, 2010, Focus contacted KTB&S, purported counsel for South Edge, and attempted to reach an agreement with respect to when the Focus Motion should be heard and oppositions and replies should be filed. No agreement was reached.  *Id.* at ¶ 8.

6. Focus and Holdings Manager will give notice of the hearing to all parties in interest upon the entry of an order approving this Application.

## **CONCLUSION**

Based on the foregoing, Focus and Holdings Manager respectfully request that the Court set a hearing on shortened time on the Focus Motion, as requested herein.

Dated:  December 22, 2010

Respectfully submitted,

By:   */s/ I. Scott Bogatz*

I. Scott Bogatz (NSBN 3367)
Charles M. Vlasic III (NSBN 11308)
BOGATZ & ASSOCIATES, P.C.
3455 Cliff Shadows Parkway, Suite 110
Las Vegas, Nevada 89129
Telephone: (702) 776-7000
Facsimile: (702) 776-7900

Roberto J. Kampfner (*pro hac vice* pending)
Joshua M. Keesan (*pro hac vice* pending)
WHITE & CASE LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone:  213-620-7700
Facsimile:   213-452-2329

ATTORNEYS FOR FOCUS SOUTH GROUP, LLC and HOLDINGS MANAGER, LLC

LOSANGELES 890763 (2K)