I. SCOTT BOGATZ (NSBN 3367)
CHARLES M. VLASIC III (NSBN 11308)
BOGATZ & ASSOCIATES, P.C.
3455 Cliff Shadows Parkway, Suite 110
Las Vegas, Nevada 89129
Telephone: (702) 776-7000
Facsimile: (702) 776-7900

**E-FILED ON DECEMBER 22, 2010**

ROBERTO J. KAMPFNER (*pro hac vice* pending)
JOSHUA M. KEESAN (*pro hac vice* pending)
WHITE & CASE LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone:  213-620-7700
Facsimile:  213-452-2329

Attorneys for
FOCUS SOUTH GROUP, LLC and
HOLDINGS MANAGER, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| In re: | Case No. 10-32968 |
| SOUTH EDGE, LLC, | Chapter 11 |
| Involuntary Debtor. | **ATTORNEY INFORMATION SHEET REGARDING APPLICATION FOR AN ORDER SHORTENING TIME TO SET HEARING ON: MOTION (I) TO PREVENT KLEE, TUCHIN, BOGDANOFF & STERN LLP FROM REPRESENTING SOUTH EDGE, LLC AND (II) TO APPOINT A RESPONSIBLE OFFICER TO HIRE COUNSEL AND DETERMINE WHETHER THE PETITION SHOULD BE CONTROVERTED** |
| | **Hearing Date** |
| | Date:  [OST REQUESTED]<br>Time:  [OST REQUESTED] |

LOSANGELES 890766 v1 (2K)

Pursuant to Local Rule 9006, Roberto J. Kampfner has contacted the parties listed below regarding the attached proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

| NAME | DATE CONTACTED | AGREE | DISAGREE | NO RESPONSE |
|---|---|---|---|---|
| Matt Heyn, Esq. (Klee, Tuchin, Bogdanoff & Stern LLP) | December 20-21, 2010 | | | X |

Dated: December 22, 2010

Respectfully submitted,

By:   */s/ I. Scott Bogatz*
I. Scott Bogatz (NSBN 3367)
Charles M. Vlasic III (NSBN 11308)
BOGATZ & ASSOCIATES, P.C.
3455 Cliff Shadows Parkway, Suite 110
Las Vegas, Nevada 89129
Telephone: (702) 776-7000
Facsimile: (702) 776-7900

Roberto J. Kampfner (*pro hac vice* pending)
Joshua M. Keesan (*pro hac vice* pending)
WHITE & CASE LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone:  213-620-7700
Facsimile:  213-452-2329

ATTORNEYS FOR FOCUS SOUTH GROUP, LLC and HOLDINGS MANAGER, LLC

- 2 -

LOSANGELES 890766 v1 (2K)