**Entered on Docket
December 22, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SOUTH EDGE, LLC<br><br>Involuntary Debtor. | Case No. 10-32968<br><br>**ORDER SHORTENING TIME RE: HEARING CONCERNING THE MOTION OF FOCUS SOUTH GROUP, LLC AND HOLDINGS MANAGER, LLC (I) TO PREVENT KLEE, TUCHIN, BOGDANOFF & STERN LLP FROM REPRESENTING SOUTH EDGE, LLC AND (II) TO APPOINT A RESPONSIBLE OFFICER TO HIRE COUNSEL AND DETERMINE WHETHER THE PETITION SHOULD BE CONTROVERTED**<br><br>Date:   January 05, 2011<br>Time:  01:00 PM |

This court having considered Focus South Group, LLC and Holdings Manager, LLC's *Ex Parte Application for an Order Shortening Time for Hearing on its Motion (i) to Prevent Klee, Tuchin, Bogdanoff & Stern LLP from Representing South Edge, LLC and (ii) to Appoint a Responsible Officer to Hire Counsel and Determine Whether the Petition Should Be Controverted* (the "Ex Parte Application") and good cause appearing,

IT IS HEREBY ORDERED that the Ex Parte Application be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the *Motion (i) to Prevent Klee, Tuchin, Bogdanoff &*

- 1 -

LOSANGELES 890545 v1 (2K)

1 | *Stern LLP from Representing South Edge, LLC and (ii) to Appoint a Responsible Officer to Hire*
2 | *Counsel and Determine Whether the Petition Should Be Controverted* ("<u>Motion</u>") shall be heard
3 | on shortened time by the Honorable Bruce A. Markell on <u>January     05</u>, 201<u>1</u> at <u>1:00</u> <u>p</u>.m.
4 | in the Foley Federal Building located at 300 Las Vegas Boulevard South, Third Floor, Las
5 | Vegas, NV 89101;
6 |      IT IS FURTHER ORDERED that the Motion, together with any supporting documents,
7 | and this Order Shortening Time shall be served no later than <u>1</u> business day(s) after the entry
8 | of the Order Shortening Time.  Any objections or oppositions to the Motion shall be filed by
9 | <u>January 03, 2011 at noon.</u>.  Any replies shall be filed by <u>January 05, 2011 at 09:00 AM.</u>
10 |      IT IS SO ORDERED.

- 2 -

LOSANGELES 890545 v1 (2K)