GORDON SILVER  
GREGORY E. GARMAN, ESQ.  
Nevada Bar No. 6654  
E-mail: ggarman@gordonsilver.com  
3960 Howard Hughes Pkwy., 9th Floor  
Las Vegas, Nevada 89169  
Telephone (702) 796-5555  
Facsimile (702) 369-2666  
Attorneys for KB Home Nevada Inc., Coleman-Toll Limited Partnership, Pardee Homes of Nevada, Meritage Homes of Nevada, Inc., and Beazer Homes Holding Corp.

E-Filed On: 01/03/11

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| In re: | Case No.: 10-32968 |
|---|---|
| SOUTH EDGE, LLC, | Chapter 11 |
| Involuntary Debtor. | |

**JOINDER BY KB HOME NEVADA INC., COLEMAN-TOLL LIMITED PARTNERSHIP, PARDEE HOMES OF NEVADA, MERITAGE HOMES OF NEVADA, INC., AND BEAZER HOMES HOLDING CORP. IN SOUTH EDGE, LLC'S OPPOSITION TO FOCUS ENTITIES' MOTION TO REMOVE EXISTING COUNSEL FOR SOUTH EDGE, LLC AND APPOINT A "RESPONSIBLE OFFICER" TO MAKE CORPORATE DECISIONS FOR SOUTH EDGE, LLC IN RESPECT OF THE PENDING INVOLUNTARY PETITION AGAINST SOUTH EDGE, LLC**

KB Home Nevada Inc., Coleman-Toll Limited Partnership, Pardee Homes of Nevada, Meritage Homes of Nevada, Inc., and Beazer Homes Holding Corp. (collectively "Builders"), by and through their counsel, the law firm of Gordon Silver, hereby join in the Opposition of South Edge, LLC to Motion of Focus Entities to Remove Existing Counsel for South Edge, LLC and Appoint a "Responsible Officer" to Make Corporate Decisions for South Edge, LLC in Respect of the Pending Involuntary Petition Against South Edge, LLC.

DATED this 3 day of January, 2011.

GORDON SILVER

By: _____  
GREGORY E. GARMAN, ESQ.  
3960 Howard Hughes Pkwy., 9th Floor  
Las Vegas, Nevada 89169  
Attorneys for KB Home Nevada Inc., Coleman-Toll Limited Partnership, Pardee Homes of Nevada, Meritage Homes of Nevada, Inc., and Beazer Homes Holding Corp.