Samuel A. Schwartz (Nev. Bar No. 10985)
Bryan A. Lindsey (Nev. Bar No. 10662)
THE SCHWARTZ LAW FIRM, INC.
701 E. Bridger Avenue, Suite 120
Las Vegas, Nevada  89101
Telephone:    (702) 385-5544
Facsimile:     (702) 385-2741
Email: sam@schwartzlawyers.com;
          bryan@schwartzlawyers.com

David M. Stern (Cal. Bar No. 67697) (admitted *pro hac vice*)
Martin R. Barash (Cal. Bar No. 162314) (admitted *pro hac vice*)
Matthew C. Heyn (Cal. Bar No. 227474) (admitted *pro hac vice*)
Whitman L. Holt (Cal. Bar No. 238198) (admitted *pro hac vice*)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California  90067-6049
Telephone:    (310) 407-4000
Facsimile:     (310) 407-9090
Email: dstern@ktbslaw.com; mbarash@ktbslaw.com;
          mheyn@ktbslaw.com; wholt@ktbslaw.com

*Attorneys for Alleged Debtor, South Edge, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 10-32968-bam |
| SOUTH EDGE, LLC, | Chapter 11 (Involuntary) |
| Alleged Debtor. | **ANSWER OF ALLEGED DEBTOR CONTESTING THE INVOLUNTARY CHAPTER 11 PETITION** |
| | **Evidentiary Hearings** |
| | Hearing Dates:  January 24, January 26, February 2, February 3 & February 4, 2011 |
| | Hearing Time:  9:30 a.m. (each day) |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

South Edge, LLC, the alleged debtor in the above-captioned chapter 11 case ("South Edge"), hereby answers the involuntary chapter 11 petition (the "Involuntary Petition" [ECF No. 1]) filed against it as follows:[1]

1. South Edge denies the allegations contained in paragraph 1. of the portion of the Involuntary Petition headed "Allegations."

2. South Edge neither admits nor denies the allegations contained in paragraph 2. of the portion of the Involuntary Petition headed "Allegations" because such allegations call for a legal conclusion.

3. South Edge denies the allegations contained in paragraph 3.a. of the portion of the Involuntary Petition headed "Allegations."

4. South Edge denies all the allegations contained in any other portion of the Involuntary Petition to which a response may be required.

**FIRST AFFIRMATIVE DEFENSE**

5. Without in any way shifting the burden of production, proof, or persuasion, pursuant to Bankruptcy Code section 303(b)(1), the petitioning creditors are ineligible to file the Involuntary Petition because (i) South Edge has 12 or more creditors, and the petitioning creditors do not constitute entities holding three separate claims against South Edge; (ii) the petitioning creditors are not undersecured creditors; and (iii) some or all of the petitioning creditors' claims are subject to a bona fide dispute as to liability or amount. Attached hereto as **Exhibit "A"** is the list of all South Edge creditors required by Federal Rule of Bankruptcy Procedure 1003(b).

**SECOND AFFIRMATIVE DEFENSE**

6. Without in any way shifting the burden of production, proof, or persuasion, pursuant to Bankruptcy Code section 303(h)(1), no order of relief can be entered against South Edge because South Edge is generally paying its debts (except debts that are the subject of a bona fide dispute as to liability or amount) as such debts become due.

---

[1] South Edge expressly reserves its rights to argue that the Court should dismiss the Involuntary Petition based upon, *inter alia*, the petitioning creditors' bad faith, or, in the alternative, that the Court should dismiss the Involuntary Petition pursuant to Bankruptcy Code section 305(a)(1). Toward that end, on or before January 6, 2011 at 5:00 p.m., South Edge will file a motion requesting such relief.

1

### THIRD AFFIRMATIVE DEFENSE

7. The petitioning creditors lack standing to file the Involuntary Petition under section 10.08(a) of that certain *Amended and Restated Credit Agreement* dated as of March 9, 2007.

### FOURTH AFFIRMATIVE DEFENSE

8. Pursuant to Bankruptcy Code sections 105(a) and 303, this involuntary case should be dismissed for cause, including, but not limited to, the petitioning creditors' bad faith in filing the Involuntary Petition, the petitioning creditors' attempted abuse of the bankruptcy process, and the petitioning creditors' unclean hands.

### FIFTH AFFIRMATIVE DEFENSE

9. Pursuant to Bankruptcy Code section 305(a)(1), the interests of creditors and South Edge would be better served by a dismissal of this involuntary case.

**WHEREFORE**, South Edge respectfully requests that the Court dismiss the Involuntary Petition, schedule a hearing to determine the amount of damages to be paid to South Edge by the petitioning creditors pursuant to Bankruptcy Code section 303(i),[2] and grant South Edge such other and further relief as the Court deems just and appropriate.

