**LEWIS AND ROCA LLP LAWYERS**

Robert M. Charles, Jr., NV 006593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Telephone:  702.949.8320
Facsimile:  702.949.8321
E-mail:  RCharles@LRLaw.com

*Attorneys for Eaton Vance Funds*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SOUTH EDGE, LLC, a Nevada limited liability company,<br><br>Alleged Debtor. | Case No. 10-32968-BAM<br><br>Chapter 11<br><br>**Joinder in Motion to Appoint Interim Trustee**<br><br>Date:  January 19, 2011<br>Time:  9:30 a.m. |

Eaton Vance CDO VIII, Ltd.; Eaton Vance CDO IX Ltd.; Eaton Vance Senior Floating-Rate Trust; Eaton Vance Floating-Rate Income Trust; Eaton Vance Senior Income Trust; Eaton Vance Institutional Senior Loan Fund; Eaton Vance Limited Duration Income Fund; Eaton Vance VT Floating-Rate Income Fund; Grayson & Co.; and Senior Debt Portfolio, Lenders pursuant to a Credit Agreement dated November 1, 2004, among South Edge, as "Borrower," JPMorgan Chase Bank, NC, as "Administrative Agent" and as a "Lender," together with the other "Lenders" from time to time party thereto (the "Lenders"), which was amended by the Amended and Restated Credit Agreement, dated March 9, 2007 (the "Credit Agreement"), hereby join in the Motion to Appoint an Interim and Permanent Chapter 11 Trustee for South Edge, LLC During (i) the "Gap" Period and (ii) On A Permanent Basis [DE 7].

277583.1

<mark>LEWIS AND ROCA LLP LAWYERS</mark>

Dated: January 6, 2011.

**LEWIS AND ROCA LLP**

By <u>/s/ Robert M. Charles, Jr.  (#006593)</u>
Robert M. Charles, Jr., NV 6593
RCharles@LRLaw.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169-5996
Facsimile: (702) 949-8321
Telephone: (702) 949-8320
*Attorneys for Eaton Vance Funds*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

277583.1