LEWIS and ROCA LLP
Robert M. Charles, Jr.
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Telephone:     702.949.8320
Facsimile:      702.949.8321
E-mail:           rcharles@LRLaw.com

&

MORRISON & FOERSTER LLP
G. Larry Engel (*admitted pro hac vice*)
425 Market Street
San Francisco, California 94105-2482
Telephone:     415.268.7000
Facsimile:      415.268.7522
E-mail:           lengel@mofo.com

&

MORRISON & FOERSTER LLP
James E. Hough (*admitted pro hac vice*)
Norman S. Rosenbaum (*admitted pro hac vice*)
Damion K. L. Stodola (*admitted pro hac vice*)
Jordan A. Wishnew (*admitted pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104
Telephone:     212.468.8000
Facsimile:      212.468.7900
E-mail:           jhough@mofo.com
E-mail:           nrosenbaum@mofo.com
E-mail:           dstodola@mofo.com
E-mail:           jwishnew@mofo.com

Attorneys for JPMorgan Chase Bank, N.A., as a lender, as a petitioning creditor, and as Administrative Agent

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SOUTH EDGE, LLC,<br><br>               Involuntary Debtor. | Case No.: 10-32968 (BAM)<br><br>Chapter 11<br><br>**Request For An Order Shortening Time On JPMorgan Chase Bank, N.A.'s Request for a Telephonic Pretrial Conference On Shortened Time**<br><br>Date:           OST Requested<br>Time:          OST Requested<br>Courtroom:  Courtroom 3, Foley Federal Bldg. |

JPMorgan Chase Bank, N.A., as a petitioning creditor ("JPMorgan" or "Movant"), moves this Court in accordance with Local Rule 9006 setting a hearing on JPMorgan's Request for a Telephonic Pretrial Conference On Shortened Time on less than 28 days' notice. Movant asks the Court to simply schedule a telephonic status conference on (hopefully) Tuesday, January 11, 2011, at the Court's convenience, on two issues - the scope of the trial schedule for January 19, 2011 and admissibility of depositions. Counsel for the alleged Debtor and the other petitioners agree with the request for a hearing on Tuesday in order to streamline the parties' trial preparation.

**Notice to Counsel.** Counsel for the alleged Debtor and petitioners agree to the request for a hearing via telephone only on Tuesday (if convenient for the Court).

1 **Timing.** The undersigned believes this matter can be resolved in less than half an hour of
2 the Court's time.
3 Accordingly, Movant requests that the Court enter an OST. A proposed form of order is
4 submitted for the Court's convenience.

| | |
|---|---|
| Dated:  January 10, 2011. | LEWIS and ROCA LLP |
| | /s/ <u>Robert M. Charles, Jr. (6593)</u><br>Robert M. Charles, Jr.<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169-5996<br>Telephone:  702.949.8320<br>Facsimile:  702.949.8321<br>E-mail:  rcharles@LRLaw.com |
| | *Attorneys for JPMorgan Chase Bank, N.A., as a lender, as a petitioning creditor, and as Administrative Agent; and Wells Fargo Bank, NA* |
| | & |
| | MORRISON & FOERSTER LLP<br>G. Larry Engel (*admitted pro hac vice*)<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  415.268.7000<br>Facsimile:  415.268.7522<br>E-mail:  lengel@mofo.com |
| | & |
| | MORRISON & FOERSTER LLP<br>James E. Hough (*admitted pro hac vice*)<br>Norman S. Rosenbaum (*admitted pro hac vice*)<br>Damion K. L. Stodola (*admitted pro hac vice*)<br>Jordan A. Wishnew (*admitted pro hac vice*)<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:  212.468.8000<br>Facsimile:  212.468.7900<br>E-mail:  jhough@mofo.com<br>E-mail:  nrosenbaum@mofo.com<br>E-mail:  dstodola@mofo.com<br>E-mail:  jwishnew@mofo.com |
| | *Attorneys for JPMorgan Chase Bank, N.A., as a lender, as a petitioning creditor, and as Administrative Agent* |

277666_1