LEWIS and ROCA LLP
Robert M. Charles, Jr.
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Telephone:     702.949.8320
Facsimile:      702.949.8321
E-mail:           rcharles@LRLaw.com

&

MORRISON & FOERSTER LLP
G. Larry Engel (*admitted pro hac vice*)
425 Market Street
San Francisco, California  94105-2482
Telephone:     415.268.7000
Facsimile:      415.268.7522
E-mail:           lengel@mofo.com

&

MORRISON & FOERSTER LLP
James E. Hough (*admitted pro hac vice*)
Norman S. Rosenbaum (*admitted pro hac vice*)
Damion K. L. Stodola (*admitted pro hac vice*)
Jordan A. Wishnew (*admitted pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104
Telephone:     212.468.8000
Facsimile:      212.468.7900
E-mail:           jhough@mofo.com
E-mail:           nrosenbaum@mofo.com
E-mail:           dstodola@mofo.com
E-mail:           jwishnew@mofo.com

Attorneys for JPMorgan Chase Bank, N.A., as a lender, as a petitioning creditor, and as Administrative Agent

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:<br><br>SOUTH EDGE, LLC,<br><br>               Involuntary Debtor. | Case No.: 10-32968 (BAM)<br><br>Chapter 11<br><br>**Attorney Information Sheet on Request For An Order Shortening Time On JPMorgan Chase Bank, N.A.'s Request for a Telephonic Pretrial Conference On Shortened Time**<br><br>Date:         OST Requested<br>Time:        OST Requested<br>Courtroom:  Courtroom 3, Foley Federal Bldg. |
|---|---|

As required by the Court's local rule, the undersigned has contacted the parties listed below regarding the proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

| NAME | DATE CONTACTED | AGREE | DISAGREE |
|---|---|---|---|
| David Stern<br>Attorneys for Alleged Debtor | 1/9/2010 | X | |
| Charles A. Beckham<br>Attorneys for Credit Agricole Corporate And Investment Bank | 1/9/2010 | X | |
| Michael Cary Van<br>Attorneys for C&S Company, Inc. | 1/9/2010 | X | |

277672_1

Dated: January 10, 2011.

LEWIS and ROCA LLP

/s/ Robert M. Charles, Jr. (6593)
Robert M. Charles, Jr.
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Telephone: 702.949.8320
Facsimile: 702.949.8321
E-mail: rcharles@LRLaw.com

*Attorneys for JPMorgan Chase Bank, N.A., as a lender, as a petitioning creditor, and as Administrative Agent; and Wells Fargo Bank, NA*

&

MORRISON & FOERSTER LLP
G. Larry Engel (*admitted pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
E-mail: lengel@mofo.com

&

MORRISON & FOERSTER LLP
James E. Hough (*admitted pro hac vice*)
Norman S. Rosenbaum (*admitted pro hac vice*)
Damion K. L. Stodola (*admitted pro hac vice*)
Jordan A. Wishnew (*admitted pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104
Telephone: 212.468.8000
Facsimile: 212.468.7900
E-mail: jhough@mofo.com
E-mail: nrosenbaum@mofo.com
E-mail: dstodola@mofo.com
E-mail: jwishnew@mofo.com

*Attorneys for JPMorgan Chase Bank, N.A., as a lender, as a petitioning creditor, and as Administrative Agent*

277672_1