**Entered on Docket
January 10, 2011**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

LEWIS and ROCA LLP
Robert M. Charles, Jr.
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Telephone:      702.949.8320
Facsimile:       702.949.8321
E-mail:             rcharles@LRLaw.com

&

MORRISON & FOERSTER LLP
G. Larry Engel (*admitted pro hac vice*)
425 Market Street
San Francisco, California  94105-2482
Telephone:      415.268.7000
Facsimile:       415.268.7522
E-mail:             lengel@mofo.com

&

MORRISON & FOERSTER LLP
James E. Hough (*admitted pro hac vice*)
Norman S. Rosenbaum (*admitted pro hac vice*)
Damion K. L. Stodola (*admitted pro hac vice*)
Jordan A. Wishnew (*admitted pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104
Telephone:      212.468.8000
Facsimile:       212.468.7900
E-mail:             jhough@mofo.com
E-mail:             nrosenbaum@mofo.com
E-mail:             dstodola@mofo.com
E-mail:             jwishnew@mofo.com

Attorneys for JPMorgan Chase Bank, N.A., as a lender, as a petitioning creditor, and as Administrative Agent

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SOUTH EDGE, LLC,<br><br>                    Involuntary Debtor. | Case No.: 10-32968 (BAM)<br><br>Chapter 11<br><br>**Order Granting Request For An Order Shortening Time On JPMorgan Chase Bank, N.A.'s Request for a Telephonic Pretrial Conference On Shortened Time**<br><br>Date:            January 11, 2011<br>Time:           03:30 PM<br>Courtroom:   Courtroom 3, Foley Federal Bldg. |

     The Court having considered the Request for an Order Shortening Time for JPMorgan Chase Bank, N.A.'s Request for a Telephonic Pretrial Conference on Shortened Time [DE 213] and good cause appearing:

2309539_1

1  IT IS ORDERED:

2  1. Setting an expedited telephonic pretrial conference and giving notice of the

3  telephonic (only) pretrial conference on  1/11/11 ,  3:30 PM  at  N/A  at U.S.

4  Bankruptcy Court, Foley Federal Building, 300 Las Vegas Boulevard South, 3rd Floor,

5  Courtroom No.  3  Las Vegas, Nevada.

6  2. Counsel may arrange to appear telephonically via CourtCall.

7  # # #

Counsel who will be participating by phone will need to register with Court Call at 1-866-582-6878.

8  PREPARED AND SUBMITTED BY:

9  **LEWIS AND ROCA LLP**

11  By /s/ Robert M. Charles, Jr.  (#006593)
Robert M. Charles, Jr. , NV 6593
12  RCharles@LRLaw.com
3993 Howard Hughes Parkway, Suite 600
13  Las Vegas, Nevada  89169-5996
Facsimile: (702) 949-8321
14  Telephone: (702) 949-8320

15  *Attorneys for JPMorgan Chase Bank, N.A.*
    *and Wells Fargo Bank, N.A.*
16  and
17  **MORRISON & FOERSTER LLP**
G. Larry Engel CA Bar No. 53484 (Pro hac vice)
18  Email: lengel@mofo.com
425 Market Street
19  San Francisco, CA  94105-2482
Tel.:  (415) 268-7000
20  Fax:  (415) 442-1010
21  and
**MORRISON & FOERSTER LLP**
22  James E. Hough (pro hac vice)
Norman S. Rosenbaum (pro hac vice)
23  Jordan A. Wishnew (pro hac vice)
1290 Avenue of the Americas
24  New York, New York 10104

26  *Attorneys for JPMorgan Chase Bank, N.A.*

2309539_1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2309539_1