**LEWIS AND ROCA LLP**
Robert M. Charles, Jr., NV 006593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Telephone:    702.949.8320
Facsimile:    702.949.8321
E-mail:    rcharles@LRLaw.com

**MORRISON & FOERSTER LLP**
G. Larry Engel (admitted *pro hac vice*)
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522
E-mail:    lengel@mofo.com

*Attorneys for JPMorgan Chase Bank, N.A.*

**MORRISON & FOERSTER LLP**
James E. Hough (admitted *pro hac vice*)
Norman S. Rosenbaum (admitted *pro hac vice*)
Jordan A. Wishnew (admitted *pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104
Telephone:    212.468.8000
Facsimile:    212.468.7900
E-mail:    jhough@mofo.com
E-mail:    nrosenbaum@mofo.com
E-mail:    jwishnew@mofo.com

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SOUTH EDGE, LLC,<br><br>            Involuntary Debtor. | Case No. 10-32968<br><br>Chapter 11<br><br>**JPMorgan Chase, N.A.'s Motion to Shorten Time for Hearing on Motion to Extend Scheduling Order Deadlines**<br><br>**Hearing Information**<br>  Date:         OST Requested<br>  Time:         OST Requested<br>  Courtroom: 3 |

JPMorgan Chase Bank, N.A. ("JPMorgan"), in its capacity as a petitioning creditor in the captioned involuntary Chapter 11 case, hereby requests an order to shorten time to hear JPMorgan's Motion to Extend Scheduling Order Deadlines ("Motion").  JPMorgan requests that the Local Rule 9014 time periods be shortened pursuant to Local Rule 9006

2315328.1



1  in order for the Court to hear arguments from parties and to make a ruling on the Motion at
2  the beginning of the January 24, 2011 hearing ("Hearing").

3        The basis of JPMorgan's Motion was to request and extension of the deadline for
4  JPMorgan to file its lists of witnesses and exhibits contained in the December 16, 2010
5  Scheduling Order ("Order").  JPMorgan requests that this deadline be extended to January
6  22, 2011 because of new information that recently came to light.  JPMorgan also requests
7  that the Order deadline be extended to include the Amended Witness and Exhibit List in
8  Advance of Hearings filed on January 19, 2011 [DE 286], its Second Amended Witness
9  and Exhibit List in Advance of Hearings filed on January 20, 2011 [DE 306], and its Third
10 Amended Witness and Exhibit List in Advance of Hearings filed on January 22, 2011 [DE
11 329].  Good cause exists because the outcome of the Motion will directly impact both the
12 witnesses called and exhibits used by JPMorgan and other parties during the Hearing.

13       Therefore JPMorgan respectfully requests that Motion to Shorten be granted to
14 allow the arguments and determination on this issue at the beginning of the January 24,
15 2011 hearing and any other relief as the Court deems just and proper.

16       Dated:  January 22, 2011.

**LEWIS AND ROCA LLP**

By /s/ Robert M. Charles, Jr.  (#006593)
Robert M. Charles, Jr., NV 6593
RCharles@LRLaw.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169-5996
Facsimile: (702) 949-8321
Telephone: (702) 949-8320
          and

2312648.1

**MORRISON & FOERSTER LLP**
G. Larry Engel CA Bar No. 53484 (admitted *pro hac vice*)
Email: lengel@mofo.com
425 Market Street
San Francisco, CA  94105-2482
Tel.:  (415) 268-7000
Fax:  (415) 442-1010

and

**MORRISON & FOERSTER LLP**
James E. Hough (admitted *pro hac vice*)
Norman S. Rosenbaum (admitted *pro hac vice*)
Jordan A. Wishnew (admitted *pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104

*Attorneys for JPMorgan Chase Bank, N.A.*

2312648.1