**LEWIS AND ROCA LLP**
Robert M. Charles, Jr., NV 006593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Telephone:    702.949.8320
Facsimile:    702.949.8321
E-mail:    rcharles@LRLaw.com

&

| MORRISON & FOERSTER LLP | MORRISON & FOERSTER LLP |
|---|---|
| G. Larry Engel (admitted *pro hac vice*) | James E. Hough (admitted *pro hac vice*) |
| 425 Market Street | Norman S. Rosenbaum (admitted *pro hac vice*) |
| San Francisco, California  94105-2482 | Jordan A. Wishnew (admitted *pro hac vice*) |
| Telephone:    415.268.7000 | 1290 Avenue of the Americas |
| Facsimile:    415.268.7522 | New York, New York 10104 |
| E-mail:    lengel@mofo.com | Telephone:    212.468.8000 |
| | Facsimile:    212.468.7900 |
| & | E-mail:    jhough@mofo.com |
| | E-mail:    nrosenbaum@mofo.com |
| Attorneys for JPMorgan Chase Bank, N.A. | E-mail:    jwishnew@mofo.com |

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| In re: | Case No.: 10-32968 |
|---|---|
| SOUTH EDGE, LLC, | Chapter 11 |
| Involuntary Debtor. | **Attorney Information Sheet re JPMorgan Chase, N.A.'s Motion to Shorten Time for Hearing on Motion to Extend Scheduling Order Deadlines** |
| | **Hearing Date:  OST Pending**<br>**Hearing time:   OST Pending** |

As required by the Court, this office has contacted the parties listed below regarding the proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

2315330.1

| NAME | DATE CONTACTED | AGREE | DISAGREE |
|---|---|---|---|
| Michael Heyn at Klee Tuchin Bogdanoff & Stern LLP | January 21, 2011 | Debtor did not consent or reject, but that a response will be forthcoming | |
| Mike Van Shumway Van & Hansen, Chtd | January 22, 2011 | X | |
| Robert J. Berens Mann, Berens & Wisner, L.L.P. | January 22, 2011 | X | |
| Brian E Holthus Jolley Urga | January 22, 2011 | X | |
| Charles A. Beckham Haynes & Boone | January 22, 2011 | X | |
| August B. Landis, U.S,. Trustee | January 22, 2011 | Did not respond | |

2

2315330.1ny-948930
2315330.1

Dated: January 22, 2011.

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Telephone: 702.949.8320
Facsimile: 702.949.8321
E-mail: rcharles@LRLaw.com

and

**MORRISON & FOERSTER LLP**
G. Larry Engel (*pro hac vice* pending)
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
E-mail: lengel@mofo.com

and

**MORRISON & FOERSTER LLP**
James E. Hough (admitted *pro hac vice*)
Norman S. Rosenbaum (admitted *pro hac vice*)
Jordan A. Wishnew (admitted *pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104
Telephone: 212.468.8000
Facsimile: 212.468.7900
E-mail: jhough@mofo.com
E-mail: nrosenbaum@mofo.com
E-mail: jwishnew@mofo.com

*Attorneys for J.P. Morgan Chase Bank, N.A.*

By: /s/ *Robert M. Charles, Jr., (NV6593)*
　　Robert M. Charles, Jr.