**Entered on Docket**
**January 27, 2011**

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

Samuel A. Schwartz (Nev. Bar No. 10985)
Bryan A. Lindsey (Nev. Bar No. 10662)
THE SCHWARTZ LAW FIRM, INC.
701 E. Bridger Avenue, Suite 120
Las Vegas, Nevada 89101
Telephone:     (702) 385-5544
Facsimile:      (702) 385-2741
Email: sam@schwartzlawyers.com;
           bryan@schwartzlawyers.com

David M. Stern (Cal. Bar No. 67697) (admitted *pro hac vice*)
Martin R. Barash (Cal. Bar No. 162314) (admitted *pro hac vice*)
Matthew C. Heyn (Cal. Bar No. 227474) (admitted *pro hac vice*)
Whitman L. Holt (Cal. Bar No. 238198) (admitted *pro hac vice*)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067-6049
Telephone:     (310) 407-4000
Facsimile:      (310) 407-9090
Email: dstern@ktbslaw.com; mbarash@ktbslaw.com;
           mheyn@ktbslaw.com; wholt@ktbslaw.com

*Attorneys for Alleged Debtor, South Edge, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 10-32968-bam |
| SOUTH EDGE, LLC, | Chapter 11 (Involuntary) |
| Alleged Debtor. | |
| | **ORDER DENYING IMMEDIATE RELIEF FOLLOWING PRELIMINARY HEARING AND SETTING FINAL HEARING ON MOTION FOR RELIEF FROM STAY BY C & S COMPANY INC.** |
| | **Hearing** |
| | Date:  January 18, 2011 |
| | Time:  10:00 a.m. |

1

The Court held a hearing on January 18, 2011 (the "Hearing") on the *Motion for Relief from Stay* ("Motion") filed by C & S Company, Inc. ("C&S") [ECF No. 41], to which Merchants Bonding Company ("Merchants") filed the *Merchants Bonding Company's Joinder with C&S Company, Inc.'s Motion for Relief from Automatic Stay* ("Merchants Joinder") [ECF No. 168] and to which JPMorgan Chase Bank, N.A., for itself and as Administrative Agent filed the *Joinder of JPMorgan Chase Bank, N.A., and Statement in Support of C&S Company, Inc.'s Motion for Relief from Automatic Stay* ("JPMorgan Joinder") [ECF No. 226]. Appearances were made as reflected in the record of the hearing.

The Court has considered the pleadings filed in respect of the Motion, the Merchants Joinder and the JPMorgan Joinder, the record in this involuntary case, and the arguments and representations of counsel. For the reasons stated by the Court on the record of the Hearing, the Court hereby **ORDERS** the following:

1. The Hearing constitutes a preliminary hearing on the Motion.
2. The Motion is denied on an interim basis, and the automatic stay shall continue in effect without modification or annulment with respect to the matters that are the subject of the Motion, pending a final hearing on the Motion.
3. The Court will begin its final hearing on the Motion following conclusion of the trial (the "Trial") on the involuntary petition and, if applicable, the pending motion for appointment of a trustee. The Trial will begin on January 24, 2011, and continue thereafter as directed by the Court.

# # #

PREPARED AND SUBMITTED BY:

**KLEE, TUCHIN, BOGDANOFF & STERN LLP**

By: _/s/ David M. Stern_

David M. Stern (CA Bar No. 67697)
Martin R. Barash (CA Bar No. 162314)
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Telephone:    310.407.4000
Facsimile:    310.407.9090

Attorneys for Alleged Debtor South Edge, LLC

3

**SUBMISSION TO COUNSEL FOR APPROVAL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.

\_\_X\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

APPROVED:   Michael Van (C&S Company)
            Robert J. Berens (Merchants Bonding Company)
            Rob Charles (JPMorgan and other entities)
            Brian Holthus (Credit Agricole Corporate and Investment Bank)

DISAPPROVED:        None

FAILED TO RESPOND:  None

\_\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

###