Samuel A. Schwartz (Nev. Bar No. 10985)
Bryan A. Lindsey (Nev. Bar No. 10662)
THE SCHWARTZ LAW FIRM, INC.
701 E. Bridger Avenue, Suite 120
Las Vegas, Nevada 89101
Telephone:   (702) 385-5544
Facsimile:    (702) 385-2741
Email: sam@schwartzlawyers.com;
       bryan@schwartzlawyers.com

David M. Stern (Cal. Bar No. 67697) (admitted *pro hac vice*)
Robert J. Pfister (Cal. Bar No. 241370) (admitted *pro hac vice*)
Matthew C. Heyn (Cal. Bar No. 227474) (admitted *pro hac vice*)
Whitman L. Holt (Cal. Bar No. 238198) (admitted *pro hac vice*)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067-6049
Telephone:   (310) 407-4000
Facsimile:    (310) 407-9090
Email: dstern@ktbslaw.com; rpfister@ktbslaw.com;
       mheyn@ktbslaw.com; wholt@ktbslaw.com

*Attorneys for Alleged Debtor, South Edge, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 10-32968-bam |
| SOUTH EDGE, LLC, | Chapter 11 (Involuntary) |
| Alleged Debtor. | **STIPULATION REGARDING ADMISSIBILITY OF EXHIBITS** |
| | **Evidentiary Hearings** |
| | Dates: January 24, January 26, February 2, February 3 & February 4, 2011 |
| | Time: 9:30 a.m. or 8:30 a.m. |
| | Place: Courtroom #3<br>Foley Federal Building<br>300 Las Vegas Boulevard<br>Las Vegas, NV 89101 |

1

In the interests of expediting trial of the involuntary petition in the above-captioned bankruptcy case, the parties agree and stipulate to the entry into evidence of the exhibits set forth in the chart below, subject to the reservations (if any) set forth in the chart.[1]  This agreement shall be without prejudice to any party's right to address the particular weight, relevance, or reliability of any exhibit (including arguing that a listed exhibit should be given no weight due to a complete lack of relevance or reliability).[2]

| Exhibit # | Description | Reservation (if any) |
|---|---|---|
| 2 (Bross) | Development Agreement Between the City of Henderson and South Edge, marked as exhibit 2 at the Bross deposition. | |
| 3 (Bross) | Inspirada Town Center Development Agreement Between the City of Henderson and South Edge, marked as exhibit 3 at the Bross deposition | |
| 4 (Bross) | South Edge Park Agreement, marked as exhibit 4 at the Bross deposition | |
| 6 (Bross) | City of Henderson Inspirada Infrastructure Working Issues dated May 13, 2008, marked as exhibit 6 at the Bross deposition | Not admitted for the truth of the matters asserted therein |
| 7 (Bross) | South Edge Pod Status, marked as exhibit 7 at the Bross deposition | Not admitted for the truth of the matters asserted therein |
| 8 (Bross) | Developer Notification Report for Letters Mailed September 27, 2010, marked as exhibit 8 at the Bross deposition | Not admitted for the truth of the matters asserted therein |
| 9 (Bross) | Completion of Bond Report Summary, marked as exhibit 9 at the Bross deposition | |
| 10 (Bross)[3] | Exhibit E, Letters from City of Henderson | |
| 11 (Bross) | Henderson City Council Agenda Item, marked as exhibit 11 at the Bross deposition | |

---

[1]  All indicated reservations are those of the alleged debtor, South Edge, LLC.

[2]  Certain of the exhibits listed in the chart have previously been admitted into evidence, but were not identified using the parties' exhibit numbers (instead, they were identified as exhibits to the Declaration of John P. McDonagh or Carter D. Morrison).  The attached list does not attempt to stipulate to all of the exhibits that have been admitted into evidence.

[3]  This document is 0010 on South Edge's exhibit list and 10 (Bross) on the Petitioning Creditors' exhibit list.

Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067-6049
Telephone: (310) 407-4000

