

Entered on Docket
January 28, 2011

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

ANDREW J URBAN JR (NSBN 440)
ANDREW J URBAN CHTD.
2580 Anthem Village Drive
Henderson, Nevada 89052
Telephone: (888) 702-6856
Facsimile: (877) 702-3329
E-mail: andy@nevadavlo.com

Attorney for Manny G. Gomez, P.E.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SOUTH EDGE, LLC, a Nevada Limited Liability Company<br><br>Alleged Debtor. | Case No. 10-32968 (BAM)<br><br>Chapter 11 (Involuntary)<br><br>**ORDER GRANTING MOTION FOR PROTECTIVE ORDER AS TO MANNY G. GOMEZ, P.E.** |

The Motion of Manny G. Gomez, P.E. ("Gomez") pursuant to Fed. R. Civ. P. 45(c)(1), requesting a protective order to compensate Gomez for the burden or expense incurred related to his compliance with the subpoena served on behalf of JPMorgan Chase Bank N.A. ("JPMorgan") [DE 331], said motion having been properly served and JPMorgan having filed its Notice of No Objection [DE 346], and good cause appearing, the Court makes its Order as follows:

ORDERED:

The Motion is Granted; and

JPMorgan, as the party who served a subpoena upon Gomez, is directed to compensate Gomez for the burden or expense incurred related to his compliance with the subpoena.

###

Prepared and Submitted By:

/s/ Andrew J. Urban Jr.
ANDREW J URBAN JR (NSBN 440)
ANDREW J URBAN CHTD.
2580 Anthem Village Drive
Henderson, Nevada 89052
Telephone: (888) 702-6856
Facsimile: (877) 702-3329
E-mail: andy@nevadavlo.com
Attorney for Manny G. Gomez, P.E.

### DECLARATION OF ANDREW J. URBAN JR. ESQ. FOR APPROVAL PURSUANT TO LOCAL RULE 9021(D)

I, Andrew J. Urban Jr. Esq., declare pursuant to 28 U.S.C. § 1746, as follows:

1. I submit this Declaration in support of the proposed Protective Order requested by Movant, Manny G. Gomez, P.E. in his Motion for Protective Order [DE 331] filed on January 22, 2011 for relief from the burden and expense of his compliance with the subpoena issued by JP Morgan Chase Bank, N.A. for his appearance and testimony at the hearing set for 9:30 AM on February 2, 2011.

2. A hearing on the Motion is not necessary as I discussed the proposed motion and relief Movant would be requesting under Fed. R. Civ. P. 45(c)(1) with counsel for JP Morgan Chase Bank, N.A. and the parties agreed that JP Morgan Chase Bank was not opposed to the relief Movant was seeking. Further, no other parties to this case are impacted by the relief sought in the Motion for Protective Order other then the party issuing the subpoena, JP Morgan Chase Bank, N.A and the Movant, Manny G. Gomez, P.E.

3. Notice of the Motion was served by Notice of Electronic Filing by the ECF System on January 22, 2011, see Exhibit A attached. I also served a copy of the Motion by direct email as opposed to through the ECF System to the persons listed on Exhibit B attached. As evidenced by the Certificate of Service filed January 22, 2011 [DE 339].

4. I have not received any objections to the motion nor do I know of any objections to the requested relief as of the date this proposed order was submitted.

5. Further, on January 23, 2011, JP Morgan Chase Bank, N.A. filed its Notice of No Objection to the Motion for Protective Order [DE 346].

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of January, 2011 at Henderson, Nevada.

_____
Andrew J. Urban Jr. Esq.

# EXHIBIT A

**From:** USBC_NEVADA@nvb.uscourts.gov <USBC_NEVADA@nvb.uscourts.gov>
**Subject:** 10-32968-bam Motion for Protective Order
**Date:** Sat, 22 Jan 2011 15:26:32 -0800
**To:** <Courtmail@nvb.uscourts.gov>
**CC:**
**BCC:**

---

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from ANDREW J URBAN entered on 1/22/2011 at 3:26 PM PST and filed on 1/22/2011

**Case Name:** SOUTH EDGE, LLC
**Case Number:** 10-32968-bam
**Document Number:** 331

**Docket Text:**
Motion for Protective Order Filed by ANDREW J URBAN JR on behalf of Manny G. Gomez (URBAN, ANDREW)

The following document(s) are associated with this transaction:
**Document description:** Main Document
**Original filename:** F:\Documents and Settings\Andrew Urban Jr\My Documents\Andy Law Practice\Manny Gomez\Gomez motion for protective order1-22-2011.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/22/2011] [FileNumber=18383337-0
] [0c187643200cd33003e7bdf76a9ce29848d703fe4f0e239c35b0845f298a71ef0eb
619b21984ff1dd3dc2aa6b6ee652f8a451fefd80345a616d56b64b5ccd684]]

