**Entered on Docket
January 28, 2011**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

Samuel A. Schwartz (Nev. Bar No. 10985)
Bryan A. Lindsey (Nev. Bar No. 10662)
THE SCHWARTZ LAW FIRM, INC.
701 E. Bridger Avenue, Suite 120
Las Vegas, Nevada 89101
Telephone:    (702) 385-5544
Facsimile:    (702) 385-2741
Email: sam@schwartzlawyers.com;
         bryan@schwartzlawyers.com

David M. Stern (Cal. Bar No. 67697) (admitted *pro hac vice*)
Robert J. Pfister (Cal. Bar No. 241370) (admitted *pro hac vice*)
Matthew C. Heyn (Cal. Bar No. 227474) (admitted *pro hac vice*)
Whitman L. Holt (Cal. Bar No. 238198) (admitted *pro hac vice*)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067-6049
Telephone:    (310) 407-4000
Facsimile:    (310) 407-9090
Email: dstern@ktbslaw.com; rpfister@ktbslaw.com;
         mheyn@ktbslaw.com; wholt@ktbslaw.com

*Attorneys for Alleged Debtor, South Edge, LLC*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 10-32968-bam |
| SOUTH EDGE, LLC, | Chapter 11 (Involuntary) |
| Alleged Debtor. | **ORDER APPROVING STIPULATION REGARDING ADMISSIBILITY OF EXHIBITS** |
| | **Evidentiary Hearings** |
| | Dates: January 24, January 26, February 2, February 3 & February 4, 2011 |
| | Time: 9:30 a.m. or 8:30 a.m. |
| | Place: Courtroom #3
Foley Federal Building
300 Las Vegas Boulevard
Las Vegas, NV 89101 |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

128700.1

1

On January 28, 2011, South Edge, LLC, JPMorgan Chase Bank, N.A., Wells Fargo Bank, N.A., and Crédit Agricole Corporate and Investment Bank filed the *Stipulation Regarding Admissibility of Exhibits* [ECF No. 376] (the "Stipulation").  The Court has reviewed the Stipulation and has found good cause for approving it.  Therefore, it is HEREBY ORDERED:

1. The Stipulation is approved.

2. The exhibits set forth in the chart in the Stipulation are admitted into evidence subject to the reservations (if any) set forth in the chart.

3. The Stipulation and this Order shall be without prejudice to any party's right to address the particular weight, relevance of any exhibit (including arguing that a listed exhibit should be given no weight due to a complete lack of relevance or reliability)..

### # # #

**JOINTLY PREPARED AND SUBMITTED BY:**

THE SCHWARTZ LAW FIRM

and

KLEE, TUCHIN, BOGDANOFF & STERN LLP


By:  */s/ David M. Stern*
         DAVID M. STERN
Attorneys for Alleged Debtor, South Edge, LLC


LEWIS & ROCA LLP

and

MORRISON & FOERSTER LLP


By:  */s/ Robert M Charles*
         ROBERT M. CHARLES, JR.
Attorneys for JPMorgan Chase Bank, N.A., and
         Wells Fargo Bank, N.A.

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

128700.1

2

JOLLEY URGA WIRTH WOODBURY & STANDISH

and

HAYNES & BOONE, LLP

By: */s/ Christopher Castillo*
  CHRISTOPHER CASTILLO
Attorneys for Crédit Agricole Corporate and Investment Bank

Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067-6049
Telephone: (310) 407-4000

128700.1

3