**Entered on Docket
February 03, 2011**

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: ) | Case No.: BK-S-10-32968-BAM |
| ) | |
| SOUTH EDGE, LLC, ) | Chapter 11 |
| ) | |
| Alleged Debtor. ) | |
| ) | Date:     February 3, 2010 |
| ) | Time:     4:30 p.m. |
| ) | Courtroom:  3 |
| ) | |

**ORDER OF RELIEF**

The court held trial on the contested involuntary petition filed against the above alleged debtor by petitioning creditors, JPMorgan Chase Bank, N.A., Wells Fargo Bank, N.A., and Crédit Agricole Corporate and Investment Bank, on January 24 and 25, 2011 and on February 2 and 3, 2011. Appearances were as noted on the record.

Pursuant to Fed. R. Bankr. P. 7052, made applicable to this proceeding by Fed. R. Bankr. P. 1018, the court noted its findings of fact and conclusions of law on the record.

Based upon such findings of fact and conclusions of law, the court orders that relief under Chapter 11 of title 11 of the United States Code is hereby granted against South Edge, LLC.

Copies sent to:

CM/ECF ELECTRONIC NOTICING

BNC MAILING MATRIX

\# \# \#