**Entered on Docket
February 03, 2011**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:                                                    )    Case No.: BK-S-10-32968-BAM
                                                          )
SOUTH EDGE, LLC,                                          )    Chapter 11
                                                          )
          Debtor.                                         )
                                                          )    Date:          February 3, 2010
                                                          )    Time:          4:30 p.m.
                                                          )    Courtroom:     3
                                                          )

**ORDER DIRECTING APPOINTMENT OF CHAPTER 11 TRUSTEE**

The motion of creditor, JPMorgan Chase Bank, N.A., as administrative agent, for the appointment of a chapter 11 trustee was heard on January 24 and 25, 2011 and on February 2 and 3, 2011 before Judge Bruce A. Markell. Pursuant to Fed. R. Bankr. P. 7052, made applicable to this proceeding by Fed. R. Bankr. P. 9014, the court noted its findings of fact and conclusions of law on the record.

Good cause appearing, the court hereby orders that the United States Trustee, without delay, appoint a disinterested person to serve as trustee for the estate in this case.

Copies sent to:

CM/ECF ELECTRONIC NOTICING

BNC MAILING MATRIX

\# \# \#