**Entered on Docket
February 23, 2011**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

AUGUST B. LANDIS, ACTING UNITED STATES TRUSTEE
   FOR REGION 17
State Bar # IA PK9228
*august.landis@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 235
Facsimile: (702) 388-6658

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>**SOUTH EDGE, LLC,**<br><br>Debtor. | Chapter 11<br>**Case No. BK-S-10-32968-bam**<br><br>Hon. **BRUCE A. MARKELL**, Presiding<br><br>Date:  February 3, 2011<br>Time:  9:30 a.m.<br>Place: Courtroom # 3 |

**ORDER APPROVING APPOINTMENT OF CYNTHIA NELSON
AS CHAPTER 11 TRUSTEE**

Upon consideration of the United States Trustee's *Ex Parte* Application for Order Approving Appointment of Trustee [Docket # 446] , with appropriate parties-in-interest having been consulted, pursuant to 11 U.S.C. § 1104(d) and FED. R. BANK. P. 2007.1(C),

**IT IS ORDERED** that the Acting United States Trustee's *Ex Parte* Application for Order Approving Appointment of Trustee is **GRANTED**, and the appointment of **CYNTHIA NELSON** as trustee for the estate of South Edge, LLC is **APPROVED**.

**Submitted by:**

**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**


By: ____/ s / August B. Landis_____
           AUGUST B. LANDIS
     ACTING UNITED STATES TRUSTEE - REGION 17

### Manner Of Service of Proposed Order Certification

In accordance with Local Rule 9021(c), the undersigned certifies that no opposition to the *Ex Parte* Application for Order Approving Appointment Trustee was filed. That application and this form of order were filed *ex parte*. No other party received service of the *ex parte* motion or this form of order.

I declare under penalty of perjury that the foregoing is true and correct.

**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**


By: ____/ s / August B. Landis_____
           AUGUST B. LANDIS
     ACTING UNITED STATES TRUSTEE - REGION 17


# # #

Page -2-