Samuel A. Schwartz (Nev. Bar No. 10985)
Bryan A. Lindsey (Nev. Bar No. 10662)
THE SCHWARTZ LAW FIRM, INC.
701 E. Bridger Avenue, Suite 120
Las Vegas, Nevada  89101
Telephone:     (702) 385-5544
Facsimile:      (702) 385-2741
Email: sam@schwartzlawyers.com;
          bryan@schwartzlawyers.com

David M. Stern (Cal. Bar No. 67697) (admitted *pro hac vice*)
Robert J. Pfister (Cal. Bar No. 241370) (admitted *pro hac vice*)
Whitman L. Holt (Cal. Bar No. 238198) (admitted *pro hac vice*)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California  90067-6049
Telephone:     (310) 407-4000
Facsimile:      (310) 407-9090
Email: dstern@ktbslaw.com; rpfister@ktbslaw.com;
          wholt@ktbslaw.com

*Attorneys for South Edge, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 10-32968-bam |
| SOUTH EDGE, LLC, | Chapter 11 (Involuntary) |
| Debtor. | **SECOND PERIODIC SUPPLEMENT TO THE DISCLOSURE OF COMPENSATION PAID OR AGREED TO BE PAID TO ATTORNEYS FOR SOUTH EDGE, LLC PURSUANT TO 11 U.S.C. § 329(a) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2016(b) [KLEE, TUCHIN, BOGDANOFF & STERN LLP]** |
| | **Hearing** |
| | N/A |

Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), Klee, Tuchin, Bogdanoff & Stern LLP ("KTBS") submits this second supplement to the *Disclosure of Compensation Paid or Agreed to be Paid to Attorneys for South Edge, LLC Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b) [Klee, Tuchin, Bogdanoff & Stern LLP]* (the "Initial Disclosures" [ECF No. 438]).  All defined terms and disclosures contained in the Initial Disclosures and prior supplements thereto are incorporated by reference as if fully set forth herein.

Subsequent to the date of the most recent prior supplement to the Initial Disclosures, KTBS sent the Builder Members an invoice of $97,716.75, which invoice was attributable to fees and expenses resulting from legal services KTBS performed in March 2011.  Of that invoiced amount, KTBS has actually received payment of $6,840.17 as of the date of this supplement, and KTBS expects to receive the remaining amount shortly.  Furthermore, KTBS also anticipates that the Builder Members will directly pay KTBS additional amounts on account of uninvoiced legal services that KTBS has already performed in April 2011 and that KTBS expects to perform in the future.  If additional payments not described in the Initial Disclosures, in the prior supplements thereto, or in this supplement are received by KTBS, then KTBS will file a further supplement or supplements pursuant to Federal Rule of Bankruptcy Procedure 2016(b).

Dated:  April 26, 2011

THE SCHWARTZ LAW FIRM, INC.

and

KLEE, TUCHIN, BOGDANOFF & STERN LLP

By: _____
DAVID M. STERN
ROBERT J. PFISTER
WHITMAN L. HOLT

*Attorneys for South Edge, LLC*

1

**CERTIFICATE OF SERVICE**

1. On April 26, 2011, I served the foregoing pleading, by the following means, to the persons as listed below:

(*Check all that apply*)

☒ **a.  ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

[SEE ATTACHED NEF SERVICE LIST]

_____

☒ **b.  United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

[SEE ATTACHED U.S. MAIL SERVICE LIST]

_____

☐ **c.  Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.  By direct email (as opposed to through the ECF System)**
(*List persons and email addresses. Attach additional paper if necessary*)

I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

_____

1

1  ☐     **e.    By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

_____

☐     **f.    By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

**Signed on (*date*):      April 26, 2011, at Los Angeles, California.**

| **Melissa Altamirano** | */s/ Melissa Altamirano* |
|---|---|
| (NAME OF DECLARANT) | (SIGNATURE OF DECLARANT) |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

2

## NEF SERVICE LIST

ATHANASIOS E. AGELAKOPOULOS on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
athanasios.agelakopoulos@usdoj.gov

ANTHONY ARNOLD on behalf of Interested Party BEAZER HOMES HOLDING CORP.
aarnold@stutman.com

