**Entered on Docket
April 29, 2011**

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

---

Paul S. Aronzon (CA State Bar No. 88781)
Robert J. Moore (CA State Bar No. 77495)
David B. Zolkin (CA State Bar No. 155410)
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone:    (213) 892-4000
Facsimile:    (213) 629-5063

*Proposed Counsel for
Chapter 11 Trustee*

Lenard E. Schwartzer (NV State Bar No. 399)
Jeanette E. McPherson (NV State Bar No. 5423)
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122

*Proposed Local Counsel for
Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

SOUTH EDGE, LLC,

   Debtor.

Chapter 11

Case No. BK-10-32968 (BAM)

**ORDER APPROVING STIPULATION FOR RELIEF FROM AUTOMATIC STAY**

**Hearing Information**

Hearing Date:    May 17, 2011
Hearing Time:    10:00 a.m.
Courtroom:       Courtroom #3
                 Foley Federal Building
                 300 Las Vegas Boulevard
                 Las Vegas, Nevada 89101

#4830-0191-7961

Upon consideration of the *Stipulation for Relief from the Automatic Stay* [Docket No. 643] (the "Stipulation")[1] entered into by and among Cynthia Nelson, the chapter 11 trustee in the chapter 11 case bankruptcy case of South Edge, LLC (the "Debtor"), Laura Rochetto, individually, and as Special Administrator of the Estate of Kelly Rochetto and Tom Rochetto (the "Rochetto Movants") by and through their counsel, and it appearing that the agreement set forth in the Stipulation is proper under the circumstances; and after due deliberation and sufficient cause

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:**

1. The Stipulation is approved.

2. The automatic stay is hereby lifted solely for the purpose of allowing the Action to proceed and permitting the recovery of any judgment solely from the Debtor's insurance carrier and the Debtor's applicable insurance policy to the extent such proceeds are recoverable under such policy and under applicable nonbankruptcy law. The automatic stay shall remain in full force and effect for all other purposes and the Rochetto Movants (i) are barred from initiating or maintaining any proceeding against the Estate that otherwise would be barred by the automatic stay and (ii) shall not receive any payments or distributions from the Estate.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry

4. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation and interpretation of this Order.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulation.

#4830-0191-7961

SUBMITTED BY:

MILBANK, TWEED, HADLEY & McCLOY LLP

By: /s/ Jeanette E. McPherson

Paul S. Aronzon (CA State Bar No. 88781)
Robert J. Moore (CA State Bar No. 77495)
David B. Zolkin (CA State Bar No. 155410)
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017

*Proposed Counsel for*
*Chapter 11 Trustee*

Lenard E. Schwartzer (NV State Bar No. 399)
Jeanette E. McPherson (NV State Bar No. 5423)
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308

*Proposed Local Counsel for*
*Chapter 11 Trustee*

#4830-0191-7961                                -3-