**Entered on Docket
June 28, 2011**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr., NV 006593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Telephone:    702.949.8320
Facsimile:    702.949.8321
E-mail:    rcharles@LRLaw.com

| | |
|---|---|
| **MORRISON & FOERSTER LLP**<br>G. Larry Engel (admitted *pro hac vice*)<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone:    415.268.7000<br>Facsimile:    415.268.7522<br>E-mail:    lengel@mofo.com<br><br>*Attorneys for JPMorgan Chase Bank, N.A.,<br>as a Lender and as Administrative Agent* | **MORRISON & FOERSTER LLP**<br>James E. Hough (admitted *pro hac vice*)<br>Norman S. Rosenbaum (admitted *pro hac vice*)<br>Jordan A. Wishnew (admitted *pro hac vice*)<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:    212.468.8000<br>Facsimile:    212.468.7900<br>E-mail:    jhough@mofo.com<br>E-mail:    nrosenbaum@mofo.com<br>E-mail:    jwishnew@mofo.com |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SOUTH EDGE, LLC,<br><br>                                Debtor. | Case No.: 10-32968 (BAM)<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION AUTHORIZING JPMORGAN CHASE BANK, N.A., AS AGENT, TO FILE CONSOLIDATED PROOF OF CLAIM FOR ITSELF AND LENDERS** |

ny-982033                                                                                                                                    284061.2

-2-

1    The Court having reviewed the *Stipulation Authorizing JPMorgan Chase Bank, N.A., as
2   Agent, to File Consolidated Proof of Claim for Itself and Lenders* ("<u>Stipulation</u>") [DE 751]
3   reflecting approval as to form and content by all parties in interest having given such approval;

4    **IT IS HEREBY ORDERED THAT**:

5    1.    The Stipulation is approved.

6    2.    The JPMorgan Chase Bank, N.A., as Agent, is authorized to file a consolidated
7   proof of claim for itself and Lenders.

8   SUBMITTED BY:

ny-982033                                                                                           284061.2

| | |
|---|---|
| LEWIS AND ROCA LLP | MILBANK, TWEED, HADLEY & McCLOY LLP |
| By: /s/ *Robert M. Charles, Jr. (NV 6593)* | By:/ *David Zolkin*_____- |
| Robert M. Charles, Jr. (NSBN 6593)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169-5996<br>Telephone:   702.949.8320<br>Facsimile:    702.949.8321<br>E-mail:        rcharles@LRLaw.com | Robert J. Moore (CA SBN 77495)<br>   (admitted *pro hac vice*)<br>David Zolkin (CA SBN 155410)<br>   (admitted *pro hac vice*)<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, California  90017<br>Telephone:   415.268.7000<br>Facsimile:    415.268.7522 |
| & | |
| MORRISON & FOERSTER LLP | E-mail:        rmoore@milbank.com<br>E-mail:        dzolkin@milbank.com |
| G. Larry Engel (CA SBN 53484)<br>   (admitted *pro hac vice*)<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:   415.268.7000<br>Facsimile:    415.268.7522 | & |
| | SCHWARTZER & MCPHERSON LAW FIRM |
| E-mail:        lengel@mofo.com | Lenard E. Schwartzer (NSBN 399)<br>Jeanette E. McPherson (NSBN 5423<br>2850 South Jones Blvd., Suite 1<br>Las Vegas, Nevada 89146<br>Telephone:   702.228.7590<br>Facsimile:    702.892.0122<br>Email:          bkfilings@s-mlaw.com |
| & | |
| MORRISON & FOERSTER LLP | |
| Norman S. Rosenbaum (admitted *pro hac vice*)<br>Jordan A. Wishnew (admitted *pro hac vice*)<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:   212.468.8000<br>Facsimile:    212.468.7900<br>E-mail:        nrosenbaum@mofo.com<br>E-mail:        jwishnew@mofo.com | *Counsel for the Chapter 11 Trustee* |
| *Attorneys for JPMorgan Chase Bank, N.A., as a Lender and as Administrative Agent* | |

ACKNOWLEDGED AND AGREED TO BY:
DEBTOR AND THE FOLLOWING MEMBERS

KLEE, TUCHIN, BOGDANOFF
  & STERN LLP

By: s/*Whitman L. Holt*
David M. Stern (CA SBN 67697)
  (admitted *pro hac vice*)
Robert J. Pfister (CA SBN 241370)
  (admitted *pro hac vice*)
Whitman L. Holt (CA SBN 238198)
  (admitted *pro hac vice*)
1999 Avenue of the Stars, 39th Floor
Los Angeles, California  90067-6049
Telephone:   (310) 407-4000
Facsimile:    (310) 407-9090
E-mail:       dstern@ktbslaw.com;
E-mail:       rpfister@ktbslaw.com;
E-mail:       wholt@ktbslaw.com

*Counsel for South Edge, LLC*

| | |
|---|---|
| STUTMAN, TREISTER & GLATT P.C. | BOGATZ & ASSOCIATES, P.C. |
| | I. Scott Bogatz (NSBN 3367) |
| By: s/*Robert A. Greenfield* | 3455 Cliff Shadows Parkway, Suite 110 |
| Robert A. Greenfield (CA SBN 39648) | Las Vegas, Nevada 89129 |
|   (*pro hac vice* pending) | Telephone: (702) 776-7000 |
| K. John Shaffer (CA SBN 153729) | Facsimile: (702) 776-7900 |
|   (*pro hac vice* pending) | E-mail: sbogatz@focuspropertygroup.com |
| Eve H. Karasik (CA SBN 155356) | |
|   (*pro hac vice* pending) | WHITE & CASE LLP |
| 1901 Avenue of the Stars, 12th Floor | |
| Los Angeles, CA 90067 | By: s/*Roberto J Kampfner* |
| Telephone: (310) 228-5785 | Roberto J. Kampfner (CA SBN 179026) |
| Facsimile: (310) 228-5788 |   (*pro hac vice* pending) |
| E-mail: rgreenfield@stutman.com | 633 West Fifth Street, Suite 1900 |
| E-mail: jshaffer@stutman.com | Los Angeles, CA 90071 |
| E-mail: ekarask@stutman.com | Telephone: 213-620-7700 |
| | Facsimile: 213-452-2329 |
| *Counsel for KB Home Nevada Inc., Coleman-Toll Limited Partnership, Pardee Homes of Nevada, and Beazer Homes Holding Corp.* | E-mail: rkampfner@whitecase.com |
| | *Counsel for Focus South Group, LLC* |

# # #

-5-