Robert J. Moore (CA State Bar No. 77495)
David B. Zolkin (CA State Bar No. 155410)
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone:    (213) 892-4000
Facsimile:    (213) 629-5063

*Counsel for Chapter 11 Trustee*

Lenard E. Schwartzer (NV State Bar No. 399)
Jeanette E. McPherson (NV State Bar No. 5423)
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122

*Local Counsel for Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SOUTH EDGE, LLC,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. BK-10-32968 (BAM)<br><br>**EX PARTE APPLICATION TO EXCEED PAGE LIMIT UNDER LR 9014(e) RE: MOTION FOR INTERIM AND FINAL ORDERS (1) AUTHORIZING CHAPTER 11 TRUSTEE TO OBTAIN SENIOR PRIMING SECURED POSTPETITION FINANCING; (2) AUTHORIZING THE USE OF CASH COLLATERAL; AND (3) SCHEDULING A FINAL HEARING**<br><br>Hearing Date:  N/A<br>Hearing Time:  N/A |

　　　　Cynthia Nelson, the chapter 11 Trustee (the "Trustee") in the chapter 11 bankruptcy case of South Edge, LLC, by and through her counsel, hereby submits this Ex Parte Application To Exceed Page Limit Under LR 9014(e) Re: Motion For Interim And Final Orders (1) Authorizing Chapter 11 Trustee To Obtain Senior Priming Secured Postpetition Financing; (2) Authorizing The Use Of Cash Collateral; And (3) Scheduling A Final Hearing, and hereby requests leave of Court pursuant to LR 9014(e) to file a Motion For Interim And Final Orders (1) Authorizing Chapter 11 Trustee To Obtain Senior Priming Secured Postpetition Financing; (2) Authorizing The Use Of Cash Collateral; And (3) Scheduling A Final Hearing (the "Motion") in excess of the twenty (20) page limit set for motions, but not to exceed thirty (30) pages.

　　　　Good cause exists to extend the page limitation as there are extensive facts and discussion regarding the financing that the Trustee must set forth in her Motion. As a result, the Trustee

#4836-4898-9960

1  respectfully requests that the Court permit her to file the Motion which will not exceed thirty
2  (30) pages.
3        Respectfully submitted this ___ day of July, 2011.
4
5
6  By: _____
    Jeanette E. McPherson
    SCHWARTZER & MCPHERSON LAW FIRM
7  2850 South Jones Boulevard, Suite 1
    Las Vegas, Nevada 89146-5308
8  *Local Counsel For Chapter 11 Trustee*
9  &
10 MILBANK, TWEED, HADLEY & MCCLOY LLP
    Robert J. Moore [(admitted *pro hac vice*)]
    David Zolkin [(admitted *pro hac vice*)]
11 601 South Figueroa Street, 30th Floor
    Los Angeles, California 90017
12 *Counsel For Chapter 11 Trustee*
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

#4836-4898-9960                    -2-