LEWIS
AND
ROCA
————
LLP
LAWYERS

1  LEWIS AND ROCA LLP                          LAW OFFICES OF RICHARD McKNIGHT
   Robert M. Charles, Jr.                      Richard McKnight (Nevada Bar No. 001313)
2  3993 Howard Hughes Parkway, Suite 600       330 S. Third Street #900
   Las Vegas, Nevada  89169-5996               Las Vegas, Nevada 89101
3  Telephone:    (702) 949-8320                Telephone:    (702) 388-7185
   Facsimile:    (702) 949-8321                Facsimile:    (702) 388-0108
4  E-mail:    rcharles@LRLaw.com               E-mail:    rmcknight@lawlasvegas.com

5  &                                           &

6  MORRISON & FOERSTER LLP                      STUTMAN TREISTER & GLATT PC
   G. Larry Engel (admitted *pro hac vice*)    K. John Shaffer (admitted *pro hac vice*)
7  425 Market Street                           Robert A. Greenfield (admitted *pro hac vice*)
   San Francisco, California  94105-2482        Anthony Arnold (admitted *pro hac vice*)
8  Telephone:    (415) 268-7000                1901 Avenue of the Stars, 12th Floor
   Facsimile:    (415) 268-7522                Los Angeles, California 90067
9  E-mail:    lengel@mofo.com                  Telephone:    (310) 228-5785
                                               Facsimile:    (310) 228-5788
10 &                                           E-mail:    KJShaffer@stutman.com
                                                          RGreenfield@stutman.com
11 MORRISON & FOERSTER LLP                               AArnold@stutman.com
   Norman S. Rosenbaum (admitted *pro hac vice*)
12 Jordan A. Wishnew (admitted *pro hac vice*)
   1290 Avenue of the Americas
13 New York, New York  10104
   Telephone:    (212) 468-8000
14 Facsimile:    (212) 468-7900
   E-mail:    nrosenbaum@mofo.com
15 E-mail:    jwishnew@mofo.com

16 *Attorneys for JPMorgan Chase Bank, N.A.,*    *Attorneys for the Settling Builders*
   *as Administrative Agent*

17                    **UNITED STATES BANKRUPTCY COURT**
                       **FOR THE DISTRICT OF NEVADA**

18 | In re:                    | Case No.: 10-32968 (BAM) |
19 | SOUTH EDGE, LLC,          | Chapter 11               |
20 |                  Debtor.  | **Hearing Information**   |
21 |                           | Date:          September 7, 2011 |
22 |                           | Time:          9:30 a.m. |
   |                           | Courtroom:     #3        |
23 |                           | Estimated time for Hearing: |

24        **Notice Of Hearing On Motion For Entry Of Order Approving (A) The Disclosure
       Statement, (B) Plan Proponents' Limited Use of BMC Group, Inc.'s Services, (C) The
25    Form, Scope, And Nature Of Solicitation, Balloting, Tabulation, And Notices With Respect
      To The Plan Of Reorganization Filed By JPMorgan Chase Bank, N.A., As Administrative
26      Agent Under The Prepetition Credit Agreement, And The Settling Builders, And
                  (D) Related Confirmation Procedures, Deadlines, And Notices**

27

28



LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE IS HEREBY GIVEN** that JPMorgan Chase Bank, N.A., as administrative agent under the Prepetition Credit Agreement[1] (the "Agent") and the Settling Builders (together, the "Plan Proponents"), filed the Motion For Entry Of Order Approving (A) The Disclosure Statement, (B) Plan Proponents' Limited Use of BMC Group, Inc.'s Services, (C) The Form, Scope, And Nature Of Solicitation, Balloting, Tabulation, And Notices With Respect To The Plan Of Reorganization Filed By JPMorgan Chase Bank, N.A., As Administrative Agent Under The Prepetition Credit Agreement, And The Settling Builders, And (D) Related Confirmation Procedures, Deadlines, And Notices (the "Motion") on August 1, 2011.  The Motion asks the Bankruptcy Court to enter an order pursuant to Sections 105 and 1125 of the Bankruptcy Code and Bankruptcy Rules 2002, 3002, 3017, 3018, 9006, and 9007, (i) approving the *Disclosure Statement For The Joint Plan Of Reorganization Proposed By JPMorgan Chase Bank, N.A., As Administrative Agent Under The Prepetition Credit Agreement, And The Settling Builders* (as may be further amended, modified, or supplemented, the "Disclosure Statement"), (ii) approving the Plan Proponents' use of BMC Group, Inc.'s services for the purpose of soliciting and tabulating votes on the Plan, (iii) approving certain deadlines and procedures relating to plan solicitation, tabulation of ballots, and plan confirmation, and (iv) approving the form and scope of notice of those deadlines and procedures, as proposed herein, with respect to the *Joint Plan Of Reorganization Proposed By JPMorgan Chase Bank, N.A., As Administrative Agent Under The Prepetition Credit Agreement, And The Settling Builders* (as may be further amended, modified, or supplemented, the "Plan") and the Disclosure Statement.  Requests for copies of the Disclosure Statement and Plan shall be addressed to counsel for either of the Plan Proponents:

