**Entered on Docket
August 02, 2011**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

___

LEWIS AND ROCA LLP
Robert M. Charles, Jr.(NV 6593)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Telephone:  702.949.8320
Facsimile:  702.949.8321
E-mail:  rcharles@LRLaw.com

*Attorneys for JPMorgan Chase Bank, N.A.,
as Administrative Agent*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Case No.: 10-32968 (BAM) |
|---|---|
| SOUTH EDGE, LLC, | Chapter 11 |
| Debtor. | **Order** |
| | Date:
Time: |

Upon the Ex Parte Application (i) To Exceed Page Limit Under LR 9014(E) Re: Motion For Entry Of Order Approving (A) The Disclosure Statement, (B) The Plan Proponents' Limited Use Of BMC Group, Inc.'s Services, (C) The Form, Scope, And Nature Of Solicitation, Balloting, Tabulation, And Notices With Respect To The Plan Of Reorganization Filed By JPMorgan Chase Bank, N.A., As Administrative Agent Under The Prepetition Credit Agreement, And The Settling Builders, And (D) Related Confirmation Procedures, Deadlines, And Notices; And (ii) To Revise The Form Required By LR 9004 Of The Disclosure Statement And Plan [DE   ], and good cause appearing,

287490.1

IT IS ORDERED that:

1. The motion for leave to file a motion of no more than 25 pages is granted.

2. The Plan Proponents are authorized to file a disclosure statement and plan on un-numbered paper, single spaced, with the names and other required information of the lawyers for the Plan Proponents set forth below the caption.

| | |
|---|---|
| SUBMITTED BY:<br><br>LEWIS AND ROCA LLP<br><br>/s/ *Robert M. Charles, Jr.* (NV 6593)<br>Robert M. Charles, Jr.<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169-5996<br><br>MORRISON & FOERSTER LLP<br>G. Larry Engel (admitted *pro hac vice*)<br>425 Market Street<br>San Francisco, California 94105-2482 | MORRISON & FOERSTER LLP<br>Norman S. Rosenbaum (admitted *pro hac vice*)<br>Jordan A. Wishnew (admitted *pro hac vice*)<br>1290 Avenue of the Americas<br>New York, New York 10104 |

*Attorneys for JPMorgan Chase Bank, N.A.,*
*as Administrative Agent*

# # #

287490.1

Case 10-32968-bam    Doc 849    Entered 08/02/11 09:10:40    Page 3 of 3

287490.1