**Entered on Docket
August 19, 2011**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

**SHUMWAY VAN & HANSEN**
8985 South Eastern Ave., Ste 100
Las Vegas NV 89123
Tel (702) 478-7770 Fax (702) 478-7779

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SOUTH EDGE, LLC,<br><br>　　　　　　Debtor. | Bankruptcy No. 10-32968-bam<br>(Chapter 11)<br><br>(FILED ELECTRONICALLY)<br><br>Hearing Date:　August 31, 2011<br>Hearing Time:　9:30 a.m.<br>Place:　　　　Foley Federal Building<br>　　　　　　　300 Las Vegas Blvd. South<br>　　　　　　　Las Vegas, Nevada 89101<br>　　　　　　　Courtroom 3 |

### ORDER APPROVING STIPULATION REGARDING OBJECTION OF THE CHAPTER 11 TRUSTEE TO THE PROOFS OF CLAIM FILED BY EACH OF C & S COMPANY, INC. AND MERCHANTS BONDING COMPANY

Based upon the Stipulation Regarding Objection of the Chapter 11 Trustee to the Proofs of Claim Filed by Each of C & S Company, Inc. and Merchants Bonding Company filed with this Court on August 17, 2011 [ECF Docket 911]; and good cause appearing therefore,

1

SHUMWAY VAN & HANSEN
8985 South Eastern Ave., Ste 100
Las Vegas NV 89123
Tel (702) 478-7770 Fax (702) 478-7779

IT IS HEREBY ORDERED that the Stipulation by and between C & S Company, Inc., Merchants Bonding Company, and the Chapter 11 Trustee of the estate of the above-named Debtor dated August 17, 2011, is approved;

IT IS FURTHER ORDERED that the time for Merchants Bonding Company to file a response or an opposition to the Objection of the Chapter 11 Trustee to the Proofs of Claim Filed by Each of C & S Company, Inc. and Merchants Bonding Company [ECF Docket No. 831] (Objection to Claim 7) is hereby extended from August 17, 2011, to **August 19, 2011**; and

IT IS FURTHER ORDERED that the time for C & S Company, Inc. to file a response or an opposition to the Objection of the Chapter 11 Trustee to the Proofs of Claim Filed by Each of C & S Company, Inc. and Merchants Bonding Company [ECF Docket No. 834] (Objection to Claim 10) is hereby extended from August 17, 2011, to **August 19, 2011**;

IT IS FURTHER ORDERED that the time for filing a reply to any response or opposition filed by Merchants Bonding Company to the Objection of the Chapter 11 Trustee to the Proofs of Claim Filed by Each of C & S Company, Inc. and Merchants Bonding Company (Objection to Claim 7) is hereby extended from August 24, 2011 to **August 26, 2011**; and

/ / /

/ / /

IT IS FURTHER ORDERED that the time for filing a reply to any response or opposition filed by C & S Company, Inc. to the Objection of the Chapter 11 Trustee to the Proofs of Claim Filed by Each of C & S Company, Inc. and Merchants Bonding Company (Objection to Claim 10) is hereby extended from August 24, 2011 to **August 26, 2011**.

Submitted this 17th day of August, 2011, by:   Approved this 17th day of August, 2011:

*/s/ Michael C. Van*                                           */s/ Robert J. Berens*
Michael C. Van, Esq. (NV Bar # 3876)           Robert J. Berens, Esq. (NV Bar # 9510)
SHUMWAY VAN & HANSEN, CHTD.            MANN, BERENS & WISNER, LLP
8985 S. Eastern Ave., Suite 100                        3300 N. Central Avenue, Suite 2400
Las Vegas, Nevada 89123                                Phoenix, Arizona 85012
*Attorneys for C&S Company, Inc.*                  *Attorneys for Merchants Bonding Company*

Approved this 17th day of August, 2011:

*/s/ David B. Zolkin*
David B. Zolkin, Esq. (CA Bar #155410)
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017
*Counsel for Chapter 11 Trustee*

3

**LR 9021 CERTIFICATION**

In accordance with LR 9021(c) (as amended), counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

XXX    The Court has waived the requirement set forth in LR 9021(b)(1).

____    No party appeared at the hearing or filed an objection to the motion.

____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

**SHUMWAY VAN & HANSEN**
8985 South Eastern Ave., Ste 100
Las Vegas NV 89123
Tel (702) 478-7770 Fax (702) 478-7779