| | |
|---|---|
| Robert J. Moore (CA State Bar No. 77495) | Lenard E. Schwartzer (NV State Bar No. 399) |
| David B. Zolkin (CA State Bar No. 155410) | Jeanette E. McPherson (NV State Bar No. 5423) |
| MILBANK, TWEED, HADLEY & McCLOY LLP | SCHWARTZER & MCPHERSON LAW FIRM |
| 601 South Figueroa Street, 30th Floor | 2850 South Jones Boulevard, Suite 1 |
| Los Angeles, California 90017 | Las Vegas, Nevada 89146-5308 |
| Telephone: (213) 892-4000 | Telephone: (702) 228-7590 |
| Facsimile: (213) 629-5063 | Facsimile: (702) 892-0122 |
| *Counsel for Chapter 11 Trustee* | *Local Counsel for Chapter 11 Trustee* |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SOUTH EDGE, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. BK-10-32968 (BAM)<br><br>**NOTICE OF ENTRY OF ORDER REGARDING OBJECTIONS OF THE CHAPTER 11 TRUSTEE TO CLAIM NO. 10 FILED BY C & S COMPANY, INC., AND CLAIM NO. 7 FILED BY MERCHANTS BONDING COMPANY**<br><br>Hearing Date:  August 31, 2011<br>Hearing Time:  9:30 a.m. |

**PLEASE TAKE NOTICE** that an Order Regarding Objections Of The Chapter 11 Trustee To Claim No. 10 Filed By C & S Company, Inc., And Claim No. 7 Filed By Merchants Bonding Company was entered on September 16, 2011, a copy of which is attached hereto.

DATED: September 16, 2011

/s/ Jeanette E. McPherson
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
*Local Counsel for Cynthia Nelson,
Chapter 11 Trustee*

P:\South Edge\Bankruptcy Pleadings\NOE - TEMPLATE.doc

**Entered on Docket**
**September 16, 2011**

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

Robert J. Moore (CA State Bar No. 77495)
David B. Zolkin (CA State Bar No. 155410)
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone:   (213) 892-4000
Facsimile:    (213) 629-5063

*Counsel For Chapter 11 Trustee*

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone:   (702) 228-7590
Facsimile:    (702) 892-0122
E-Mail:        bkfilings@s-mlaw.com

*Local Counsel For Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SOUTH EDGE, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. BK-10-32968 (BAM)<br><br>**ORDER REGARDING OBJECTIONS OF THE CHAPTER 11 TRUSTEE TO CLAIM NO. 10 FILED BY C & S COMPANY, INC., AND CLAIM NO. 7 FILED BY MERCHANTS BONDING COMPANY**<br><br>Date:            August 31, 2011<br>Hearing Time: 9:30 a.m.<br>Courtroom:     Courtroom #3<br>                      Foley Federal Building<br>                      300 Las Vegas Boulevard<br>                      Las Vegas, Nevada 89101 |

#4814-8785-4602

THIS MATTER having come before the Court upon the objections [Docket No. 834 and 831] (the "Objections")[1] of Cynthia Nelson, the chapter 11 trustee (the "Trustee") in the above-numbered bankruptcy case, whether pending under chapter 11 or chapter 7 (the "Bankruptcy Case"), of South Edge, LLC ("South Edge" or the "Debtor"), to the proof of claim ("Claim No. 10") filed by C&S Company, Inc. ("C&S") and to the proof of claim ("Claim No. 7" and, collectively with Claim No. 10, the "Claims") filed by Merchants Bonding Company ("Merchants", and collectively with C&S, "Claimants"); it appearing that notice of the Objections was good and sufficient under the particular circumstances and that no other or further notice need be given; and the Court having considered (i) the Objections, (ii) the Claims, (iii) all responses to the Objections, (iv) all evidence submitted in connection with the Objections and the responses, and (v) the oral argument and representations of counsel at the hearing; based upon the findings and conclusions set forth in the record of the hearing,

IT IS HEREBY ORDERED THAT

1. The Claims shall be deemed allowed in the Bankruptcy Case as non-recourse to the Debtor and the Debtor's bankruptcy estate and no distribution shall be made on account of the Claims by or from the Debtor's estate, subject to the provisions of this Order.

2. In the event of a dismissal of the Bankruptcy Case, this Order shall have no affect on the validity or enforceability of the Claims.

3. Notwithstanding anything to the contrary in this Order, nothing shall preclude or otherwise prejudice the Claimants from taking any lawful action necessary to collect the amounts of the Claims so allowed from the Release Bond or from any source other than the Debtor or the

---

[1] Any capitalized term used but not defined herein shall have the meaning ascribed to it in the Objection.

#4814-8785-4602                         -2-

1  Debtor's bankruptcy estate; provided, however, that (i) nothing in this Order shall affect the

2  rights of the Claimants vis-à-vis one another, and (ii) notwithstanding that each Claim has been

3  allowed in the Case, because the Claims arise from the same Final Award, a copy of which is

4  attached to each Claim, nothing in this Order shall be interpreted to mean that Claimants shall be

5  entitled to any more than a single satisfaction of the Final Award.

6

7  Submitted by:

8

9  Lenard E. Schwartzer, Nevada Bar No. 0399
   Jeanette E. McPherson, Nevada Bar No. 5423
10 SCHWARTZER & McPHERSON LAW FIRM
   2850 South Jones Boulevard, Suite 1
11 Las Vegas, Nevada  89146-5308

12 &

13 /s/   David B. Zolkin
   Robert J. Moore (admitted pro hac vice)
14 David Zolkin (admitted pro hac vice)
   MILBANK, TWEED, HADLEY & MCCLOY LLP
15 601 South Figueroa Street, 30th Floor
   Los Angeles, California  90017
16

17 Counsel For Cynthia Nelson, Chapter 11 Trustee

18 [Approved]/ Disapproved by:                    Approved / Disapproved by:

19

20 /s/   Robert J. Berens                         No Response Received
   Robert J. Berens, Esq.                        Michael C. Van, Esq.
21 MANN, BERENS & WISNER, LLP                    SHUMWAY VAN & HANSEN, CHTD.
   3300 N. Central Avenue, Suite 2400            8985 S. Eastern Ave., Suite 100
22 Phoenix, Arizona 85012                        Las Vegas, Nevada 89123
23 *Attorneys for Merchants Bonding Company*     *Attorneys for C&S Company, Inc.*

24

25

26

27

28 #4814-8785-4602                    -3-

1  In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

2

3  \_\_\_\_\_   The court has waived the requirement set forth in LR 9021 (b)(1).

4  \_\_\_\_\_   No party appeared at the hearing or filed an objection to the motion.

5  __X__   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

6

7  \_\_\_\_\_   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

8

9

10  By: /s/ David B. Zolkin
    MILBANK, TWEED, HADLEY & MCCLOY LLP
11  Robert J. Moore (admitted *pro hac vice*)
    David Zolkin (admitted *pro hac vice*)
12  601 South Figueroa Street, 30th Floor
    Los Angeles, California 90017

13

14

15                                           ###

16

17

#4814-8785-4602                              -4-