# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  10–32968–bam**
**Chapter 11**

In re: (Name of Debtor)
    SOUTH EDGE, LLC
    3455 CLIFF SHADOWS PKWY, STE 220
    LAS VEGAS, NV 89129

Social Security No.:

### ORDER APPROVING VERIFIED PETITION

The Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court filed by DOUGLAS C. NORTHUP is approved.

Dated: 9/28/11

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court