Dated: January 4, 2011

THE SCHWARTZ LAW FIRM, INC.

and

KLEE, TUCHIN, BOGDANOFF & STERN LLP

By: _____
DAVID M. STERN
MARTIN R. BARASH
MATTHEW C. HEYN
WHITMAN L. HOLT

*Attorneys for Alleged Debtor, South Edge, LLC*

---

[2] South Edge expressly reserves all its rights in the event that the Court dismisses the Involuntary Petition, including, but not limited to, its rights to judgment under Bankruptcy Code section 303(i).

2

# Exhibit "A"

### CREDITORS OF SOUTH EDGE, LLC AS OF DECEMBER 9, 2010

| Creditor & Address | Nature of Claim | Amount of Claim[3] |
|---|---|---|
| HUB International Insurance<br>6701 West Center Drive<br>Suite 1500<br>Los Angeles, CA 90045 | Premiums for construction bonds | $73,040.00 |
| NV Energy<br>6226 West Sahara Avenue<br>Las Vegas, NV 89146 | Electricity bill | $160.19 |
| Republic Services<br>770 E. Sahara Avenue<br>Las Vegas, NV 89193 | Trash disposal services | $34.52 |
| City of Henderson<br>240 Water Street, 4th Floor<br>Henderson, NV 89015 | Water bill | $206.66 |
| Inspirada Community Association<br>2000 Via Firenze<br>Henderson, NV 89044 | Home owner association fees | $18,031.64 |
| Philadelphia Insurance Companies<br>7251 West Lake Mead Blvd.<br>Suite 369<br>Las Vegas, NV 89128 | Premiums for general liability insurance | $4,209.00 |
| Western Sign & Flag<br>4181 West Oquendo Road<br>Las Vegas, NV 89118 | Advertising expenses | $5,285.00 |
| Securitas Security Services<br>4495 South Pecos Road<br>Las Vegas, NV 89121 | Security services | $6,053.30 |

---

[3] Amounts listed are as of December 9, 2010, the date on which the involuntary petition was filed. South Edge reserves its rights to later dispute the amounts listed based on facts that become available to it. Moreover, certain claims may have been satisfied or resolved following the December 9, 2010 petition date.

KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>1999 AVENUE OF THE STARS, 39TH FLOOR<br>LOS ANGELES, CALIFORNIA 90067-6049<br>TELEPHONE: (310) 407-4000

| **Creditor & Address** | **Nature of Claim** | **Amount of Claim**[3] |
|---|---|---|
| JAMS, Inc.<br>2300 W. Sahara Ave.<br>Suite 900<br>Las Vegas, NV 89102 | Mediation services in connection with the ongoing dispute with C&S Company, Inc. | $20,262.30 |
| Evercore Group L.L.C.<br>55 East 52 Street<br>New York, NY 10055 | Financial restructuring services | $200,996.40 |
| Kaye Scholer LLP<br>1999 Avenue of the Stars<br>Suite 1700<br>Los Angeles, CA 90067 | Legal services | $15,401.62 |
| Holland & Hart LLP<br>3800 Howard Hughes Pkwy.<br>10th Floor<br>Las Vegas, NV 89169 | Legal services in connection with C&S mediation | $32,335.32 |
| Kaempfer Crowell Renshaw Gronauer & Fiorentino<br>8345 W. Sunset Road<br>Suite 250<br>Las Vegas, NV 89113 | Legal services in connection with C&S mediation | Disputed as to amount |
| C&S Company, Inc.<br>c/o Shumway Van & Hansen<br>8985 S. Eastern Ave., # 100<br>Las Vegas, NV 89123<br>Attn: Michael C. Van, Esq. | Disputed claim for excavation work and amounts allegedly due under construction contract | Disputed as to amount |
| J.P. Morgan Chase Bank, N.A., as Administrative Agent under the *Amended and Restated Credit Agreement* dated March 9, 2007<br>c/o Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Attn: James E. Hough, Esq. | Secured bank debt | Approximately $360 million |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

# CERTIFICATE OF SERVICE

1. On January 4, 2011, I served the foregoing pleading, by the following means, to the persons as listed below:

(*Check all that apply*)

☒  **a.**  **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

[SEE ATTACHED NEF SERVICE LIST]

_____

☒  **b.**  **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

[SEE ATTACHED U.S. MAIL SERVICE LIST]

_____

☐  **c.**  **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

☐  For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐  For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐  **d.**  **By direct email (as opposed to through the ECF System)**
(*List persons and email addresses. Attach additional paper if necessary*)

I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

_____

1

☐ **e. By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

_____

☐ **f. By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

**Signed on (*date*):**     **January 4, 2011** at Los Angeles, California.

| | |
|---|---|
| **Rosalind Williams** | /s/ Rosalind Williams |
| (NAME OF DECLARANT) | (SIGNATURE OF DECLARANT) |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