| | | |
|---|---|---|
| 12 (Bross)[4] | Map of Inspirada | |
| 15 (Bross) | Final Punch List - South Edge Reservoir R-36, marked as exhibit 15 at the Bross deposition | |
| 20 (Norris) | Amounts currently due by south Edge, LLC on LID assessments, marked as exhibit 20 at the Norris deposition | |
| 20 (Andrews) | First Amendment to Amended Operating Agreement, marked as exhibit 20 at the Andrews deposition | |
| 21 (Norris) | Accounting of segments within LID acquired by City and amount of payment, marked as exhibit 21 at the Norris deposition | |
| 22 (Norris) | Document marked as exhibit 22 at the Norris deposition | |
| 23 (Norris) | City of Henderson Map labeled "Drainage Facilities", marked as exhibit 23 at the Norris deposition | |
| | | |
| 24 (Norris) | City of Henderson Map labeled "Water Improvements", marked as exhibit 24 at the Norris deposition | |
| | | |
| 25 (Norris) | City of Henderson Map labeled "Street Improvements", marked as exhibit 25 at the Norris deposition | |
| 25 (Andrews) | Answer of Alleged Debtor Contesting the Involuntary Chapter 11 Petition, marked as exhibit 25 at the Andrews deposition | |
| 26 (Norris) | Inspirada Development Agreement (Approved June 5, 2007), marked as exhibit 26 at the Norris deposition | |
| 27 (Norris) | Inspirada Development Agreement (Approved May 24, 2005), marked as exhibit 27 at the Norris deposition | |
| 27 (Andrews) | Action by Written Consent of Members of the Management Committee of South Edge, LLC, effective as of December 16, 2010, marked as exhibit 27 at the Andrews deposition | |
| 28 (Norris) | Document entitled "Henderson City Council Agenda Item" dated December 11th, 2007, marked as exhibit 28 at the Norris deposition | |

---

[4] This document is 0012 on South Edge's exhibit list and 12 (Bross) on the Petitioning Creditors' exhibit list.

3

| | | |
|---|---|---|
| 29 (Norris) | E-mail conversation thread between Jason Thompson (Focus), Manny Gomez, and Lloyd Olsen (City of Henderson) re: T-18 LID Acceptance letter, marked as exhibit 29 at the Norris deposition | |
| 29 (Andrews) | J. Caddel Email attaching Memo dated April 8, 2008 (from KB Nevada and Coleman-Toll) to South Edge Management Committee re: Amendment of Takedown Schedule, marked as exhibit 29 at the Andrews deposition | |
| 30 (Andrews) | Memo from KB Nevada and Coleman-Toll to South Edge Management Committee regarding Amendment of Takedown Schedule, marked as exhibit 30 at the Andrews deposition | |
| 31 (Norris) | 101-page document titled "Permit Master", marked as exhibit 31 at the Norris deposition | |
| 33 (Norris) | Limited Transition Area Master Plan Overlay and Design Guidelines, marked as exhibit 33 at the Norris deposition | |
| 34 (Norris) | Map of Inspirada, marked as exhibit 34 at the Norris deposition | |
| 90 | Agreement for Professional Services dated August 2, 2005 between City of Henderson and Gomez Consulting Group, Inc., marked as exhibit 90 at the Gomez deposition | |
| 91 | Final Engineer's Report dated April 4, 2006, marked as exhibit 30 at the Norris deposition and as exhibit 91 at the Gomez deposition | |
| 92 | Acquisition Agreement between the City of Henderson, Nevada and South Edge, LLC, dated April 1, 2006, marked as exhibit 92 at the Gomez Deposition | |
| 93 | $102,000,000 City of Henderson, Nevada Local Improvement District No. T-18 (Inspirada) Limited Obligation Improvement Bonds, marked as exhibit 93 at the Gomez deposition | |
| 94 | Form of Payment Request, by Devore, on behalf of South Edge, dated January 24, 2008, marked as exhibit 94 at the Gomez deposition | |
| 95 | Assignment of Acquisition Agreement | |
| 98 | City of Henderson evaluation of Acquisition Projects by Gomez consulting | Gomez created summary; no evidence of accuracy |
| 99 | Email chain, lead email from C. Pope to C. Bishop dated January 9, 2011, regarding "T-18 Books Pending Submittal" and attaching "T-18 Books Pending Submittal 02-16-2010.xls", marked as exhibit 99 at the Gomez deposition | |
| 100 | Acquisition Books in GCG Office dated October 14, 2009, marked as exhibit 100 at the Gomez deposition | |