**10-32968-bam Notice will be electronically mailed to:**

MARTIN R BARASH on behalf of Alleged Debtor SOUTH EDGE, LLC
mbarash@ktbslaw.com

ROBERT J. BERENS on behalf of Creditor MERCHANTS BONDING COMPANY
rberens@mbwlaw.com, amelton@mbwlaw.com,charrington@mbwlaw.com,khall@mbwlaw.com

I SCOTT BOGATZ on behalf of Interested Party FOCUS SOUTH GROUP, LLC
rpoll@isbnv.com

ROBERT M. CHARLES on behalf of Alleged Debtor SOUTH EDGE, LLC
rcharles@lrlaw.com, cjordan@lrlaw.com

DAVID A. COLVIN on behalf of Creditor Essex Real Estate Partners, LLC
dcolvin@marquisaurbach.com,

1

mwalters@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com

NATALIE M. COX on behalf of Creditor CITY OF HENDERSON
ncox@klnevada.com, bankruptcy@klnevada.com;awhite@klnevada.com;kgregos@klnevada.com

LAUREL E. DAVIS on behalf of Interested Party MERITAGE HOMES OF NV
ldavis@fclaw.com, mhurtado@fclaw.com

GREGORY E GARMAN on behalf of Interested Party BEAZER HOMES HOLDING CORP.
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

KEVIN R. HANSEN on behalf of Creditor C&S Company, Inc.
kevin@shumwayvan.com

MATTHEW C. HEYN on behalf of Alleged Debtor SOUTH EDGE, LLC
mheyn@ktbslaw.com

BRIAN E HOLTHUS on behalf of Petitioning Creditor CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK
bankruptcy@juww.com

NILE LEATHAM on behalf of Creditor CITY OF HENDERSON
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

PAT LUNDVALL on behalf of Interested Party PARDEE HOMES OF NEVADA
lundvall@mcdonaldcarano.com, ahallmark@mcdonaldcarano.com;ebarnwell@mcdonaldcarano.com

ROBERT J. PFISTER on behalf of Alleged Debtor SOUTH EDGE, LLC
rpfister@ktbslaw.com

CHRISTINE A ROBERTS on behalf of Creditor Lexon Surety Group
roberts@sullivanhill.com,
hill@sullivanhill.com;vidovich@sullivanhill.com;mcallister@sullivanhill.com;stephens@sullivanhill.com;stein@sulliva

SAMUEL A. SCHWARTZ on behalf of Alleged Debtor SOUTH EDGE, LLC
sam@schwartzlawyers.com, ecf@schwartzlawyers.com;schwartzecf@gmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

ANDREW J URBAN on behalf of Witness Manny Gomez
andy@nevadavlo.com, ajurban@cox.net

TYLER N. URE on behalf of Petitioning Creditor CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK
bankruptcy@juww.com

MICHAEL C. VAN on behalf of Creditor C&S Company, Inc.
michael@shumwayvan.com,
sandy@shumwayvan.com;erica@shumwayvan.com;ashley@shumwayvan.com;douglas@shumwayvan.com

**10-32968-bam Notice will not be electronically mailed to:**

CHARLES A. BECKHAM on behalf of Petitioning Creditor CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK
1221 MCKINNEY, STE 2100
HOUSTON, TX 77010

2

CHRISTOPHER L. CASTILLO on behalf of Petitioning Creditor CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK
1221 MCKINNEY, STE 2100
HOUSTON, TX 77010

G. LARRY ENGEL on behalf of Petitioning Creditor JPMORGAN CHASE BANK, N.A.
425 MARKET STREET
SAN FRANCISCO, CA 94105

BRENT C GARDNER on behalf of Petitioning Creditor JPMORGAN CHASE BANK, N.A.
40 N CENTRAL AVE
PHOENIX, AZ 85004-4429

HAYNES AND BOONE LLP on behalf of Petitioning Creditor CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK
ONE HOUSTON CENTER
1221 MCKINNEY ST, STE 2100
HOUSTON, TX 77010

KRISTIN A. HIENSCH on behalf of Petitioning Creditor JPMORGAN CHASE BANK, N.A.
MORRISON AND FOERSTER LLP
425 MARKET STREET
SAN FRANCISCO, CA 94105

WHITMAN L. HOLT on behalf of Alleged Debtor SOUTH EDGE, LLC
KLEE, TUCHIN, BOGDANOFF AND STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CA 90067

JAMES E. HOUGH on behalf of Petitioning Creditor JPMORGAN CHASE BANK, N.A.
MORRISON AND FOERSTER LLP
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

JOLLEY URGA WIRTH WOODBURY & STANDISH on behalf of Petitioning Creditor CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK
3800 HOWARD HUGHES PKWY #1600
LAS VEGAS, NV 89109