MARTIN R BARASH on behalf of Debtor SOUTH EDGE, LLC
mbarash@ktbslaw.com

ROBERT J. BERENS on behalf of Creditor MERCHANTS BONDING COMPANY
rberens@mbwlaw.com, amelton@mbwlaw.com,charrington@mbwlaw.com,khall@mbwlaw.com

BMC GROUP, INC. (1)
jmyers@bmcgroup.com

I SCOTT BOGATZ on behalf of Interested Party FOCUS SOUTH GROUP, LLC
rpoll@isbnv.com

ROBERT M. CHARLES on behalf of Creditor ALTRIUM CDO
rcharles@lrlaw.com, cjordan@lrlaw.com

DAVID A. COLVIN on behalf of Creditor Essex Real Estate Partners, LLC
dcolvin@maclaw.com, mwalters@maclaw.com;kgallegos@maclaw.com;tszostek@maclaw.com

NATALIE M. COX on behalf of Creditor CITY OF HENDERSON
ncox@klnevada.com, bankruptcy@klnevada.com

LAUREL E. DAVIS on behalf of Interested Party MERITAGE HOMES OF NV
ldavis@fclaw.com, mhurtado@fclaw.com

TRACY A. DIFILLIPPO on behalf of Trustee CYNTHIA NELSON
tdifillippo@jonesvargas.com, enunez@jonesvargas.com;ehardy@jonesvargas.com

GREGORY E GARMAN on behalf of Interested Party BEAZER HOMES HOLDING CORP.
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

KEVIN R. HANSEN on behalf of Creditor C&S Company, Inc.
kevin@shumwayvan.com

MATTHEW C. HEYN on behalf of Debtor SOUTH EDGE, LLC
mheyn@ktbslaw.com

WHITMAN L. HOLT on behalf of Attorney KLEE, TUCHIN, BOGDANOFF & STERN LLP
wholt@ktbslaw.com

BRIAN E HOLTHUS on behalf of Petitioning Creditor CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK
bankruptcy@juww.com

NILE LEATHAM on behalf of Creditor CITY OF HENDERSON
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

1  PAT LUNDVALL on behalf of Interested Party PARDEE HOMES OF NEVADA
lundvall@mcdonaldcarano.com, swexler@mcdonaldcarano.com

2

3  JEANETTE E. MCPHERSON on behalf of Trustee CYNTHIA NELSON
bkfilings@s-mlaw.com

4  WILLIAM M. NOALL on behalf of Interested Party BEAZER HOMES HOLDING CORP.
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

5

6  ROBERT J. PFISTER on behalf of Debtor SOUTH EDGE, LLC
rpfister@ktbslaw.com

7  TERESA M. PILATOWICZ on behalf of Interested Party BEAZER HOMES HOLDING CORP.
Bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

8

9  CHRISTINE A ROBERTS on behalf of Creditor Lexon Surety Group
roberts@sullivanhill.com,
hill@sullivanhill.com;vidovich@sullivanhill.com;stephens@sullivanhill.com;stein@sullivanhill.com;calderone@sullivanhill.com;manning@sullivanhill.com;tmpsd@sullivanhill.com;iriarte@sullivanhill.com

10

11

12  SAMUEL A. SCHWARTZ on behalf of Debtor SOUTH EDGE, LLC
sam@schwartzlawyers.com, ecf@schwartzlawyers.com;schwartzecf@gmail.com

13  LENARD E. SCHWARTZER on behalf of Trustee CYNTHIA NELSON
bkfilings@s-mlaw.com

14

15  U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

16  ANDREW J URBAN on behalf of Other Prof. MANNY GOMEZ
andy@nevadavlo.com, ajurban@cox.net

17

18  TYLER N. URE on behalf of Petitioning Creditor CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK
bankruptcy@juww.com

19

20  MICHAEL C. VAN on behalf of Creditor C&S Company, Inc.
michael@shumwayvan.com,
sandy@shumwayvan.com;erica@shumwayvan.com;ashley@shumwayvan.com

21

22

23

24

25

26

27

28

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

4

**U.S. MAIL SERVICE LIST**

<u>Office of the United States Trustee</u>
Office of The United States Trustee
300 Las Vegas Boulevard South
Suite 4300
Las Vegas, NV 89101

<u>Chapter 11 Trustee</u>
Cynthia Nelson
FTI
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071

<u>Proposed Counsel for Chapter 11 Trustee</u>
Paul S. Aronzon
Robert J. Moore
Linda Dakin-Grimm
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

5