Morrison & Foerster LLP
Attn: Jordan A. Wishnew
1290 Avenue of the Americas
New York, New York 10104
E-mail: jwishnew@mofo.com

Stutman Treister & Glatt PC
Attn: K. John Shaffer
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
E-mail: jshaffer@stutman.com

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Plan.

2



1    Any opposition to the Motion must be filed pursuant to Bankruptcy 3017(a) and Local

2  Rule 9014(d)(1).

3    NOTICE IS FURTHER GIVEN that if you do not want the Court to grant the relief

4  sought in the Motion, or if you want the Court to consider your views on the Motion, then you

5  must file an opposition with the Court, and serve a copy on the person making the Motion no later

6  than **August 29, 2011 at 4:00 p.m. (prevailing Pacific time)**. The opposition must (a) state the

7  name and address of the objecting party and the nature of the Claim or Interest of such party, and

8  (b) state with particularity the basis and nature of any objection or response, set forth all relevant

9  facts and legal authority, and be supported by affidavits or declarations that conform to Local

10  Rule 9014(c), and include, where appropriate, proposed language to be inserted in the Disclosure

11  Statement to resolve any such objection or response.

12  If you object to the relief requested, you must file a WRITTEN response to these Pleadings with

13  the Court.  You must also serve your written response on the person who sent you this notice.

14  If you do not file a written response with the court, or if you do not serve your written response
    on the person who sent you this notice, then:

15    •The court may refuse to allow you to speak at the scheduled hearing; and

16    • The court may rule against you without formally calling the matter at the hearing.

17    A copy of the Motion is available upon request from counsel whose contact information is

18  stated above; copies are also available for inspection at the Clerk's Office, Foley Federal

19  Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101 during normal business

20  hours.  Electronic copies are also available through PACER, located at the Court's website at

21  http://ecf.nvb.uscourts.gov (PACER account required).[2]

22    NOTICE IS FURTHER GIVEN that the hearing on said Motion will be held before a

23  United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South,

24  Bankruptcy Courtroom No. 3, Las Vegas, Nevada 89101, on **September 7, 2011, at 9:30 a.m.**

25  (prevailing Pacific time).

26  _____

27  [2] A copy may be obtained without charge from the website of BMC Group,
    http://www.bmcgroup.com/restructuring/geninfo.aspx?ClientID=272.

28

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1     NOTICE IS FURTHER GIVEN that this hearing may be continued from time to time

2  without further written notice except for the announcement of any adjourned dates and times at

3  the above-noticed hearing or any adjournment thereof.

4     DATED this 1st day of August, 2011.

5                                    LEWIS AND ROCA LLP

6
                          By:    /s/ Robert M. Charles, Jr. (NV 6593)
7                                 _____

8  LEWIS AND ROCA LLP                    MORRISON & FOERSTER LLP
   Robert M. Charles, Jr.                Norman S. Rosenbaum (admitted *pro hac vice*)
9  3993 Howard Hughes Parkway, Suite 600 Jordan A. Wishnew (admitted *pro hac vice*)
   Las Vegas, Nevada 89169-5996          1290 Avenue of the Americas
10                                        New York, New York 10104

   MORRISON & FOERSTER LLP
11 G. Larry Engel (admitted *pro hac vice*)
   425 Market Street
12 San Francisco, California  94105-2482
                      *Attorneys for JPMorgan Chase Bank, N.A.,*
13                          *as Administrative Agent*

14

   LAW OFFICES OF RICHARD              STUTMAN TREISTER & GLATT PC
15 McKNIGHT                            K. John Shaffer (admitted *pro hac vice*)
   Richard McKnight                    Robert A. Greenfield (admitted *pro hac vice*)
16 330 S. Third Street #900            Anthony Arnold (admitted *pro hac vice*)
   Las Vegas, Nevada 89101             1901 Avenue of the Stars, 12th Floor
17                                      Los Angeles, California 90067

18                      *Attorneys for the Settling Builders*

19

20

21

22

23

24

25

26

27

28

4

287413.3

287413.3