## NEF SERVICE LIST

| | |
|---|---|
| Martin R. Barash,<br>On behalf of Alleged Debtors South Edge, LLC | mbarash@ktbslaw.com |
| Robert T. Berens<br>On behalf of Creditor Merchants Bonding Company | rberens@mbwlaw.com<br>amelton@mbwlaw.com<br>charrington@mbwlaw.com<br>khall@mbwlaw.com |
| I. Scott Bogatz<br>On behalf of Interested Party Focus South Group, LLC | rpoll@isbnv.com |
| Robert M. Charles,<br>On behalf of Petitioning Creditor JPMorgan Chase Bank, N.A. | rcharles@lrlaw.com<br>cjordan@lrlaw.com |
| Natalie M. Cox,<br>On behalf of Creditor City of Henderson | Ncox@klnevada.com<br>bankruptcy@klnevada.com<br>awhite@klnevada.com |
| Laurel E. Davis,<br>On behalf of Interested Party Meritage Homes of NV | ldavis@fclaw.com<br>mhurtado@fclaw.com |
| Gregory E. Garman,<br>On behalf of Interested Party Beazer Homes Holding Corp. | bankruptcynotices@gordonsilver.com<br>bknotices@gordonsilver.com |
| Kevin R. Hansen,<br>On behalf of Creditor C&S Company, Inc. | Kevin@shumwayvan.com |
| Matthew C. Heyn,<br>On behalf of Alleged Debtor South Edge, LLC | Mheyn@ktbslaw.com |
| Brian E. Holthus,<br>On behalf of Petitioning Creditor Credit Agricole Corporate and Investment Bank | bankruptcy@juww.com |
| Nile Leatham,<br>On behalf of Creditor City of Henderson | nleatham@klnevada.com<br>ckishi@klnevada.com<br>bankruptcy@klnevada.com |
| Pat Lundvall,<br>On behalf of Interested Party Pardee Homes of Nevada | lundvall@mcdonaldcarano.com<br>ahallmark@mcdonaldcarano.com |
| Samuel A. Schwartz,<br>On behalf of Alleged Debtor South Edge, LLC | sam@schwartzlawyers.com<br>ecf@schwartzlawyers.com |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

| | | |
|---|---|---|
| 1 | U.S. Trustee – LV – 11 | Ustpregion17.lv.ecf@usdoj.gov |
| 3 | Tyler N. Ure,<br>On behalf of Petitioning Creditor Credit Agricole<br>Corporate and Investment Bank | bankruptcy@juww.com |
| 5 | Michael C. Van,<br>On behalf of Creditor C&S Company, Inc. | Michael@shumwayvan.com<br>sandy@shumwayvan.com<br>Erica@shumway.com<br>Ashley@shumway.com |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

## U.S. MAIL SERVICE LIST

Attorney for Credit Agricole Corporate and Investment Bank
Christopher L. Castillo
Haynes and Boone LLP
1221 McKinney, Suite 2100
Houston, TX  77010

Attorney for Credit Agricole Corporate and Investment Bank
Charles A. Beckham
Haynes and Boone LLP
1221 McKinney, Suite 2100
Houston, TX  77010

Attorney for JPMorgan Chase Bank, N.A.
Jordan A. Wishnew
Morrison and Foerster LLP
1290 Avenue of the Americas
New York, NY  10104

Attorney for JPMorgan Chase Bank, N.A.
G. Larry Engle
Morrison and Foerster LLP
425 Market Street
San Francisco, CA  94105

Attorney for JPMorgan Chase Bank, N.A.
Brent C. Gardner
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, AZ  85004-4429

Attorneys for Credit Agricole Corporate and Investment Bank
Haynes and Boone LLP
One Houston Center
1221 McKinney, Suite 2100
Houston, TX  77010

Attorney for JPMorgan Chase Bank, N.A.
Kristin A. Hiensch
Morrison and Foerster LLP
425 Market Street
San Francisco, CA  94105

Attorney for JPMorgan Chase Bank, N.A.
James E. Hough
Morrison and Foerster LLP
1290 Avenue of the Americas
New York, NY  10104

Attorneys for Credit Agricole Corporate and Investment Bank
Jolley Urga Wirth Woodbury & Standish
3800 Howard Hughes Parkway
Suite 1600
Las Vegas, NV  89109

Attorney for JPMorgan Chase Bank, N.A.
Norman S. Rosenbaum
Morrison and Foerster LLP
1290 Avenue of the Americas
New York, NY  10104

Attorney for JPMorgan Chase Bank, N.A.
Damion K. L. Stodola
Morrison and Foerster LLP
1290 Avenue of the Americas
New York, NY  10104

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000