4

| | | |
|---|---|---|
| 101 | Memo from C. Pope to D. Collin dated February 21, 2008 regarding Preliminary Review Memo", marked as exhibit 101 at the Gomez deposition | |
| 102 | Preliminary Review Memo from C. Pope to R. Ramsey dated January 21, 2010 regarding City of Henderson LID T-18", marked as exhibit 102 at the Gomez deposition | |
| 104 | Email from, lead email from D. Collins to C. Pope dated 3/28/08 regarding "South Edge T-18, ADP-WM-5B", attaching "SKMBT_C45008032810100.pdf", marked as exhibit 104 at the Gomez deposition | |
| 105 | South Edge Local Improvement Districts T-18 & T-19 Meeting Notes, dated March 27, 2008, marked as exhibit 105 at the Gomez deposition | |
| 106 | Email chain, lead email from M. Gomez to T. Nichols, C. Pope, C. Bishop, and M. Sybesma dated October 7, 2008, regarding "LID T-18 Inspirada", marked as exhibit 106 at the Gomez deposition | |
| 107 | Email from C. Pope to M. Gomez dated June 12, 2008 regarding "COH T-18 (Inspirada)", marked as exhibit 107 at the Gomez deposition | |
| 108 | Letter from South Edge to City of Henderson dated June 3, 2010 regarding South Edge – T-18 LID – KIVA#PCVL2005870187, enclosing Form of Payment Request for Landtek, LLC, dated June 2, 2010, and email chain, lead email from J. Thompson to C. Pope regarding "Village 1 Roadways; LID T-18 Request for Information", marked as exhibit 108 at the Gomez deposition | |
| 109 | Email chain, lead email from T. Nichols to C. Pope and M. Gomez dated January 22, 2009 regarding "T-18 Inspirada – Current Project Status", marked as exhibit 109 at the Gomez deposition | |
| 110 | Annual Report and Notice of Listed Events of South Edge, LLC dated February 28, 2010, marked as exhibit 110 at the Gomez deposition | |
| 112 | Memo from M. Gomez to M. Calhoun, dated November 17, 2010 regarding City of Henderson's Local Improvements Districts LID, marked as exhibit 112 at the Gomez deposition | |
| 113 | Apportionment Report and Final Assessment Roll Amendment Number 14, dated July 16, 2008, marked as exhibit 113 at the Gomez deposition | |
| 114 | Photographs of drainage channel at Inspirada at Volunteer Boulevard, marked as exhibit 114 at the Gomez deposition | |
| 200 | Amendment No. 1 to the Property Appraisal, attached as Exhibit C to the Morrison declaration | |

| 201 | Summary of Michael Ross's Background and Qualifications, marked as exhibit A in the Ross declaration | |
|---|---|---|
| 202 | Carwin Advisors Engagement Letter, marked as exhibit B in the Ross declaration | |
| 203 | Summary of Bert A. Hughes's Background and Qualifications, marked as exhibit C in the Ross declaration | |
| 204 | South Edge Management Committee Meeting Attendance Record, marked as exhibit D in the Ross declaration | Admissible as Ross's best efforts to summarize documents; no concession as to relevance or accuracy |
| 205 | Review of Inspirada Sales via Assessor's parcel numbers, marked as exhibit F in the Ross declaration | Admissible as Ross's best efforts to summarize documents; no concession as to relevance or accuracy |
| 206 | Section 2.1 of the Acquisition Agreement by and between the City of Henderson, Nevada and South Edge, LLC, dated as of April 1, 2006, marked as exhibit H in the Ross declaration | |
| 207 | A summary of the LID project segments by Gomez Consulting, marked as exhibit I in the Ross declaration | Admissible as Gomez's best efforts to summarize documents; no concession as to relevance or accuracy |
| 208 | LID Payment Request # 1, 2, and 3, marked as exhibit J in the Ross declaration | |
| 209 | Order Granting Plaintiff JPMorgan Chase Bank, N.A.'s Motion for Summary Judgment, filed in *JPMorgan Chase Bank, N.A. v. KB Home*, No. 2:08-cv-01711-RCJ-GWF (D. Nev) [DE 244] | Judicial notice taken only |
| 210 | Order Denying Defendant KB Home and KB Home Nevada's Motion for Preliminary Injunction, filed in *JPMorgan Chase Bank, N.A. v. KB Home*, No. 2:08-cv-01711-RCJ-GWF (D. Nev) [DE 343] | Judicial notice taken only |
| 211 | Order Granting in Part and Denying in Part Plaintiff JP Morgan Chase Bank, N.A.'s Motion to Amend/Correct Complaint, filed in *JPMorgan Chase Bank, N.A. v. KB Home*, No. 2:08-cv-01711-RCJ-GWF (D. Nev) [DE 344] | Judicial notice taken only |
| 212 | Order Denying Defendants' Motion for Leave to File a Counterclaim and a Third Party Complaint, filed in *JPMorgan Chase Bank, N.A. v. KB Home*, No. 2:08-cv-01711-RCJ-GWF (D. Nev) [DE 345] | Judicial notice taken only |
| 213 | Amended Complaint with Jury Demand against KB Home, et al., filed in *JPMorgan Chase Bank, N.A. v. KB Home*, No. 2:08-cv-01711-RCJ-GWF (D. Nev) [DE 346] and attached as exhibit A to the Hough declaration [DE 10] | Judicial notice taken only |