JAMIE A LEVITT on behalf of Petitioning Creditor JPMORGAN CHASE BANK, N.A.
MORRISON & FOERSTER LLP
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-0050

NORMAN S. ROSENBAUM on behalf of Petitioning Creditor JPMORGAN CHASE BANK, N.A.
MORRISON AND FOERSTER LLP
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

DAVID M. STERN on behalf of Alleged Debtor SOUTH EDGE, LLC
KLEE, TUCHIN, BOGDANOFF AND STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CA 90067

DAMION K. L. STODOLA on behalf of Petitioning Creditor JPMORGAN CHASE BANK, N.A.
MORRISON AND FOERSTER LLP

3

1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

JORDAN A. WISHNEW on behalf of Petitioning Creditor JPMORGAN CHASE BANK, N.A.
MORRISON & FOERSTER LLP
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

---

**Text inserted by Panda GP 2011:**

This message has NOT been classified as spam. If it is unsolicited mail (spam), click on the following link to reclassify it: It is spam!

---

4

# EXHIBIT B

Mailing list for Motion for Protective Order
**Manny G. Gomez Motion for Protective Order (#331)**
January 22, 2011

| Name | Email Address |
|---|---|
| Wishnew, Jordan | JWishnew@mofo.com |
| V. Bergelson | vbergelson@mofo.com |
| Tyler N. Ure | tnu@juww.com |
| Stodola, Damion L. | DStodola@mofo.com |
| sandy@shumwayvan.com | sandy@shumwayvan.com |
| Samuel A. Schwartz | sam@schwartzlawyers.com |
| Rosenbaum, Norman S. | Nrosenbaum@mofo.com |
| Robert Kampfner | rkampfner@la.whitecase.com |
| Robert J. Berens | rberens@mbwlaw.com |
| Pat Lundvall | plundvall@mcdonaldcarano.com |
| Nile Leatham | nleatham@klnevada.com |
| Natalie M. Cox | ncox@klnevada.com |
| Moloff, Leda A. | LMoloff@mofo.com |
| Michael C. Van | michael@shumwayvan.com |
| mhurtado@fclaw.com | mhurtado@fclaw.com |
| Matthew C. Heyn | mheyn@ktbslaw.com |
| Martin R. Barash | mbarash@ktbslaw.com |
| lundvall@mcdonaldcarano.com | lundvall@mcdonaldcarano.com |
| Levitt, Jamie A. | JLevitt@mofo.com |
| Laurel E. Davis | ldavis@fclaw.com |
| Kline, John T. | JKline@mofo.com |
| khall@mbwlaw.com | khall@mbwlaw.com |
| Kevin R. Hansen | kevin@shumwayvan.com |
| Keeton, Douglas Ronald | DKeeton@mofo.com |
| Joshua Keesan | joshua.keesan@la.whitecase.com |
| I. Scott Bogatz | rpoll@isbnv.com |
| Hough, James E. | JHough@mofo.com |
| Hiensch, Kristin A. | KHiensch@mofo.com |
| Greg Garman | geg@gordonsilver.com |
| Erica@shumwayvan.com | Erica@shumwayvan.com |
| Engel, Larry | LEngel@mofo.com |
| Elliot R. Eisner | eeisner@klnevada.com |
| Edelstein, Mark S. | MEdelstein@mofo.com |
| ecf@schwartzlawyers.com | ecf@schwartzlawyers.com |
| dlattin@mclrenolaw.com | dlattin@mclrenolaw.com |
| David M. Stern | dstern@ktbslaw.com |
| ckishi@klnevada.com | ckishi@klnevada.com |
| Christopher L. Castillo | christopher.castillo@haynesboone.com |
| charrington@mbwlaw.com | charrington@mbwlaw.com |

Mailing list for Motion for Protective Order
**Manny G. Gomez Motion for Protective Order (#331)**
January 22, 2011

| | |
|---|---|
| Charles Vlasic | cvlasic@isbnv.com |
| Charles A. Beckham | charles.beckham@haynesboone.com |
| Bryan Merryman | bmerryman@la.whitecase.com |
| Bryan A. Lindsey | bryan@schwartzlawyers.com |
| brucevandalsem@quinnemanuel.com | brucevandalsem@quinnemanuel.com |
| Brian E. Holthus | beh@juww.com |
| bankruptcy@klnevada.com | bankruptcy@klnevada.com |
| bankruptcy@juww.com | bankruptcy@juww.com |
| August B. Landis | augie.landis@usdoj.gov |
| ashley@shumwayvan.com | ashley@shumwayvan.com |
| amelton@mbwlaw.com | amelton@mbwlaw.com |
| ahallmark@mcdonaldcarano.com | ahallmark@mcdonaldcarano.com |