| | | |
|---|---|---|
| 214 | Complaint against KB Home and KB Home Nevada, Inc., entered in JPMorgan Chase Bank, N.A. v. KB Home and KB Home Nevada, Inc. 08-cv-10572 (S.D.N.Y. 2009) [DE 1] and attached as exhibit B to the Hough declaration [DE 10] | Judicial notice taken only |
| 215 | Demand For Arbitration dated May 28, 2009, attached as Exhibit A to the Third-Party Defendant and Petitioners' Motion for An Order Compelling Arbitration, entered in *JPMorgan Chase Bank, N.A. v. KB Home*, No. 2:08-cv-01711-RCJ-GWF (D. Nev) [DE 69-2] | Judicial notice taken only |
| 216 | Arbitration Award, attached as exhibit D to the Hough declaration [DE 10] | Judicial notice taken only |
| 217 | Inspirada Invoices Due July 28, 2010, bearing control number SE.BK_0642-50 | |
| 218 | Email from R. McGibney to M. Wilkinson dated August 17, 2010 regarding "South Edge Bills.pdf", attaching "South Edge Bills.pdf" with attachment of Inspirada Invoices Due July 12, 2010, bearing control number SE.BK_0651-3 | |
| 219 | Email chain, lead email from M. Wilkinson to T. Radelat, G. Ziegler, D. Little, L. Seay, J. Lee, R. McGibney, J. Thompson, S. Bogatz and S. Wasser dated August 25, 2010 regarding "SE Invoices", attaching "Copy of South Edge Invoices Paid -- 8-23-10 v2.xls", with attachment of spreadsheet of Inspirada Invoices Due as of July 12, 2010, bearing control number SE.BK_0721-26 | |
| 220 | Email chain, lead email from M. Wilkinson to T. Radelat, G. Ziegler, D. Little, L. Seay, J. Lee, R. McGibney, J. Thompson, dated August 25, 2010 regarding "SE Invoices", attaching "Copy of South Edge Invoices Due – 8-24-10 v2.xls", attaching spreadsheet of South Edge Invoices outstanding as of August 24, 2010, bearing control number SE.BK_0727-29 | |
| 223 | Email from M. Wilkinson to R. McGibney, et al, dated October 27, 2010, regarding "SE Invoices Outstanding," attaching South Edge Invoices outstanding as of October 19, 2010, bearing control number SE.BK_0835-7 | |
| 226 | Email from M. Wilkinson to R. McGibney, et al, dated December 17, 2010, regarding "SE Invoices Outstanding," attaching South Edge Invoices outstanding as of October 19, 2010, bearing control number SE.BK_0835-7 | |

7

| | | |
|---|---|---|
| 227 | Letter from Southwest Gas Corporation to Bond Safeguard Insurance Company dated February 11, 2010 demanding payment on bond 5028056 for $60,636, bearing control number SE.BK_1417 | |
| 228 | Email chain, lead email from R. McGibney to M. Wilkinson dated August 20, 2010 regarding "SE Invoices", bearing control number SE.BK_0719-20 | |
| 229 | Email from R. McGibney to M. Wilkinson dated September 2, 2010 regarding "15k for Securitas", bearing control number SE.BK_0730 | |
| 231 | Email from M. Wilkinson to R. McGibney, et al., dated September 16, 2010, regarding "Outstanding LID Assessments for South Edge Excess Land", bearing control number SE.BK_0734 | |
| 233 | Confidential Information Memorandum, marked as exhibit 83 at the Wyman deposition and attached as exhibit B to the McDonagh declaration [DE 248] | |
| 234 | Assignment of Contracts, Permits and Plans and Specifications dated as of November 1, 2004, attached as exhibit D to the McDonagh declaration [DE 248] | |
| 235 | Assignment of and Agreement with Respect to Acquisition Agreements dated November 1, 2004, marked as exhibit E in the McDonagh declaration [DE 248] | |
| 236 | Deed of Trust dated October 29, 2004, marked as exhibit F in the McDonagh declaration [DE 248] | |
| 237 | Consent and Agreement dated March 9, 2007, marked as exhibit G in the McDonagh declaration [DE 248] | |
| 238 | KB Home Nevada Inc.'s Second Acquisition Agreement, marked as exhibit H in the McDonagh declaration [DE 248] | |
| 239 | Letter approving takedown extensions, dated November 28, 2006, marked as exhibit I in the McDonagh declaration [DE 248] | |
| 240 | January, 22 2008 Notice of Default letter, marked as exhibit J in the McDonagh declaration [DE 248] | |
| 241 | Forbearance Agreement, dated May 27, 2008, between JPMorgan, South Edge, and the Members and the Parent Guarantors, marked as exhibit K in the McDonagh declaration [DE 248] and as exhibit C to the Hough declaration [DE 10] | |

8

| | | |
|---|---|---|
| 242 | Facility A Note, dated November 1, 2004 made payable to JPMorgan Chase Bank in the original principal amount of $20,000,000, marked as exhibit L in the McDonagh declaration [DE 248] | |
| 243 | Facility D Note, dated March 9, 2007 made payable to JPMorgan Chase Bank in the original principal amount of $15,000,000, marked as exhibit M in the McDonagh declaration [DE 248] | |
| 244 | Facility A Note in the original principal amount of $20,000,000 dated November 1, 2004 made payable to Wachovia Bank National Association, marked as exhibit N in the McDonagh declaration [DE 248] | |
| 245 | Facility C Note in the original principal amount of $5,000,000, dated November 1, 2004 made payable to Wachovia Bank National Association, marked as exhibit O in the McDonagh declaration [DE 248] | |
| 246 | Facility D Note in the original principal amount of $5,000,000, dated March 9, 2007 made payable to Wachovia Bank National Association, marked as exhibit P in the McDonagh declaration [DE 248] | |
| 247 | Amended and Restated Facility A Note, dated March 9, 2007 in the original principal amount of $20,000,000 made payable to Calyon New York Branch, marked as exhibit Q in the McDonagh declaration [DE 248] | |
| 248 | Facility C Note dated November 1, 2004 in the original principal amount of $5,000,000 made payable to Calyon New York Branch, marked as exhibit R in the McDonagh declaration [DE 248] | |
| 249 | Updated notice of defaults as provided for under the Credit Agreement dated November 23, 2010, marked as exhibit S in the McDonagh declaration [DE 248] | |
| 250 | Demand for information and documents, as provided for under the Credit Agreement dated November 23, 2010, marked as exhibit T in the McDonagh declaration [DE 248] | |

9

| | | |
|---|---|---|
| 251 | Assignment of Acquisition Agreement by and between South Edge, LLC and JPMorgan Chase Bank, N.A., in its capacity as Administrative Agent for the Lenders party to the Credit Agreement, dated as of April 27, 2006, marked as exhibit U in the McDonagh declaration [DE 248] and exhibit 95 of the Gomez deposition | |
| 252 | Letter from Agent to the City of Henderson requesting that the Trustee pay to the Administrative Agent from the Acquisition Fund the Purchase Price from time to time payable under the Acquisition Agreement, marked as exhibit V in the McDonagh declaration [DE 248] | |
| 253 | KB Home Nevada Inc.'s Acquisition Agreement, marked as exhibit W in the McDonagh declaration [DE 248] | |
| 254 | November 23, 2010 Letter from JPMorgan to City of Henderson, marked as exhibit V to the McDonagh declaration [DE 248] | |
| 255 | An Appraisal Assignment in a Self-Contained Report Format of: Remaining 1,179.18 Gross Acres in Inspirada Master Planned Community, Prepared by National Valuation Consultants, Inc., attached as Exhibit A to the Morrison declaration | |
| 256 | A summary of Chris Arnold's qualifications and background, attached as Exhibit B to the Morrison declaration | |
| 257 | Delinquent Local Improvement District Bill for $138,150.45 addressed to South Edge, LLC for payment due 9/30/2008 | |
| 258 | Local Improvement District Bills for parcels 191-22-710-004, 191-22-310-003, 191-23-510-002 for payment due 6/1/2009 | |
| 259 | Delinquent Local Improvement District Bill for parcel 191-14-611-004 for payment due 8/31/2009 | |
| 260 | Local Improvement District Bill for parcels 191-23-510-002 for payment due 12/1/2009 | |
| 261 | Property Tax bill for parcel 191-14-611-004 for payment due 1/4/2010 | |
| 262 | Local Improvement District Bills for parcels 191-23-510-002, 191-22-710-004, 191-23-310-003, 191-23-310-002, 191-23-310-005, 191-14-611-04, for payment due 6/1/2010 | |
| 263 | Local Improvement District Bills for parcels 191-22-710-004, 191-23-310-003, 191-23-510-002, for payment due 12/1/2010 | |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

| | | |
|---|---|---|
| 264 | City of Henderson letter dated February 1, 2010 re: Notice of delinquent installment attaching delinquent bill relating to parcel 191-14-611-004 | |
| 265 | City of Henderson letter dated September 2, 2010 re: Notice of delinquent installment attaching delinquent bill relating to parcels 191-23-310-005 and 191-23-310-002 | |
| 266 | Letter from JPMorgan to South Edge dated September 23, 2010 re: outstanding City of Henderson Local Improvement District Bill | |
| 268 | Email from Rob McGibney dated December 30, 2010 Re: South Edge Written Consent - Capital Call, produced to JPMorgan on January 20, 2011 without control numbers | |
| 269 | Email from Rob McGibney dated December 17, 2010 with attached invoices from vendors and an updated version of the spreadsheet showing invoices due as of December 15, 2010, produced to JPMorgan on January 20, 2011 without control numbers | |
| 270 | Proof of claim by JPMorgan, for itself and as Agent for Lenders, against Kimball Hill Homes Nevada, Inc., filed February 11, 2009, in *In re Kimball Hill Homes Nevada, Inc.*, 08-bk-10130 (N.D. Ill.) | Judicial notice taken only |
| 271 | "Disclosure Statement for the Debtors' Joint Plan pursuant to Chapter 11 of the Bankruptcy Code," filed January 21, 2009 [DE 926], in *In re: Kimball Hill, Inc., et al.* 08-cv-10095 (N.D. Ill.) | Judicial notice taken only |
| 272 | "Findings of Fact, Conclusions of Law, and Order Confirming Joint Plan of Kimball Hill, Inc. and its Debtor Subsidiaries Pursuant to Chapter 11 of the United States Bankruptcy Code," filed March 12, 2009 [DE 1118], in *In re: Kimball Hill, Inc., et al.* 08-cv-10095 (N.D. Ill.) | Judicial notice taken only |
| 273 | Proof of claim by JPMorgan, for itself and as Agent for the Lenders, against debtor Alameda Investments LLC, filed on April 9, 2009, in *In re Alameda Investments, LLC*, 09-bk-10348 (C.D. Cal.) | Judicial notice taken only |
| 274 | "Second Amended Disclosure Statement, as Modified, in Support of Second Amended Joint Plan of Reorganization or Woodside Group, LLC and Affiliated Debtors, as Modified on July 20, 2009," filed July 28, 2009 [DE 1364] from *In re: Woodside Group, LLC, et al.* 08-bk-20682 (C.D. Cal.) | Judicial notice taken only |
| 275 | "Second Amended Joint Plan of Reorganization of Woodside Group, LLC and Affiliated Debtors, as Modified On November 24, 2009," filed on November 24, 2009 [DE 2113] from *In re: Woodside Group, LLC, et al.* 08-bk-20682 (C.D. Cal.) | Judicial notice taken only |

11

| | | |
|---|---|---|
| 276 | "Order Confirming Second Amended Joint Plan of Reorganization of Woodside Group LLC and affiliated Debtors, as Modified," filed on November 25, 2009 [DE 2124] and "Supplement to Order," filed December 22, 2009 [DE 2268] filed in *In re: Woodside Group, LLC, et al.* 08-bk-20682 (C.D. Cal.) | Judicial notice taken only |
| 278 | Capital Call Action by Written Consent dated December 30, 2010 | |
| 282[5] | South Edge Management Committee Meeting Minutes dated March 10, 2008, marked as exhibit 23 at the Andrews deposition and attached as exhibit E to the Ross declaration | Pursuant to Court Order, document is filed under seal and should be kept confidential |
| 283[6] | South Edge Management Committee Minutes dated March 24, 2008, marked as exhibit 24 at the Andrews deposition and attached as exhibit K to the Ross declaration | Pursuant to Court Order, document is filed under seal and should be kept confidential |
| 1009 | Amended and Restated Credit Agreement dated March 9, 2007 | |
| 1016 | Repayment Guaranty | |
| 1032 | Map of Pods in the Inspirada Project | |
| 1034 | Email chain, top email dated 4-21-09 from Marc D. Young, Subject: "RE: South Edge - Cooperation Agreement" and attachments | |
| 1036 | Email dated 12-2-09 from Marc D. Young, Subject: "South Edge-Amendment to Cooperation Agreement" and attachments | |
| 1040 | LID Draw, marked as exhibit 1040 at the Bross deposition | |
| 1041 | Letters from Southwest Gas Corporation dated December 21, 2010, regarding Final Demand on Bonds, marked as exhibit 1041 at the Bross deposition | |
| 1045 | C&S Company, Inc.'s Motion for Relief from Stay | Judicial notice taken only |
| 1060 | Email chain, top email from Manny Gomez dated September 16, 2010, Subject "FW: T-18 status" | |
| 1061 | Email chain, top email from Manny Gomez dated October 7, 2008, Subject "FW: LID T-18 Inspirada" | |

---

[5] An incomplete version of this Exhibit has been marked and submitted as Exhibit Andrews 23.

[6] An incomplete version of this Exhibit has been marked and submitted as Exhibit Andrews 24.

12

| | | |
|---|---|---|
| 1062 | Email chain, top email from Manny Gomez, dated October 9, 2008, Subject "FW: LID Status at Inspirada" | |
| 1066 | Letter from Gene Lesperance to Jason Thompson dated May 24, 2010 | |
| 1101 | UCC search results of Nevada Secretary of State (Stern Decl., ECF No. 192, Exh. S) | |
| 1102 | Aug. 26, 2010 UCC-1 Financing Statement Against South Edge, LLC (Stern Decl., ECF No. 192, Exh. T) | |
| 1107 | *Amended Demand for Arbitration* from *South Edge, LLC, et al. v. KB Home Nevada, Inc.*, et al., JAMS No. 1260001162 (South Edge RJN, ECF No. 190, Exhibit J) | Judicial notice taken only |
| 1108 | *Amended Complaint,* ECF No. 346, from *JPMorgan Chase Bank, N.A. v. KB Home, et al.*, Case No. 08-1711 (PMP) (D. Nev. Oct. 8, 2010) (Hough Decl., ECF No. 10, Exh. A) | Judicial notice taken only |
| 1111 | Arbitration Award from *South Edge, LLC, et al. v. KB Home Nevada, Inc.*, et al., JAMS No. 1260001162 (Hough Decl., ECF No. 10, Exhibit D) | Judicial notice taken only |
| 1116 | Assignment of Acquisition Agreement Dated April 27, 2006 (McDonagh Decl., ECF No. 7, Exhibit L) | Judicial notice taken only |
| 1117 | November 23, 2010 Letter from John McDonagh to City of Henderson (McDonagh Decl., ECF No. 7, Exhibit M) | Judicial notice taken only |
| 1118 | *Interim Award* from *C&S Company, Inc. v. South Edge, LLC*, JAMS Ref. No. 1260001162 (C&S Motion for Relief from Stay, ECF No. 41, Exh. C) | Judicial notice taken only |
| 1150 | *Consent of Alleged Debtor Meadowcraft, Inc. to Entry of Order for Relief*, Case No. 09-10988 (Bankr. D. Del.) | Judicial notice taken only |
| 1151 | *JPMorgan Chase Bank N.A.'s Objections and Responses to Debtor South Edge, LLC's First Set Of Interrogatories* | Judicial notice taken only |
| 1153 | *Plaintiff's Opposition to Defendant's Motion to Dismiss* from *JPMorgan Chase Bank, N.A. v. KB Home, et al.*, Case No. 08- 01711 (PMP) (D. Nev. Dec. 5, 2008) | Judicial notice taken only |
| 1167 | *Repayment Guaranty* by Focus South Group and John A. Ritter | |
| 1168 | *Repayment Guaranty* by MTH Homes and Meritage Corporation | |
| 1170 | *Repayment Guaranty* by Coleman-Toll Limited Partnership and Toll Brothers, Inc. | |

13

| | |  |
|---|---|---|
| 1171 | *Repayment Guaranty* by Beazer Homes Holding Corp. and Beazer Home USA, Inc. | |
| 1172 | *Repayment Guaranty* by KB Home Nevada, Inc. and KB Home | |
| 1207 | Notice of Default from JP Morgan Chase Bank, N.A. dated January 22, 2008 to South Edge, LLC | |
| 1208 | Notice of Default from JP Morgan Chase Bank, N.A. dated July 1, 2008 | |
| 2052 | Invoice from Mariscal Weeks McIntyre & Friedlander PA to Stephen Peek re South Edge | |
| 2053 | Email from Holland & Hart to Richard Friedlander | |
| 2054 | Email from Richard Friedlander to Mr. Peek and Mr. Thueson | |
| 2055 | JAMS Statement of Account to J. Stephen Peek re South Edge | |

Dated:  January 28, 2011

THE SCHWARTZ LAW FIRM

and

KLEE, TUCHIN, BOGDANOFF & STERN LLP


By:   */s/ David M. Stern*
           DAVID M. STERN
Attorneys for Alleged Debtor, South Edge, LLC

14

Dated: January 28, 2011

LEWIS AND ROCA LLP

and

MORRISON & FOERSTER LLP

By: */s/ Robert M. Charles*
ROBERT M. CHARLES, JR.
Attorneys for JPMorgan Chase Bank, N.A.,
and Wells Fargo Bank, N.A.

Dated: January 28, 2011

JOLLEY URGA WIRTH WOODBURY & STANDISH

and

HAYNES & BOONE, LLP

By: */s/ Christopher Castillo*
CHRISTOPHER CASTILLO
Attorneys for Crédit Agricole Corporate and Investment Bank

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

# CERTIFICATE OF SERVICE

1. On January 28, 2011, I served the foregoing pleading, by the following means, to the persons as listed below:

(*Check all that apply*)

☒ **a.** **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

[SEE ATTACHED NEF SERVICE LIST]

_____

☒ **b.** **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

[SEE ATTACHED U.S. MAIL SERVICE LIST]

_____

☐ **c.** **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.** **By direct email (as opposed to through the ECF System)**
(*List persons and email addresses. Attach additional paper if necessary*)

I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

_____

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

☐     **e.    By fax transmission (*List persons and fax numbers. Attach additional paper if necessary*)**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

_____

☐     **f.    By messenger (*List persons and addresses. Attach additional paper if necessary*)**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

**Signed on (*date*):**      **January 28, 2011**, at Los Angeles, California.

**Marcy Serpas**                                 */s/ Marcy Serpas*
(NAME OF DECLARANT)                  (SIGNATURE OF DECLARANT)

Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067-6049
Telephone: (310) 407-4000

## NEF SERVICE LIST

| | |
|---|---|
| Martin R. Barash,<br>On behalf of Alleged Debtors South Edge, LLC | mbarash@ktbslaw.com |
| Robert T. Berens<br>On behalf of Creditor Merchants Bonding Company | rberens@mbwlaw.com<br>amelton@mbwlaw.com<br>charrington@mbwlaw.com<br>khall@mbwlaw.com |
| I. Scott Bogatz<br>On behalf of Interested Party Focus South Group, LLC | rpoll@isbnv.com |
| Robert M. Charles,<br>On behalf of Petitioning Creditor JPMorgan Chase Bank, N.A. | rcharles@lrlaw.com<br>cjordan@lrlaw.com |
| Natalie M. Cox,<br>On behalf of Creditor City of Henderson | Ncox@klnevada.com<br>bankruptcy@klnevada.com<br>awhite@klnevada.com |
| Laurel E. Davis,<br>On behalf of Interested Party Meritage Homes of NV | ldavis@fclaw.com<br>mhurtado@fclaw.com |
| Gregory E. Garman,<br>On behalf of Interested Party Beazer Homes Holding Corp. | bankruptcynotices@gordonsilver.com<br>bknotices@gordonsilver.com |
| Kevin R. Hansen,<br>On behalf of Creditor C&S Company, Inc. | Kevin@shumwayvan.com |
| Matthew C. Heyn,<br>On behalf of Alleged Debtor South Edge, LLC | Mheyn@ktbslaw.com |
| Brian E. Holthus,<br>On behalf of Petitioning Creditor Credit Agricole Corporate and Investment Bank | bankruptcy@juww.com |
| Nile Leatham,<br>On behalf of Creditor City of Henderson | nleatham@klnevada.com<br>ckishi@klnevada.com<br>bankruptcy@klnevada.com |
| Pat Lundvall,<br>On behalf of Interested Party Pardee Homes of Nevada | lundvall@mcdonaldcarano.com<br>ahallmark@mcdonaldcarano.com |
| Robert J. Pfister,<br>On behalf of Alleged Debtors South Edge, LLC | rpfister@ktbslaw.com |

| # | | |
|---|---|---|
| 1 | Christine Roberts | roberts@sullivanhill.com, hill@sullivanhill.com; |
| 2 | | vidovich@sullivanhill.com; mcallister@sullivanhill.com; |
| 3 | | stephens@sullivanhill.com; stein@sullivanhill.com; |
| 4 | | calderone@sullivanhill.com; manning@sullivanhill.com; |
| 5 | | bellis@sullivanhill.com |
| 6 | Samuel A. Schwartz, On behalf of Alleged Debtor South Edge, LLC | sam@schwartzlawyers.com ecf@schwartzlawyers.com |
| 7 | U.S. Trustee – LV – 11 | Ustpregion17.lv.ecf@usdoj.gov |
| 8 | | |
| 9 | Andrew J. Urban, On behalf of Manny Gomez, P.E. | Andy@nevadavlo.com; ajurban@cox.com |
| 10 | | |
| 11 | Tyler N. Ure, On behalf of Petitioning Creditor Credit Agricole Corporate and Investment Bank | bankruptcy@juww.com |
| 12 | | |
| 13 | Michael C. Van, On behalf of Creditor C&S Company, Inc. | Michael@shumwayvan.com sandy@shumwayvan.com |
| 14 | | Erica@shumway.com Ashley@shumway.com |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

## U.S. MAIL SERVICE LIST

Attorney for Credit Agricole Corporate and Investment Bank
Haynes and Boone LLP
1221 McKinney, Suite 2100
Houston, TX  77010
Attn: Christopher L. Castillo
Charles A. Beckham

Attorney for JPMorgan Chase Bank, N.A.
Morrison and Foerster LLP
1290 Avenue of the Americas
New York, NY  10104
Attn: Jordan A. Wishnew, James E. Hough, Norman S. Rosenbaum, Damion K. L. Stodola

Attorney for JPMorgan Chase Bank, N.A.
Morrison and Foerster LLP
425 Market Street
San Francisco, CA  94105
Attn: G. Larry Engle, Kristin A. Hiensch

Attorney for JPMorgan Chase Bank, N.A.
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, AZ  85004-4429
Attn: Brent C. Gardner

Attorneys for Credit Agricole Corporate and Investment Bank
Jolley Urga Wirth Woodbury & Standish
3800 Howard Hughes Parkway
Suite 1600
Las Vegas, NV  89109